UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EAGLES NEST CONDOMINIUMS

V. C.A. NO.: 04-436ML

NEW LONDON MUTUAL FIRE INSURANCE, et. al.

**JOINT MOTION TO EXTEND DEADLINE FOR DISCOVERY**

Now come the parties in the above-captioned matter and hereby move this Honorable Court to extend the time within which they may conduct discovery, including written discovery and the taking of depositions, for three (3) months, up to and including September 30, 2005.

As grounds therefore, the parties state that the current deadline for the closure of discovery is June 30, 2005. Although the parties are in the process of conducting discovery, additional time is needed to complete this phase of litigation due to the complexity of the matters at hand, the nature of the client, the time span of the issues presented in the complaint and scheduling conflicts that have arisen while attempting to schedule depositions.

Accordingly, the parties respectfully request that this Honorable Court extend the deadline for filing dispositive motions pursuant to any extension granted for completion of discovery. Currently, dispositive motions shall be filed by July 31, 2005. The parties request that this Honorable Court extend the deadline for filing dispositive motions to October 31, 2005.

WHEREFORE, the parties pray that they be granted an additional three months to conduct discovery and, up to and including September 30, 2005. Accordingly, the parties

request that additional time be granted for filing dispositive motions, up to and including October 31, 2005.

Plaintiffs,
Eagles Nest Condominiums,

By Their Attorney,

Steven A. Orabone, Esq.#3205
20 Ridgevale Court
Cranston, RI 02921
(401)944-5777
(401)942-1936 (FAX)

Defendant,
New London Mutual Fire Insurance
By Their Attorneys,

Ron Langlois, Esq. #2891
Marta Garrett, Esq. #7130
SMITH & BRINK, PC
One State Street, Suite 400
Providence, RI 02908
(401)351-9970
(401)274-6218