**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**EAGLE'S NEST CONDOMINIUM**
**ASSOCIATION, INC., A/K/A**
**EAGLE NEST CONDOMINIUM ASSOC.**

**V.** **C.A.NO: 04-436ML**

**NEW LONDON COUNTY MUTUAL**
**INSURANCE COMPANY, NLC INSURANCE**
**COMPANIES, INC., DOES I THROUGH V**
**AND NLC INSURANCE COMPANIES,**
**ALIAS JOHN DOE COMPANY**

## NOTICE TO TAKE DEPOSITION

Please take notice that at **10:00 a.m. on August 4, 2005**, at the offices of SMITH & BRINK, P.C., One State Street, Suite 400, Providence, RI 02908, the defendant in this action by its attorney will take the deposition upon oral examination of **Hardpine, Inc., by one or more of its officers, directors or employees, to be designated by Hardpine, Inc.,** pursuant to Federal Rules of Civil Procedure 30 (b) (6) with the most knowledge regarding the preparation of the report attached hereto as Exhibit "A". The person most knowledgeable is also requested to bring the following documents:

1. Any and all documents reviewed and/or relied upon in preparing the report.
2. Any and all treatises reviewed and/or relied upon in preparing the report.
3. Any and all photographs reviewed and/or relied upon in preparing the report.
4. Any and all photographs relating to or referring to the trusses referred to in the report.

Defendant/Plaintiff in Counterclaim,
By its attorneys,

Ronald Langlois, Esq. #2891
Smith & Brink, P.C.
One State Street, Suite 400
Providence, RI 02908
Tel: (401) 351-9970
Fax: (401) 274-6218

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within to **Steven Orabone,** Esquire, 20 Ridgevale Court, Cranston, RI 02921 on the 6 day of July, 2005.

2005 JUL -8 A 11: 52

FILED