**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**EAGLE'S NEST CONDOMINIUM ASSOCIATION, INC., A/K/A EAGLE NEST CONDOMINIUM ASSOC.**

**V.** **C.A.NO: 04-436ML**

**NEW LONDON COUNTY MUTUAL INSURANCE COMPANY, NLC INSURANCE COMPANIES, INC., DOES I THROUGH V AND NLC INSURANCE COMPANIES, ALIAS JOHN DOE COMPANY**

**NOTICE TO TAKE DEPOSITION**

Please take notice that the deposition of **Roberta McMahon** will be taken on oral examination before a duly authorized person on **August 4, 2005 at 2:00 p.m.** at the offices of SMITH & BRINK, P.C., One State Street, Suite 400, Providence, RI 02908, at which time and place you are invited to appear and take such part in the examination as you may be advised and as shall be fit and proper.

Defendant/Plaintiff in Counterclaim,
By its attorneys,

Ronald Langlois, Esq. #2891
Smith & Brink, P.C.
One State Street, Suite 400
Providence, RI 02908
Tel: (401) 351-9970
Fax: (401) 274-6218

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within to **Steven Orabone,** Esquire, 20 Ridgevale Court, Cranston, RI 02921 on the 6 day of July, 2005.

________________________