UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUL 08 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

EAGLE'S NEST CONDOMINIUM
ASSOCIATION, INC., A/K/A
EAGLE NEST CONDOMINIUM ASSOC.

V. C.A.NO: 04-436ML

NEW LONDON COUNTY MUTUAL
INSURANCE COMPANY, NLC INSURANCE
COMPANIES, INC., DOES I THROUGH V
AND NLC INSURANCE COMPANIES,
ALIAS JOHN DOE COMPANY

**DEFENDANTS' MOTION TO SEVER & STAY COUNTS III, VI, IX AND XXII OF PLAINTIFF'S COMPLAINT**
[Fed.R.Civ.P. 42(b)]

Now come the Defendants in the above-captioned action, New London County Mutual Insurance Company, NCL Insurance Companies, Inc. and NLC Insurance Companies (hereinafter "NLC"), pursuant to Fed. R. Civ. P. 42(b), requests that this Honorable Court sever and stay the Plaintiff's "bad-faith" claims against the Defendant as set forth in Counts III, VI, IX, and XXII of its Complaint.

As grounds thereof, the Defendant states that "since the burden of proof on a bad-faith claim is so formidable... it is inherently prejudicial for a trial justice to decline to sever that claim from a breach-of-contract claim. Corrente v. Fitchburg Mutual Fire Insurance Co., 557 A.2d 859 (R.I. 1989) (severance of the bad faith claim from the Plaintiff's breach of contract claim is mandatory.)

Granted.
Mary M. Lisi USDJ 8/1/05

WHEREFORE, the Defendants request that this Honorable Court grant its motion to sever and stay Counts III, VI, IX, and XXII of Plaintiff's Complaint, and grant such further relief as may be deemed necessary by the Court.

Defendants,
By their attorneys,

Ronald Langlois, Esq. #2891
Smith & Brink, P.C.
One State Street, Suite 400
Providence, RI 02908
Tel: (401) 351-9970
Fax: (401) 274-6218

Dated:

## CERTIFICATION

I hereby certify that I mailed a true copy of the within to **Steven Orabone,** Esquire, 20 Ridgevale Court, Cranston, RI 02921 on the 6 day of July, 2005.