**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**EAGLE'S NEST CONDOMINIUM ASSOCIATION, INC., A/K/A EAGLE NEST CONDOMINIUM ASSOC.**

**V.** **C.A.NO: 04-436ML**

**NEW LONDON COUNTY MUTUAL INSURANCE COMPANY, NLC INSURANCE COMPANIES, INC., DOES I THROUGH V AND NLC INSURANCE COMPANIES, ALIAS JOHN DOE COMPANY**

**NOTICE TO TAKE DEPOSITION**

Please take notice that at **2:00 p.m. on September 16, 2005**, at the offices of SMITH & BRINK, P.C., One State Street, Suite 400, Providence, RI 02908, the defendant in this action by its attorney will take the deposition upon oral examination of **Geisser Engineering Corporation, by one or more of its officers, directors or employees, to be designated by Geisser Engineering Corporation,** pursuant to Federal Rules of Civil Procedure 30 (b) (6) with the most knowledge regarding the inspection of the trusses at the Eagle's Nest Condominium, and any and all repairs performed upon the trusses at the Eagle's Nest Condominium.

The person most knowledgeable is also requested to bring the following documents:

1. Any and all documents prepared as a result of any inspections and/or repairs performed on the trusses at the Eagle's Nest Condominiums.

2. Any and all photographs of any of the trusses and/or condominium units where the defective trusses were reportedly located.

3. Any and all measurements of any trusses at the Eagle's Nest Condominium units.

Defendant/Plaintiff in Counterclaim,
By its attorneys,

Ronald Langlois, Esq. #2891
Smith & Brink, P.C.
One State Street, Suite 400
Providence, RI 02908
Tel: (401) 351-9970
Fax: (401) 274-6218

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within to **Steven Orabone,** Esquire, 20 Ridgevale Court, Cranston, RI 02921 on the 30 day of August, 2005.

Dana Palangi