**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**EAGLE'S NEST CONDOMINIUM ASSOCIATION, INC., A/K/A EAGLE NEST CONDOMINIUM ASSOC.**

**V.** **C.A.NO: 04-436ML**

**NEW LONDON COUNTY MUTUAL INSURANCE COMPANY, NLC INSURANCE COMPANIES, INC., DOES I THROUGH V AND NLC INSURANCE COMPANIES, ALIAS JOHN DOE COMPANY**

**NOTICE TO TAKE DEPOSITION**

Please take notice that the deposition of **Joan Zeller** will be taken on oral examination before a duly authorized person on **September 23, 2005 at 10:00 a.m.** at the offices of SMITH & BRINK, P.C., One State Street, Suite 400, Providence, RI 02908, at which time and place you are invited to appear and take such part in the examination as you may be advised and as shall be fit and proper.

The deponent is requested to bring with her copies of any and all documents relating to the condominium which is the subject of this lawsuit, including but not limited to, any documentation relating to or referring to the problems with the floor trusses, and any and all notification to the condominium association regarding any problems with the condominium.

Defendant/Plaintiff in Counterclaim,
By its attorneys,

Ronald Langlois, Esq. #2891
Smith & Brink, P.C.
One State Street, Suite 400
Providence, RI 02908
Tel: (401) 351-9970
Fax: (401) 274-6218

## CERTIFICATION

I hereby certify that I mailed a true copy of the within to **Steven Orabone,** Esquire, 20 Ridgevale Court, Cranston, RI 02921 on the 30 day of August, 2005.

Dana Palango