**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**EAGLE'S NEST CONDOMINIUM ASSOCIATION, INC., A/K/A EAGLE NEST CONDOMINIUM ASSOC.**

**V.** **C.A.NO: 04-436ML**

**NEW LONDON COUNTY MUTUAL INSURANCE COMPANY, NLC INSURANCE COMPANIES, INC., DOES I THROUGH V AND NLC INSURANCE COMPANIES, ALIAS JOHN DOE COMPANY**

## AMENDED NOTICE TO TAKE DEPOSITION

Please take notice that at **1:00 p.m. on September 14, 2005**, at the offices of SMITH & BRINK, P.C., One State Street, Suite 400, Providence, RI 02908, the defendant in this action by its attorney will take the deposition upon oral examination of **Eagle's Nest Condominium Association, by one or more of its officers, directors or employees, to be designated by Eagle's Nest Condominium Association,** pursuant to Federal Rules of Civil Procedure 30 (b) (6) with the most knowledge regarding:

1. The defective trusses located at the Eagle's Nest Condominium Association;
2. The date of construction of the Eagle's Nest Condominiums where the alleged tresses are located;
3. Identification of the units where the plaintiff claims defective trusses were located;
4. The subject matter of the plaintiff's lawsuit.

Defendant/Plaintiff in Counterclaim,
By its attorneys,

Ronald Langlois, Esq. #2891
Smith & Brink, P.C.
One State Street, Suite 400
Providence, RI 02908
Tel: (401) 351-9970
Fax: (401) 274-6218

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within to **Steven Orabone,** Esquire, 20 Ridgevale Court, Cranston, RI 02921 on the 30 day of August, 2005.

Dana Paley