FILED
SEP 01 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EAGLE'S NEST CONDOMINIUM ASSOCIATION, INC., ALSO KNOWN AS EAGLE NEST CONDOMINIUM ASSOC<br><br>Plaintiff,<br><br>vs.<br><br>NEW LONDON COUNTY MUTUAL INSURANCE COMPANY, NLC INSURANCE COMPANIES, INC., DOES I THROUGH V, AND NLC INSURANCE COMPANIES, ALIAS JOHN DOE COMPANY<br><br>Defendants | Civil Action, File No.: 04-436ML |

**JOINT MOTION TO EXTEND DEADLINE FOR DISCOVERY**

Now come the parties in the above-captioned matter and hereby move this Honorable Court to extend the time within which they may conduct discovery, including written discovery and the taking of depositions, for three (3) months, up to and including December 30, 2005.

As grounds therefore, the parties state that the current deadline for the closure of discovery is September 30, 2005. Although the parties are in the process of conducting discovery, additional time is needed to complete this phase of litigation due to the complexity of the matters at hand, the number of claims, the nature of the client, the time span of the issues presented, the volume of the documents involved, the number of witnesses, the number of people who have knowledge relevant to the issues, and scheduling conflicts in scheduling depositions.

Accordingly, the parties respectfully request this Honorable Court extend the deadline for filing dispositive motions pursuant to any extension granted for completion of discovery. Currently, dispositive motions shall be filed by October 31, 2005.

WHEREFORE, the parties pray that they be granted an additional three months to conduct discovery up to and including December 30, 2005. Accordingly, the parties request that additional time be

Granted. Mary M. Lisi USDJ 9/6/05

granted for filing dispositive motions, up to and including January 31, 2005.

Plaintiff,
Eagle's Nest Condominium Association, Inc., also known as Eagle Nest Condominium Assoc,
By its Attorney,

Steven H. Orabone, Esq. (#3205)
20 Ridgevale Court
Cranston, RI 02921
Telephone: (401) 944-5777
FAX: (401) 942-1936

Defendant,
New London County Mutual Insurance Company,
By its Attorneys,

Ron Langlois, Esq. (2891)
Marta Garrett, Esq. (7130)
SMITH & BRINK, PC
One State Street, Suite 400
Providence, RI 02908
Telephone: (401) 351-9970
FAX: (401) 274-6218