UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EAGLE'S NEST CONDOMINIUM ASSOCIATION, INC., ALSO KNOWN AS EAGLE NEST CONDOMINIUM ASSOC | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action, File No.: 04-436ML |
| NEW LONDON COUNTY MUTUAL INSURANCE COMPANY, NLC INSURANCE COMPANIES, INC., DOES I THROUGH V, AND NLC INSURANCE COMPANIES, ALIAS JOHN DOE COMPANY, et als. | ) |
| Defendants | ) |

## NOTICE OF DEPOSITION

To: New London County Mutual Insurance Company, NLC INSURANCE COMPANIES, INC., and their attorney.

Notice is given that on Wednesday, December 28, 2005, at 3:30 p.m., at Allied Court Reporters, 115 Phenix Avenue, Cranston, Rhode Island, 02920, plaintiff will take the deposition of Lou Soracchi (the individual who completed the survey and/or inspection that is the subject matter of attached Exhibit A) upon oral examination, before a notary public. Said deposition to continue from day to day until completed. The deposition is to be used as evidence on the trial of the above-entitled action.

The deponent is requested to produce the following described materials relating to the Eagles Nest Condominiums property:

(a) All photographs;

(b) All notes, reports, letters, documents, memoranda, correspondence, data compilations, or other materials relating to any surveys or inspections of the Eagles Nest Condominiums property.

Dated: December 14, 2005.

Plaintiff, Eagle's Nest Condominium
Association, Inc., also known as Eagle
Nest Condominium Assoc,
By its Attorney:

Steven H. Orabone, Esq. (#3205)
20 Ridgevale Court
Cranston, RI 02921
Telephone: (401) 944-5777
Facsimile: (401) 942-1936

Certification

I, the undersigned, hereby certify that I mailed a true copy of the within Deposition Notice, by first-class mail, postage prepaid, to Ronald Langlois, Esq., Smith & Brink, P.C., One State Street, Suite 400, Providence, Rhode Island, 02908, on December 14, 2005.

2

NLI

# COMMERCIAL SURVEY

DATE OF INSPECTION 5/9/01

BLDG NO 1-48 OF 48 BUILDINGS

Form NLC550-6-97

[X] HEADING CORRECTION [ ] CAUTION [X] CURSORY

INSURED EAGLE NEST CONDOMINIUM ASSOC.

AGENT AFFILIATED INS. MGRS. / 262

STREET & NUMBER 1-48 EAGLE RUN

POLICY NUMBER ORC 34922

CITY WARWICK STATE RI

[X] SIR [ ] ORD COMPLETED BY: Lou Soracchi

To be used for surveys when Insured is the building owner and occupancy consists of residential, mercantile, office or service type occupancies. For all other risks use Form 500 or Form 600, as they may apply.

INSPECTOR'S COMMENTS & CAUTIONARY REMARKS

THE INSURED COMPLEX CONSISTS OF 48 TWO STORY FRAME BUILDINGS LOCATED IN A GOOD RESIDENTIAL RURAL AREA - THE BUILDINGS ARE LOCATED ON A PRIVATE ROAD WHICH IS ABOUT .8 MILES LONG - THE BUILDINGS ARE IN GENERALLY GOOD EXTERIOR CONDITION EXCEPT FOR A FEW ROOFS WHICH APPEAR TO NEED REPAIR - THE WALKWAYS AND PARKING AREAS ARE IN GOOD REPAIR - RESPONSIBLE OCCUPANTS - THE GROUNDS ARE WELL MAINTAINED.

| IMPRESSION | FIRE | LIAB |
|---|---|---|
| ABOVE AVERAGE | [ ] | [ ] |
| AVERAGE | [X] | [X] |
| BELOW AVERAGE | [ ] | [ ] |
| POOR | [ ] | [ ] |

IF BELOW AVERAGE/POOR WILL RISK BE AVERAGE WITH RECOMMENDATIONS CORRECTED? [ ] YES [ ] NO

## GENERAL INFORMATION

1. PUBLIC PROTECTION CLASS: MUNI: 3 RISK: 3
   Nearest Hydrant: ≤ 500 Ft. Fire Station: ≤ 3 Mi.
2. CONSTRUCTION: [X] Frame [ ] Joisted Masonry
   [ ] Non-combustible [ ] Masonry Non-combustible
   [ ] Fire Resistive Mixed (describe)
3. HGT. IN STORIES: B2A & LESS AGE: 1983
   PROT. OF VERT. OPENINGS: [ ] Good [ ] None

NOTE: If items below are checked in left column it means conditions are standard, in good condition or OK.

4. [X] AREA [ ] Slt. [ ] Mod. [ ] Sev. Run Down
5. [X] TREND [ ] Slt. [ ] Mod. [ ] Rapid Decline
6. [X] VMM TO RISK [ ] Slt. [ ] Mod. [ ] Severe
7. [X] VMM TO AREA [ ] Slt. [ ] Mod. [ ] Severe
8. [X] CRIME FREQ. [ ] Slt. [ ] Mod. [ ] Severe
   Is risk affected? [ ] No [ ] Yes
9. [X] REPAIR [ ] Below Avg. [ ] Poor
10. [X] NEATNESS [ ] Below Avg. [ ] Poor
11. [ ] ELECTRICAL [ ] CB's [ ] Fuses [ ] Unsafe
12. [ ] HEATING/CHINMNEY [ ] Unsafe

13. [ ] ROOF CONDITION [ ] Fair [ ] Doubtful
14. [X] A/COND. [X] Central [X] Thru-Wall [ ] Partial
15. [ ] HEAT/SMOKE DETECTORS [ ] Partial Only
16. [X] ALL RISK BLDG. [ ] See Remark
17. SPRINKLER SYSTEM [X] None [ ] Complete
    Partial: % [ ] Wet [ ] Dry
    ALARM: [ ] Yes [ ] No
    [ ] Central Station [ ] Fire Sta. [ ] Local Gong
    EFFECTIVENESS: [ ] Good [ ] Fair [ ] Poor
18. [X] EXPOSURES [ ] Impt. [ ] Serious [ ] Excessive

INTEREST OF INSURED IN PREMISES:

19. BUSINESS OF INSURED: RESIDENTIAL CONDOMINIUMS
20. BUILDING OCCUPIED AS:
    [ ] Mercantile [ ] Office
    [X] Apartments [X] Number 120
    [X] With no Mercantile or Office
    [ ] With Incidental Mercantile or Office
    Business Conditions: GOOD
21. SPECIFIC INTEREST OF INSURED IN BUILDING
    [X] Owner occupying 75% or more of Building Area
    [ ] Owner Occupying Less Than 75% of Building Area

## AREA & OCCUPANCY

22. OCCUPANCY GRADE: ORD. COMBUSTIBILITY (Bldg.) 2 DAMAGEABILITY (Bldg.) 2

23.

| | FLOOR | AREA (Sq. Ft.) | OCCUPANCY |
|---|---|---|---|
| 1 | 2A | 2436 | UNITS 1A & 1B |
| 2 | 2A | 2828 | UNITS 2A & 2B |
| 3 | B2A | 4876 | UNITS 3A - 3D |
| 4 | 2A | 2555 | UNITS 4A & 4B |
| 5 | 2A | 2556 | UNITS 6A & 6B |
| 6 | 2A | 3055 | UNITS 7A & 7B |
| 7 | 2A | 2436 | UNITS 8A & 8B |
| 8 | B2A | 5876 | UNITS 5A - 5D |
| 9 | B2A | 4876 | UNITS 9A - 9D |
| 10 | 2A | 2436 | UNITS 10A & 10B |
| 11 | 2A | 2983 | UNITS 11A & 11B |
| 12 | 2A | 2436 | UNITS 12A & 12B |
| 13 | 2A | 2883 | UNITS 14A & 14B |

000157

Exhibit A