UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EAGLE'S NEST CONDOMINIUM ASSOCIATION, INC., ALSO KNOWN AS EAGLE NEST CONDOMINIUM ASSOC<br><br>Plaintiff,<br><br>vs.<br><br>NEW LONDON COUNTY MUTUAL INSURANCE COMPANY, NLC INSURANCE COMPANIES, INC., DOES I THROUGH V, AND NLC INSURANCE COMPANIES, ALIAS JOHN DOE COMPANY, et als.<br><br>Defendants | ) | Civil Action, File No.: 04-436ML |

**AMENDED NOTICE OF DEPOSITION**

To: New London County Mutual Insurance Company, NLC INSURANCE COMPANIES, INC., and their attorney.

Notice is given that on Friday, January 6, 2006, at 2:00 p.m., at Allied Court Reporters, 115 Phenix Avenue, Cranston, Rhode Island, 02920, plaintiff will take the deposition of Sidney M Smith, Jr., whose address is Smith Mack and Associates, 3384 Post Road, Warwick, Rhode Island 02886, on oral examination before a notary public. Said deposition to continue from day to day until completed. The deposition is to be used as evidence on the trial of the above-entitled action.

A subpoena duces tecum in the form attached hereto will be served on Sidney M. Smith, Jr., and will direct the production of the materials designated in the attached Exhibit A.

Dated: December 28, 2005.

Plaintiff, Eagle's Nest Condominium
Association, Inc., also known as Eagle
Nest Condominium Assoc,
By its Attorney:

Steven H. Orabone, Esq. (#3205)
20 Ridgevale Court
Cranston, RI 02921
Telephone: (401) 944-5777
Facsimile: (401) 942-1936

Certification

I, the undersigned, hereby certify that I mailed a true copy of the within Deposition Notice, by first-class mail, postage prepaid, to Ronald Langlois, Esq., Smith & Brink, P.C., One State Street, Suite 400, Providence, Rhode Island, 02908, on December 28, 2005.

**Exhibit A**

(1) All letters, e-mails, notes, memoranda, reports, calendar notations, files, notices, forms, and other documents or records relating to any collapse losses suffered by Eagle's Nest Condominium Association, Inc. or by Eagle Nest Condominium Assoc;

(2) All letters, e-mails, notes, memoranda, reports, calendar notations, files, notices, forms, and other documents or records relating to any communication you had with Eagle's Nest Condominium Association, Inc. or Eagle Nest Condominium Assoc or with any of their respective agents concerning any collapse losses suffered at the Eagle's Nest Condominiums located in Warwick, Rhode Island;

(3) All letters, e-mails, notes, memoranda, reports, calendar notations, files, notices, forms, and other documents or records relating to any communication you had with New London County Mutual Insurance Company and/or NLC Insurance Companies, Inc. or with any of their respective agents concerning any losses of Eagle's Nest Condominium Association, Inc. or of Eagle Nest Condominium Assoc suffered at the Eagle's Nest Condominiums located in Warwick, Rhode Island;

(4) All insurance policies of New London County Mutual Insurance Company and/or of NLC Insurance Companies, Inc. insuring Eagles Nest Condominium Association, Inc. and/or Eagle Nest Condominium Assoc at any time.

(5) All letters, e-mails, notes, memoranda, reports, calendar notations, files, notices, forms, and other documents or records relating to any applications for insurance of Eagles Nest Condominium Association, Inc. and/or Eagle Nest Condominium Assoc with New London County Mutual Insurance Company and/or NLC Insurance Companies, Inc.