UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EAGLE'S NEST CONDOMINIUM ASSOCIATION, INC., ALSO KNOWN AS EAGLE NEST CONDOMINIUM ASSOC<br><br>Plaintiff,<br><br>vs.<br><br>NEW LONDON COUNTY MUTUAL INSURANCE COMPANY, NLC INSURANCE COMPANIES, INC., DOES I THROUGH V, AND NLC INSURANCE COMPANIES, ALIAS JOHN DOE COMPANY, et als.<br><br>Defendants | Civil Action, File No.: 04-436ML |

**AMENDED NOTICE OF DEPOSITION**

To: New London County Mutual Insurance Company, NLC INSURANCE COMPANIES, INC., and their attorney.

Notice is given that on Thursday, January 5, 2006, at 9:00 a.m., at Allied Court Reporters, 115 Phenix Avenue, Cranston, Rhode Island, 02920, plaintiff will take the deposition upon oral examination, before a notary public, of New London County Mutual Insurance Company, and/or NLC Insurance Companies, Inc., by one or more of its officers, directors, or employees to be designated by New London County Mutual Insurance Company and/or by NLC Insurance Companies, Inc., pursuant to Federal Rules of Civil Procedure 30(b)(6) with the most knowledge regarding:

(1) Inspections performed on the Eagles Nest Condominiums prior to New London County Mutual Insurance Company and/or NLC Insurance Companies, Inc. providing insurance coverage for the property;

(2) Inspections performed on the Eagles Nest Condominiums after the commencement of New London County Mutual Insurance Company's and/or NLC Insurance Companies, Inc.'s coverage of the property;

(3) The terms of coverage of all insurance policies of New London County Mutual Insurance Company and/or NLC Insurance Companies, Inc. applicable to plaintiff's claim in this matter.

(4) That individual having the most personal knowledge concerning the condition of the Eagles Nest condominium property at the time of the commencement of the earliest New London County Mutual Insurance Company and/or NLC Insurance Companies, Inc. insurance policy covering the property.

Said deposition to continue from day to day until completed. The deposition is to be used as evidence on the trial of the above-entitled action.

The deponents are requested to produce the following described materials relating to the Eagles Nest Condominiums property:

(a) All photographs;

(b) All notes, reports, letters, documents, memoranda, correspondence, data compilations, or other materials relating to any surveys or inspections of the Eagles Nest Condominiums property;

(c) Copies of all policies of insurance by which New London County Mutual Insurance Company and/or NLC Insurance Companies, Inc. provided insurance coverage applicable to the Eagles Nest Condominiums property;

(d) All notes, reports, letters, documents, memoranda, correspondence, data compilations, or other materials relating to any knowledge defendant or its agents had prior to March 15, 2004 of plaintiff's loss that is the subject matter of this action.

Dated: December 28, 2005.

Plaintiff, Eagle's Nest Condominium Association, Inc., also known as Eagle Nest Condominium Assoc,
By its Attorney:

Steven H. Orabone, Esq. (#3205)
20 Ridgevale Court
Cranston, RI 02921
Telephone: (401) 944-5777
Facsimile: (401) 942-1936

Certification

I, the undersigned, hereby certify that I mailed a true copy of the within Deposition Notice, by first-class mail, postage prepaid, to Ronald Langlois, Esq., Smith & Brink, P.C., One State Street, Suite 400, Providence, Rhode Island, 02908, on December 28, 2005.