UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EAGLE'S NEST CONDOMINIUM ASSOCIATION, INC., ALSO KNOWN AS EAGLE NEST CONDOMINIUM ASSOC<br><br>Plaintiff,<br><br>vs.<br><br>NEW LONDON COUNTY MUTUAL INSURANCE COMPANY, NLC INSURANCE COMPANIES, INC., DOES I THROUGH V, AND NLC INSURANCE COMPANIES, ALIAS JOHN DOE COMPANY, et als.<br><br>Defendants | Civil Action, File No.: 04-436ML |

## AMENDED NOTICE OF DEPOSITION

To: New London County Mutual Insurance Company, NLC INSURANCE COMPANIES, INC., and their attorney.

Notice is given that on Thursday, January 5, 2006, at 10:30 a.m., at Allied Court Reporters, 115 Phenix Avenue, Cranston, Rhode Island, 02920, plaintiff will take the deposition of J Morton (the individual who performed the survey and/or inspection that is the subject matter of attached Exhibit A) upon oral examination, before a notary public. Said deposition to continue from day to day until completed. The deposition is to be used as evidence on the trial of the above-entitled action.

The deponent is requested to produce the following described materials relating to the Eagles Nest Condominiums property:

(a) All photographs;

(b) All notes, reports, letters, documents, memoranda, correspondence, data compilations, or other materials relating to any surveys or inspections of the Eagles Nest Condominiums property.

Dated: December 28, 2005.

Plaintiff, Eagle's Nest Condominium Association, Inc., also known as Eagle Nest Condominium Assoc,
By its Attorney:

Steven H. Orabone, Esq. (#3205)
20 Ridgevale Court
Cranston, RI 02921
Telephone: (401) 944-5777
Facsimile: (401) 942-1936

Certification

I, the undersigned, hereby certify that I mailed a true copy of the within Deposition Notice, by first-class mail, postage prepaid, to Ronald Langlois, Esq., Smith & Brink, P.C., One State Street, Suite 400, Providence, Rhode Island, 02908, on December 28, 2005.

FORM 02/02

NLC INSURANCE COMPANIES

# SUPPLEMENTARY REPORT TO LOSS CONTROL SURVEY

CAUTION ADDRESS CORRECTION CURSORY

AGENT 262/Affiliated

SURVEY DATE: 9/15/04

INSURED: Eagle Nest Condo Association

INSPECTED BY: J Morton

STREET & NUMBER: Eagle Run & Greenbriar Lane

CITY: Warwick STATE: R I

POLICY #0RC34922

**To be used to supplement an existing report when original report is not a cursory, when there are no major changes to the building or occupants, and the supplementary report will not dramatically change the original.**

INSPECTOR'S COMMENTS & CAUTIONARY REMARKS:

Purpose of my visit was to check status of compliance with prior recommendations.

Insured has made significant progress replacing the worn asphalt roof shingles. Additional work still remains.

IMPRESSION OF RISK

- ☐ ABOVE AVERAGE
- ☒ AVERAGE
- ☐ BELOW AVERAGE
- ☐ POOR

IF BELOW AVG/POOR WILL RISK BE AVG. WITH RECS. CORRECTED? ☐ YES ☐ NO

THIS IS A SUPPLEMENT TO REPORT DATED: 11/3/03

COMBUSTIBILITY: ☒ NO CHANGE CHANGE TO: ______
DAMAGEABILITY ☒ NO CHANGE CHANGE TO: ______

REASON FOR SUPPLEMENTARY REPORT:

- ☒ CORRECTION OF DEFECTS
- ☐ UPDATE EXISTING REPORTS
- ☐ OTHER (SEE BELOW)

| | | | |
|---|---|---|---|
| 1. AREA/TREND/VMM/CRIME FREQ: | ☒ NO CHANGE | ☐ CHANGE AS INDICATED | |
| 2. BUILDING: | ☐ NO CHANGE | ☒ CHANGE AS INDICATED | ☐ SEE RECOMMENDATION |
| 3. OCCUPANCY: | ☒ NO CHANGE | ☐ CHANGE AS INDICATED | |
| 4. LIABILITY: | ☐ NO CHANGE | ☒ CHANGE AS INDICATED | ☐ SEE RECOMMENDATION |
| 5. OTHER REPORTS: | ☐ NO CHANGE | ☐ CHANGE AS INDICATED | ☐ SEE RECOMMENDATION |
| 6. STATUS OF RECOMMENDATIONS: | ☐ NO CHANGE | ☒ CHANGE AS INDICATED | |

General Remarks: Cursory survey. Risk is a (48) building, (120) unit residential condo complex located in a very wooded and secluded area. Nice complex. Both roofing and painting contractors were on site working at the time of my visit.

R6; Recommendation status:
Property:
2003-01: Progress. Roofing contractor was on site replacing roof shingles of Bld #38, units C & D.
2003-02: Closed.
2003-04: Closed.
2003-05: Closed.
2003-06: Closed.
2003-07 & 8: Closed. Original recommendation contained wrong building number. Rewritten as a new recommendation.

Casualty:
2003-01: Partial compliance. Open items restated.
2003-02: Open. Restated. It does not appear the tennis court has been used in some time.

New recommendations developed.

D00037

Exhibit A