Joan M. Zeller
15c Eagle Run
East Greenwich, RI 02818
401-885-1133

DEFENDANT'S EXHIBIT
A. V. D.
9/16/05

DEFENDANT'S EXHIBIT
A
12/20/05 SLR

June 28, 2002

Barbara Perrino
Perrino & Associates, Inc.
100 Jefferson Blvd.
Suite 205
Warwick, RI 02888

Dear Barbara,

Just a memo to recap a recent event at Eagle's Nest, 15c Eagle Run. About a week ago I had the occasion to catch up with Al Jackvony, son of Mrs. Jackvony in 15a, as I wanted to pass on the name of the individual that painted our decks in case he was interested.

At the time he expressed concern about his mother's dining room ceiling and the fact it was sagging. This came as no surprise as my living and dining room floors have been sinking for over a decade. Now there is a perceivable lean to all my furniture and you can feel the floor sloping as you walk across it. It was frightening to learn it had sagged enough to caused Mrs. Jackvony's ceiling to sag too. Every time I hear a loud cracking noise I break out in a cold sweat.

My first concern of course is the correction of the structural stress before we have a catastrophe but just as important is the time frame in which this will be done. As you are well aware, the state law of seller disclosure for the sale of real estate will make this property worthless.

I have spent the last few months of free time redoing my condo unit. I had it repainted top to bottom and wallpapered one bathroom. A new tile floor was installed for the second time in the kitchen that cost twice the normal price because a new sub flooring had to be put down before the tiles could be laid. The condition of the soft cement and the fact the floor was slanted and spongy underscored the reason why the first tiles installed all cracked and the fact there is structural stress in this unit!! The deck work was completed last weekend adding to the uphill climb and expense to whip this place into shape.

EXHIBIT
A

23-11

I have all new blinds and had new electrical switch plates and outlets installed. My next step was to purchase new furniture and install a fireplace mantle, but....needless to say I'm scared to death to spend another dime. My unit looks like I just moved in with no pictures on the wall and things stuffed under the couch and behind doors because I don't know if I am coming or going, and I can't live like this much longer.

Needless to say, I would like to see this thing resolved ASAP and look forward to hearing the planned solution and time-frame for action to be taken, as soon as possible, The gentleman from your staff thought he'd have an answer by this coming Monday, July 1, 2002, after researching the blue prints from town hall to determined where the center beam was. I await your comments and solution.

Sincerely,

Joan M. Zeller

Joan M. Zeller
Unit 15c @ Eagle's Nest
cc: M. Broussard, Pres.