A Yes. Well, that it had preexisted.
Q Way before June 2002?
A Yes.
Q And was she pretty adamant about that?
A Actually, no, I don't believe so. In my conversation when I advised her I had no record of having received any prior complaint, she did not take issue with me in my conversation with her.
Q Okay. But she did say that it had existed for over a decade?
A She said that.
Q Independent of the letter?
A Yes, she did.
Q Where did that conversation take place?
A I'm sorry?
Q Where did that conversation take place?
A On the phone.
Q Was it in this June 2002 period or --
A It was, I'm sure it was at a result of receiving this letter that I contacted her.
Q As a result of receiving this letter, Exhibit A, what did you do, Ms. Perrino?
A We had her unit inspected as well. And we had the deflections on the flooring measured. And that was when we first began to realize that we needed to

EXHIBIT
B

A Yes.
Q There's a suggestion, there's evidence that counsel sought to discuss this matter with another person, who may be knowledgeable about insurance issues?
A Yes.
Q In 2003, and, by the way, this consultation may have occurred in March of 2003, correct?
A Yes.
Q After that during the year of 2003, from January 1st, 2003 till December 31st of 2003, did the Association, to your knowledge, put any insurance carrier on notice of the problem at the condominiums relating to the trusses?
A No.
Q They never did?
A No.
Q And did you recommend to them that they do that?
MR. ORABONE: Objection. You can answer.
MR. LANGLOIS: Let me rephrase the question.
Q Did you recommend as early as February 2003 that they get a denial letter from the insurance carrier?
A Yes.
Q And they never followed your advice, did they?
A No.

during the construction of these condominiums, that everyplace there was an upstairs toilet the plumber had cut through, cut through the trusses? Do you recall that at all?

A Yes. I do recall that there were some substandard plumbing work that was done, whereby trusses or some trusses were found to have been cut for piping. I don't believe it was in all units. There were some that were discovered during this process.

Q What's your best memory of what Mr. Bogle told you about the problems with the trusses?

A The problems with the trusses, my understanding was that they were designed for a Number 1 pine, which had a twenty-four foot span. And what was actually used was Number 2 pine, which is appropriate for a twelve-foot span.

Q And they were defective in design from the date of construction of the units?

A Yes.

Q And was it your understanding that the trusses began sagging over a period of years?

A Yes.

Q Do you know how long a period of years they had been sagging?

MR. ORABONE: Well, I know I'm moving