PERRINO & ASSOCIATES INC

OPERATIONS

Issues in June included mailing the financial audit and annual reports package to owners who did not attend the May meeting. Also, a memo reminding owners about the dog regulation was sent. Pet registration requests were received from 7B and 16A, and approved by the Board.

Notice was sent to #1A, Carl Tauber, regarding the condition of his screened porch and items in front of the garage. No response was received but the items in front of the garage were removed. If the screened porch is not taken care of in a timely manner, Attorney Lombardi advised that Mr. Tauber be sent a notice to attend a hearing with the Board. Attorney Lombardi would facilitate that if requested.

A copy of the legal opinion letter regarding the tennis court was sent to Frank Kutz. Note: We also recently met with the contractor referred to us by Karen Kupersmith and Frank Kutz to discuss repair, replacement and/or removal. This contractor (Keith Alexander) did not in fact install tennis courts but, rather, does tile installations. Further, he said would have subcontracted work on the tennis court, he stated that a repair would be in the $6,000-8,000 range, he confirmed our previous position that no contractor would guarantee any repair, and stated that replacement would cost about $50,000. He also noted that the tennis court was bound to have problems due to its location in a low lying area with related drainage. Frank Kutz has now dropped the issue. We will pursue removal quotes from qualified contractors for the Board's planning purposes.

Paint color change requests were approved by the Board and we communicated these to Ann Marie Amato for follow up. Painting by Brizard Painting is scheduled to begin by the end of July.

4A, Don Forgue, submitted a request to install a patio in place of his deck and this was approved by the Board. The approval notice was sent along with a Unit Maintenance Agreement.

Yardstick's front entrance design at $1,864.50 was approved by the Board and will be done in July. Several tree limbs overhanging porches and drives throughout the complex were recently removed by Yardstick.

Other maintenance issues this month included revisited gutter cleaning by Sonny's Carpentry and staff. These were at units 43B, 26A, 27A, 29A, 46CD, 18B, 34C, 39C, 31A, 41B. Gutter/downspout repairs were also done on 18B and 46CD, and flashing repair was done on 39C's chimney cap. Prepainting repairs were underway this month.

Note: A structural problem in building 15 is under review with Geisser Engineering. This appears to be a serious problem and we will forward information as soon as possible. This quadplex apparently was the first quadplex constructed during development. Indications are that there is insufficient central beam support as floors are bowing. All other quadplexes don't appear to have problems but these are also being reviewed by Geisser.

EXHIBIT

tabbles

C