The Board of Directors and management are sensitive to the concerns unit owners may have about these issues. At this time, the structural problems are considered a design flaw and the Association's insurance policy does not cover the expenses for structural design flaws. However, there may be other issues involved here which is why a truss expert has been engaged. Be assured that we have been proactively working with Attorney Frank Lombardi to pursue whatever legal means possible to alleviate the financial impact this will have on the Association.

If you have any questions, please contact me at my office.

EXHIBIT

tabbies

D