24B explains nobody will be selling with fees of $340.00/month.

3B in real estate explains there is no condo development in MLS listings with fees higher than $200.00

46A asked about difficulties with basements, the drop ceiling in her basement was not lifted and checked with the rest of the unit. Others exclaimed the same concern with basements.

9D has concerns that each unit may not have been properly inspected. She feels raising the fees is not good. If Brett defines heavy deflection and is not an engineer how is he qualified to inspect. Steve explains the checking does not take an engineer. An invasive, in-depth inspection would require an engineer and would be costly.

3C states that 2 years ago she reported a deflection in her basement. Nothing was done so her husband braced it. Called for an inspection by an engineer, but has not happened.

3D said Brett did look at this unit, said no mistake there are broken trusses. Steve expresses he needs to look at 3C & D.

??someone asked if all units have been inspected. Barbara Perrino and Marilyn Broussard answer, Yes to our knowledge.

5D asked if Brett did the measurements in every unit?

46A and 47A say that they have not been inspected. Barbara tells everyone to come up after the meeting give name and unit number to request inspection.

30A asked if at some point in time will all units need repair the numbers are growing? Steve answers hard to say but safe to assume yes.

Cyndee explains the $140.00 increase in the fee is not addressing the structural problems. Long term resolution would be a line of credit for 350K and 10 years of financing.

??someone states every unit should be professionally inspected.

Frank Lombardi states that condominium issues are being minimized. He will need signatures on a petition and support when he goes before the Warwick City Council.

??someone asked what if we have the wrong figures. How do we settle for an unknown figure? Frank explains this will be a long process that could take several years, there will be time to amend the figures.

??someone asked if agreement can be made between unit owner and Board that fees are a loan and will be reimbursed in the future. Frank will explore with regards to a loan and marketability assessment.

10A feels the Board is rushing the unit owners. It would be foolish to rush decisions, feel more meeting are necessary.

16A asked what is the balance of the reserve fund. Marilyn asks that this be held off until David Nunes can review. 16A asked structural is not included in reserve. Marilyn and Barbara explain the reserve is roofs, roads, sewer, pumping station, siding, lighting, underground utilities, the infrastructure. Funds were available until structural issues were discovered. The reserve has to be kept up since some of the work on the infrastructure has to be accelerated, ie. phasing in the roofs.

Going back to the presentation, Cyndee explains, in the past not enough was put into reserve from the initial reserve study. Noblin was an aggressive plan. Perrino went around Noblin plan directly to vendors to review life of infrastructure items. We had to take out of reserve for the first couple of units, then had to replace the funds.

7B wants the base condo fee separated out as a separate line item. Explains the increase is a hardship on everyone.

Too many questions and comments the presentation is stopped at 8:40pm. David Nunes presents the approved budget and analysis of the reserve fund.

??someone asked, what is the problem with financing. Won't it take care of the items now and down the road. David explains that was looked has but decided by th[illegible] burden on everyone. Also everyone's money

EXHIBIT

E

tabbies