# CHAPTER 3
# BUILDING PLANNING

## SECTION 301
## DESIGN CRITERIA

**301.1 Design.** Buildings and structures, and all parts thereof, shall be constructed to support safely all loads, including dead loads.

**301.2 Climatic and geographic design criteria.** Buildings shall be constructed in accordance with the provisions of this code using the design criteria set forth in Tables 301.2a and 301.2b. These criteria shall be established by the jurisdiction based solely or in part on the climatic and geographic conditions set forth in Figures 301.2a through 301.2h.

**301.3 Dead load.** The actual weights of materials and construction shall be used for determining dead load with consideration for the dead load of fixed service equipment.

**301.4 Live load.** The minimum uniformly distributed live load shall be as provided in Table 301.4. Elevated garage floors shall be capable of supporting a 2,000 pound (8.90 kN) load applied over a 20 square inch (0.0129 m$^2$) area.

**301.5 Roof load.** Roof shall be designed for the live load indicated in Table 301.5 or the snow load indicated in Table 301.2a, whichever is greater.

**301.6 Deflection.** The allowable deflection of any structural member under the live load listed in Sections 301.4 and 301.5 shall not exceed the values in Table 301.6.

## SECTION 302
## LOCATION ON LOT

**302.1 Exterior walls.** Exterior walls located less than 3 feet (914 mm) from property lines shall have not less than a one-hour fire-resistive rating. The fire-resistive rating of exterior walls located less than 3 feet (914 mm) from property line shall be rated for exposure from both sides. Projections beyond the exterior wall shall not extend more than 12 inches (305 mm) into areas where openings are prohibited.

**302.2 Openings.** Openings shall not be permitted in exterior walls of dwellings located less than 3 feet (914 mm) from the property line. This distance shall be measured perpendicular to the vertical plane of the wall.

## SECTION 303
## LIGHT, VENTILATION AND HEATING

**303.1 Habitable rooms.** All habitable rooms shall be provided with aggregate glazing area of not less than 8 percent of the floor area of such rooms. One-half of the required area of glazing shall be openable.

**Exceptions:**

1. The glazed areas need not be openable where the opening is not required by Section 310 and an approved mechanical ventilation system is provided capable of producing 0.35 air change per hour in the room or a whole-house mechanical ventilation system is installed capable of supplying outdoor ventilation air of 15 cubic feet per minute (cfm) (7.08 L/s) per occupant computed on the basis of two occupants for the first bedroom and one occupant for each additional bedroom.
2. The glazed areas may be omitted in rooms where the opening is not required by Section 310 and an approved mechanical ventilation system is provided capable of producing 0.35 air change per hour in the room or a whole-house mechanical ventilation system is installed capable of supplying outdoor ventilation air of 15 cfm (7.08 L/s) per occupant computed on the basis of two occupants for the first bedroom and one occupant for each additional bedroom, and artificial light is provided capable of producing an average illumination of 6 foot-candles (6.46 lx) over the area of the room at a height of 30 inches (762 mm) above the floor level.

**TABLE 301.2a**
**CLIMATIC AND GEOGRAPHIC DESIGN CRITERIA**

| ROOF SNOW LOAD (pounds per square foot) | WIND PRESSURE[3] (pounds per square foot) | SEISMIC CONDITION BY ZONE | SUBJECT TO DAMAGE FROM[1] | | SUBJECT TO DAMAGE FROM[2] | | WINTER DESIGN[4] TEMP. FOR HTG. FACILITIES | RADON-RESISTANT CONSTRUCTION REQUIRED[5] |
|---|---|---|---|---|---|---|---|---|
| | | | Weathering | Frost Line Depth | Termite | Decay | | |
| | | | | | | | | |

For SI: 1 pound per square foot (psf) = 0.0479 kN/m$^2$.

1 Weathering may require a higher strength concrete or grade of masonry than necessary to satisfy structural requirements of this code. The weathering column shall be filled in with the weathering index (i.e., "negligible," "moderate" or "severe") for concrete as determined from the Weathering Probability Map (Figure 301.2c). The grade of masonry units shall be determined from ASTM C 34, C 55, C 62, C 73, C 90, C 129, C 145, C 216 or C 652. The frost line depth may require deeper footings than indicated in Figure 403.1a. The jurisdiction shall fill in the frost line depth column with "yes" or "no" including minimum depth of footing below finish grade.

2 The jurisdiction shall fill in this part of the table with "yes" or "no" depending on whether there has been a history of local damage.

3 The jurisdiction shall fill in this portion of the table with wind design loads determined from the Wind Probability Map (Figure 301.2d) and the design wind loads (Table 301.2b).

4 If heating facilities are not required in this climate, enter "None R

5 The jurisdiction in areas of high radon potential, as indicated by Z Zones (Figure 301.2h) or as determined from other locally available data, shall fill in this part of the table with "yes."

EXHIBIT
tabbies
F