Building 15: 

First regarding legal avenues the Board may pursue regarding the structural issues, there seems to be some confusion as to the limitation imposed by law. The question is – can action be taken from date of discovery or date of completion? Do we have a case or don't we? Can we go ahead and pursue legal action against appropriate parties? Do we have a case or not? It was requested of Frank Lombardi to provide specifics and outline chances of success. The Board is eager to move on the issue.

Regarding the Jackvony unit, Mr. Jackvony is demanding settlement for work to be done on his unit. He is requesting $3100 to care for his Mother at his brother's home while work is being done as well as new carpet. Mr. Jackvony has refused to allow work to be done on his unit until a settlement is agreed upon. Mr. Lombardi will handle all communication with Mr. Jackvony and the Board has authorized Mr. Lombardi was asked to proceed quickly in getting this matter resolved.

Work will start on the B and D side of the building. Additional costs will likely be incurred because of the necessity of a new "start up" by the contractor when work starts on the A and C side of the unit.

Garage Doors:

After additional vendors are approved, communication will go to the Unit owners. Overhead Doors has submitted information on their product and priced it at $571 with additional discounts being given for several new doors being installed at the same time (aka group rate). Perrino to request a picture fro Overhead Door,

Sewer Covers:

Brent has inspected these with special attention being given to the covers outside Building 47. Cesario will do the necessary repair soon as weather permits.

Budget for 2003: This as been approved by the Board with amendment to the Landscaping portion as described above.

The next meeting will be the annual meeting for Unit Owners as well as election of officers at Evelyn's Restaurant. December 5, 2002 was chosen and had been communicated to owners.

Post Script: Because of Snow, the annual meeting was postponed to 16 January 2003 at Evelyn's Restaurant.

Respectfully Submitted,

Cynthia Bjerke

Cynthia Bjerke

EXHIBIT
G

163