RICHARD F. AUBE
LOSS CONSULTANT/ADJUSTER

PO Box 1273
West Warwick, RI 02893

Telephone 401-827-0459
Fax 401-827-5023

March 15, 2004

CERTIFIED MAIL
RETURN RECEIPT

Shailer & Greene
942 Warwick Avenue
Warwick, RI 02888

RE:
Policy: ORC34922-1
Insured: Eagle Nest Condominium Association
Eagle Run
Warwick, RI

To Whom it May Concern:

Please be advised that this office represents the insured, Eagle Nest Condominium Association, with regard to damages sustained to property as the result of collapse.

As agent for the above, please process notification to the New London County Mutual Insurance Company.

As representative of the Eagle Nest Condominium Association, please refer all contact regarding this matter to this office.

Sincerely,

Richard F. Aube
Adjuster

CC: Roberta McMahon
Association President

EXHIBIT
tabbies
H

13-1