RICHARD F. AUBE
LOSS CONSULTANT/ADJUSTER

PO Box 1273
West Warwick, RI 02893

Telephone 401-827-0459
Fax 401-827-5023

June 30, 2004

James Heaney
R.J. Margetta Adjustment
82 Granite Street
Fall River, MA 02720

RE:

| | |
|---|---|
| Your File: | M04-18383-COL |
| Co Claim: | B41979 |
| Policy: | ORC34922-1 |
| Insured: | Eagle Nest Condominium Association<br>Eagle Run<br>Warwick, RI |

Dear Mr. Heaney:

Please be advised that on this date, and pursuant to the terms of the Commercial Policy Conditions, the insured, Eagle Nest Condominium Association has filed a legal action against New London County Mutual Insurance Company for damages sustained to property as the result of collapse.

Our records indicate, as we have advised your office, that the date of loss is July 2002 and not the referenced date of loss of 11/29/02 as it appears in your letter of 5/28/04 to the insured and thus the two year anniversary is approaching.

This action was necessary in order to reserve the rights of the insured. We understand and appreciate the ongoing investigation into the cause and origin of this matter.

The insured wishes to continue the dialogue that has occurred in an effort to settle this matter in a fair and equitable manner. I remain the point of contact and representative of the insured and look forward to a resolution to this referenced claim.

Sincerely,

Richard F. Aube
Adjuster

000487

EXHIBIT
tabbles®
I