5-XXXVI

| UNIT # | OWNER | BSMT(Y/N) | DEFLECTION | COMMENTS | ACTION | REPAIRED |
|---|---|---|---|---|---|---|
| A | TAUBER, CARL | N | 1" | Inspected 9/24/03 | Reinspect 4/04 | |
| 01B | SILVER, EVA | N | 1/2" | Inspected 7/22/03 | Reinspect 2/04 | |
| 02A | NEWTON, MORTIMER/MCGANN, MARY | N | 1/2" | Inspected 5/3/03 | Reinspect 1/04 = 3/4-1" | |
| 02B | GALLANT, EUGENE | N | 3/4" | Inspected 9/23/03 | Reinspect 4/04 | |
| 03A | CORCORAN, DOROTHY | Y | 0" | Inspected 4/5/03 | Reinspect 4/04 | |
| 03B | WASSICH, DR. SOPHIE | Y | 1/2" | Inspected 6/12/03 | Reinspect 1/04 | |
| 03C | POLASKI, BARNEY & NORMA | Y | 0" | Some small cracks in 2 spots | Reinspect 1/04 = 3/4" | |
| 03D | O'CONNOR, LAWRENCE & MARINA | Y | 0" | Repaired Beam (by staff, per engineer direction) | Reinspect 1/04 = 3/4" | 11/13/02 |
| 04A | FORGUE, DONALD & SANTA | N | 3/4" | Inspected 7/11/03 | Reinspect 1/04 = 1" | |
| 04B | EARNEY, GEORGE | N | 1/2" | Inspected 7/23/03 | Reinspect 1/04 = 1 1/4" | |
| 05A | LARKIN, JENNIFER | Y | 0" | Inspected 7/11/03 | Reinspect 7/04 | |
| 05B | MCCONNELL, DIANE | Y | 0" | Inspected 7/11/03 | Reinspect 2/04=1/2" | |
| 05C | DEMAIO, VINCENT & MARGARET | Y | 0" | Inspected 7/11/03 | Reinspect 7/04 | |
| 05D | MARION, MATHEW | Y | 0" | Inspected 7/11/03 | Reinspect 7/04 | |
| 06A | MCKINNON, JUNE | N | 1/4" | Inspected 7/21/03 | Reinspect 7/04 | |
| 06B | BOYLAN, JOAN | N | 1/2" | Inspected 7/21/03 | Reinspect 1/04 | |
| 07A | DETROIA, CYNTHIA | N | 7/8" | Inspected 7/22/03; Reinspected/Geisser 10/03 | Reinspect 10/04 | |
| 07B | BENZ, ROBERT & PATRICIA | N | 1 1/2" | Geisser inspect 7/22/03: repair list after #38 | **Repair scheduled 3/8/04** | |
| 08A | LEPORE, LEONARD & CAROL | N | 1/2" | Inspected 7/16/03 | Reinspect 2/04 | |
| 08B | RUZZO, RICHARD & PAULETTE | N | 3/4" | Inspected 7/16/03 | Reinspect 1/04 = 3/4" | |
| 09A | HAIKEN, ROBERT & MARLENE | Y | 0" | Inspected 5/16/03; Truss repaired, support added | Reinspect 5/04 | 5/16/03 |
| 09B | FLYNN, BEATRICE | Y | 0" | Inspected 5/16/03 | Reinspect 5/04 | |
| 09C | GIUSTI, JEAN | Y | 1/2" | Inspected 4/29/03; 1 truss crack; repaired | Reinspect 1/04 = 1-1 1/4" | 5/7/03 |
| 09D | CLOUD, NANCY | Y | 1/2" | Inspected 4/29/03; 3truss cracks, repaired | Reinspect 5/04 | 5/7/03 |
| 10A | MCMAHON, ROBERTA | N | 1/2" | Inspected 8/7/03 | Reinspect 2/04 | |
| 10B | CAHIR, THOMAS & LUCY | N | 3/4" | Inspected 7/16/03 | Reinspect 2/04 | |
| 11A | KAPLAN, DR. IRWIN | N | 3/4" | Inspected 8/8/03 | Reinspect 2/04 | |
| 11B | FONTAINE, RUSSELL & ROSE | N | 1/2" | Inspected 8/7/03 | Reinspect 2/04 | |
| UNIT # | OWNER | BSMT(Y/N) | DEFLECTION | COMMENTS | ACTION | REPAIRED |

EXHIBIT J

tabbies

| UNIT # | OWNER | BSMT(Y/N) | DEFLECTION | COMMENTS | ACTION | REPAIRED |
|---|---|---|---|---|---|---|
| 12A | SMITH, FRANCES | N | 5/8" | Inspected 8/7/03 | Reinspect 2/04 | |
| 12B | DIFILLIPPO, MICHAEL | N | 3/4" | I[illegible]cted 7/22/03 | Reinspect 2/04 | |
| 14A | ROY, DONALD & RUTH | N | 7/8-1.5" | Geisser 7/22/03; Geisser inspect 10/03 | **Repair 2004** | |
| 14B | ALLSOP, PHYLLIS & DONALD | N | 7/8-1.5" | Geisser 7/22/03; Geisser inspect 10/03 | **Repair 2004** | |
| 15A | JACKVONY, BERNARD & ALFRED | Y | 5" prior | Prior repair; new cracks noted by owner<br>Geisser reinspect 10/21/03; plaster shrinkage | Reinspect 11/04 | 1/03 |
| 15B | ASCHETTINO, ELEANOR | Y | 5" prior | | Reinspect 11/04 | 1/03 |
| 15C | ZELLER, JOAN | Y | 5/8" (5" prior) | Prior was 5" deflection; Geisser reinspect 12/03 | Reinspect 11/04 | 11/02 |
| 15D | DOWNING, CLAIRE | Y | 0" | With above | Reinspect 11/04 | 11/02 |
| 16A | WORTHINGTON, JOHN & MARJORIE | N | 1 1/2" | Geisser inspected 9/20/03 | **Repair 2004** | |
| 16B | DELACK, CAROL | N | 1/2" | Inspected 7/22/03 | Reinspect 1/04 = 3/4"-1 1/2" | |
| 17A | HALLM MURIEL | N | 2" | Geisser inspected 8/26/03;10/04 | **Repair 2004 (after 7B)** | |
| 17B | MCCANN, WILLIAM | N | 2" | Geisser inspected 8/26/03;10/04 | **Repair 2004 (after 7B)** | |
| 17C | PARNESS, CHARLES | N | 0" | Inspected 8/8/03 | Reinspect 8/04 | |
| 17D | CONSIDINE, BRIDGET | N | 0" | Inspected 8/8/03 | Reinspect 8/04 | |
| 18A | COOPER, DAVID | N | 3/4" | Inspected 8/8/03 | Reinspect 2/04 | |
| 18B | MCDERMOTT, RICHARD & GEORGIANA | N | 1 1/2" | Geisser inspected 8/12/03; 10/03-Monitor 3 mos. | **Repair 2004 (after 17)** | |
| 19A | MANNI, ADOLPH & LUCILLE | N | 1 1/2-1 5/8" | Geisser inspected 10/3/03; monitor 3 mos. | **Repair 2004** | |
| 19B | PALUMBO, JEANINE | N | 1/2" | Inspected 10/8/03 | Reinspect 3/04 | |
| 20A | PICCOLI, PATRICIA | N | 1 1/2" | Geisser inspect 10/21/03 - Monitor 3 mos. | **Repair 2004** | |
| 20B | CLANCY, SARAH | N | 1 1/2" | Geisser inspect 10/21/03 - Monitor 3 mos. | **Repair 2004** | |
| 20C | PAULSON, BETHANY | N | 1/2" | Inspected 9/3/03 | Reinspect 3/04 | |
| 20D | MCNIFF, ANN | N | 0" | Inspected 9/3/03 | Reinspect 9/04 | |
| 21A | AMATO, ANN MARIE | N | 3/4" | Inspected 8/12/03 | Reinspect 2/04 | |
| 21B | VEALY, BRUCE & ELAINE | N | 3/4" | Inspected 8/12/03 | Reinspect 2/04 | |
| 22A | MADDALENA, AMELIA | N | 3" prior | Repaired | Reinspect 2/04 | 2/03 |
| 22B | BELIVEAU, ROBERT & BECKY | N | 3" prior | Repaired | Reinspect 2/04 | 2/03 |
| 22C | BOWEN, LISA | N | 0" | Inspected 1/13/03 | Reinspect 1/04 | |
| 22D | WYNNE, ANNE | N | 0" | Inspected 1/13/03 | Reinspect 1/04=0" | |
| 23A | ARCHIBALD, GORDON | N | 1/2" | Inspected 8/23/03 | Reinspect 2/04 | |

| UNIT # | OWNER | BSMT(Y/N) | DEFLECTION | COMMENTS | ACTION | REPAIRED |
|---|---|---|---|---|---|---|
| B | NEFF, JANET | N | 1/2" | Inspected 8/12/03 | Reinspect 2/04 | |
| 24A | AUBE, CHARLES & MARY | N | 1.75" | Geisser inspected 10/03; monitor 3 mos. | **Repair 2004 (after 18B)** | |
| 24B | NERI, RENEE | N | 1 1/4" | Geisser inspected 8/26/03 | Reinspect 1/04 = 1" | |
| 25A | CIARAMELLO, EDWIN & MARY | N | 1/2-1 5/8" | Geisser inspected 8/26/03;10/03; monitor 6 mos. | Reinspect 4/04 | |
| 25B | ROY, THERESA | N | 3/4" | Inspected 8/8/03 | Reinspect 4/04 | |
| 26A | KUPERSMITH, KAREN | N | 1/2" | Inspected 8/14/03 | Reinspect 2/04 | |
| 26B | COOPER, MARY | N | 0" | Inspected 8/14/03 | Reinspect 8/04 | |
| 27A | TIBBETTS, DOROTHY | N | 3/4" | Inspected 8/14/03 | Reinspect 2/04 | |
| 27B | HAAS, LINDA | N | 1/2" | Inspected 8/29/03 | Reinspect 2/04 | |
| 28A | LYNCH, KRISTEN | N | 1/2" | Inspected 9/3/03 | Reinspect 3/04 | |
| 28B | HONDA, KENJI & KEIKO | N | 3/4" | Inspected 9/3/03 | Reinspect 3/04 | |
| 29A | FUNKQUIST, MARIA | N | 1/2" | Inspected 8/23/03 | Reinspect 3/04 | |
| 29B | DANDURAND, MICHELE | N | 3/4" | Inspected 6/19/03 | Reinspect 1/04 | |
| 29C | HECKART, CYNTHIA | N | 1/2" | Inspected 9/5/03 | Reinspect 3/04 | |
| 29D | SILVIA, DIANNE | N | 3/4" | Inspected 8/26/03 | Reinspect 2/04 | |
| 30A | ATKINSON, CATHERINE | N | 3/4" | Inspected 8/12/03 | Reinspect 2/04 | |
| 30B | REYNOLDS, JOYCE | N | 3/4" | Inspected 8/22/03 | Reinspect 2/04 | |
| 31A | BOWEN, JOHN & ARLEEN | N | 1/4" | Inspected 6/12/03 | Reinspect 6/04 | |
| 31B | WLASSICH, DR. SOPHIE | N | 1/4" | Inspected 6/12/03 | Reinspect 6/04 | |
| 32A | ROQUE, ROBERT & HELEN | N | 1 1/4" | Geisser inspect 8/23/03; 10/03-monitor 6 mos. | Reinspect 4/04 | |
| 32B | CONNOR, CHRISTINE | N | 3/4" | Inspected 8/30/03 | Reinspect 4/04 | |
| 33A | NEWMAN, THOMAS | N | 3/4" | Inspected 9/26/03 | Reinspect 3/04 | |
| 33B | TASSIA, PETER | N | 3/4" | Inspected 8/26/03 | Reinspect 2/04 | |
| 34A | DOERZBACHER, FRED & TWILA | N | 1 3/4" prior | ACC completed 7/03 | Reinspect 7/04 | 7/03 |
| 34B | FLAMAND, RICHARD & ROSEANNE | N | 1 3/4" prior | ACC completed 7/03 | Reinspect 7/04 | 7/03 |
| 34C | JOHNSON, PATRICIA | N | 0" | Inspected 7/31/03 | Reinspect 7/04 | |
| 34D | LAUTIERI, MICHAEL & COLLEEN | N | 0" | Inspected 7/31/03 | Reinspect 7/04 | |
| **UNIT #** | **OWNER** | **BSMT(Y/N)** | **DEFLECTION** | **COMMENTS** | **ACTION** | **REPAIRED** |
| 35A | GALLANT, PETER | N | 1/8" | Inspected 10/8/03 | Reinspect 10/04 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 35B | MCCARTY, THOMAS | N | 3/4" | Inspected 9/20/03 | Reinspect 3/04 | |
| A | DEFUSCO, JEAN | N | 1/2" | Inspected 8/30/03 | Reinspect 2/04 | |
| 36B | GRISLIS, SUSAN | N | 1/2" | Inspected 8/30/03 | Reinspect 2/04 | |
| 37A | AUGENSTEIN, SUZANNE | Y | 0" | Inspected 8/03 | Reinspect 8/04 | |
| 37B | MCGINNIS, NANCY | Y | 1/2" | 1 Cracked truss, 1 poor lower chord; repaired by BH | Reinspect 6/04 | 6/25/03 |
| 37C | ROTENBERG, LINDA | Y | 3/4" | 2 trusses, 1 cracked vert., 1 bottom chord Repaired by BH | Reinspect 1/04 = 1/2" | 6/26/03 |
| 37D | DEIGNAN, CAROL | Y | 1/2" | Inspected 9/11/03 | Reinspect 3/04 | |
| 38A | LAKEWAY, FREDERICK & CAROLE | N | 1" (both floors) prior | Inspected 7/31/03; repaired by ACC | Reinspect 1/04 = 1/2" | 10/03 |
| 38B | BJERKE, CYNTHIA | N | 1" (both floors) prior | Inspected 7/31/03; repaired by ACC | Reinspect 10/04 | 10/03 |
| 38C | BENTFIELD, JOYCELYN | Y | 0" | Inspected 7/31/03 | Reinspect 7/04 | |
| 38D | PIFF, DAVID | Y | 0" | Inspected 7/31/03 | Reinspect 7/04 | |
| 39A | SAOBENTO GLORIA | N | 1 3/4" prior | ACC completed 8/03 | Reinspect 8/04 | 8/03 |
| 39B | FALCO, ALBERT & HELENE | N | 1 3/4" prior | ACC completed 8/03 | Reinspect 8/04 | 8/03 |
| 39C | CUSHMAN, WARREN & IRENE | N | 0" | Inspected 5/16/03 | Reinspect 5/04 | |
| 39D | HEALEY, ELIZABETH | N | 0" | Inspected 5/16/03 | Reinspect 5/04 | |
| 40A | DAILEY, WILLIAM & PHYLLIS | Y | 2" prior | ACC completed | Reinspect 4/04 | 4/03 |
| 40B | VITO, FRANCES | Y | 2" prior | ACC completed | Reinspect 4/04 | 4/03 |
| 40C | CAPPALLI, WNEDY & JIM | N | 0" | Inspected 3/4/03 | Reinspect 3/04 | |
| 40D | DILAURO, ANTHONY & HELEN | N | 0" | Inspected 3/4/03 | Reinspect 3/04 | |
| 41A | KUTZ, FRANK | N | 5/4-1" | Inspect 9/5/03 | Reinspect 3/04 | |
| 41B | RICHMOND, FRANCES | N | 1/2" | Inspected 9/11/03 | Reinspect 3/04 | |
| 42A | CALORE, DANIEL | N | 1 3/4" | Geisser inspected 10/03; monitor 3 mos. | **Repair 2004** | |
| 42B | RAFFERTY, EILEEN | N | 3/4" | Inspected 9/12/03 | Reinspect 1/04 = 3/4" | |
| 43A | SOARES, LINDA | N | 1/2" | Inspected 9/11/03 | Reinspect 3/04 | |
| 43B | DAWKINS, SALLY | N | 1/2" | Inspected 8/30/03 | Reinspect 2/04 | |
| 44A | BOUNTEMPO, IDLE | N | 1/4" | Inspected 8/23/03 | Reinspect 8/04 | |
| 44B | BROUSSARD, MARILYN | N | 3/4" | At entrance to deck-need support pole; repaired BH | Reinspect 8/04 | 8/11/03 |

| # | OWNER | BSMT(Y/N) | DEFLECTION | COMMENTS | ACTION | REPAIRED |
|---|---|---|---|---|---|---|
| [illegible]A | MURPHY, DANIEL & CATHERINE | n | 1 1/4" prior | A[illegible]ompleted 9/03 | Reinspect 9/04 | 9/0[illegible] |
| 45B | CANETA, JOE & MARIANNE | N | 1" prior | ACC completed 9/03 | Reinspect 9/04 | 9/03 |
| 46A | WALSH, PATRICIA | Y | 3/4" | Inspected 9/3/03 | Reinspect 1/04 = 3/4-1" | |
| 46B | VERRECCHIA, MICHELLE | Y | 1/2" | Inspected 9/3/03 | Reinspect 3/04 | |
| 46C | ROSENTHAL, SYLVIA | Y | 1/4" | Inspected 9/4/03 | Reinspect 9/04 | |
| 46D | LACKS, SAMUEL | Y | 1 1/4" | No cracks or breaks;add support for load Repaired by BH | Reinspect 5/04 | 5/21/03 |
| 47A | SWALLOW, JANET | N | 1/2" | Inspected 8/26/03 | Reinspect 1/04 | |
| 47B | TEEVEN, PAUL | N | 1/2" | Inspected 9/3/03 | Reinspect 1/04 = 3/4 - 1" | |