UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EAGLE'S NEST CONDOMINIUM ASSOCIATION, INC., ALSO KNOWN AS EAGLE NEST CONDOMINIUM ASSOC

Plaintiff,

vs.

Civil Action, File No.: 04-436ML

NEW LONDON COUNTY MUTUAL INSURANCE COMPANY, NLC INSURANCE COMPANIES, INC., DOES I THROUGH V, AND NLC INSURANCE COMPANIES, ALIAS JOHN DOE COMPANY

Defendants

**JOINT MOTION TO EXTEND DEADLINE FOR FILING DISPOSITIVE MOTIONS**

Now come the parties in the above-captioned matter and hereby move this Honorable Court to extend the time within which they may file dispositive motions, for one (1) month, up to and including February 28, 2006.

As grounds therefore, the parties state that the stenographer who recorded the deposition of Diane Landock of NLC Insurance Companies has been unable to make a transcript of the deposition testimony of that witness. The stenographer has reported that he has experienced corruption in the computer file containing that deposition transcript and that he has sent that computer out for repair to attempt to recover the file.

WHEREFORE, the parties pray that they be granted an additional month for filing dispositive motions, up to and including February 28, 2006.

Granted.
Mary M. Lisi
USDJ 1/20/06



Exhibit A

Plaintiff,
Eagle's Nest Condominium
Association, Inc., also known as
Eagle Nest Condominium Assoc,
By its Attorney,

Steven H. Orabone, Esq. (#3205)
20 Ridgevale Court
Cranston, RI 02921
Telephone: (401) 944-5777
FAX: (401) 942-1936

Defendant,
New London County Mutual
Insurance Company,
By its Attorney,

Ron Langlois, Esq. (2891)
SMITH & BRINK, PC
One State Street, Suite 400
Providence, RI 02908
Telephone: (401) 351-9970
FAX: (401) 274-6218