FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EAGLE'S NEST CONDOMINIUM ASSOCIATION, INC., ALSO KNOWN AS EAGLE NEST CONDOMINIUM ASSOC<br><br>Plaintiff,<br><br>vs. | ) | |
| | ) | Civil Action, File No.: 04-436ML |
| NEW LONDON COUNTY MUTUAL INSURANCE COMPANY, NLC INSURANCE COMPANIES, INC., DOES I THROUGH V, AND NLC INSURANCE COMPANIES, ALIAS JOHN DOE COMPANY<br><br>Defendants | ) | |

**PLAINTIFF'S MOTION TO EXTEND DEADLINE FOR FILING OBJECTION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Now comes the plaintiff in the above-captioned matter and hereby moves this Honorable Court to extend the time within which plaintiff may file an objection and memorandum in response to defendants' Motion for Summary Judgment up to and including February 28, 2006.

As grounds therefore, this Court previously granted the parties' Joint Motion to Extend Deadline for Filing Dispositive Motions (See attached Exhibit A).

While counsel has now received the deposition transcript that led to the request for the extension of time, plaintiff's counsel still is in need of the additional time extension to February 28, 2006 to file its objection and memorandum in response to defendants' Motion for Summary Judgment. This case is complex, and involves voluminous documents and transcripts that must be gone through as part of preparing plaintiff's objection and memorandum. The documents produced in the discovery responses are well over 1,000 pages; the depositions of the deposed witnesses exceed 600 pages (excluding the high volume of exhibits from the depositions). Just for plaintiff to file its initial response to defendants' production request required plaintiff to prepare a 42 page document describing the documents plaintiff produced with that response. In addition, there are other witnesses plaintiff's counsel has interviewed, and from whom plaintiff's counsel may need to obtain affidavits.

Granted. Mary M. Lisi USDJ 2/2/06

WHEREFORE, the plaintiff prays that they be granted an extension of time for filing an objection and memorandum in response to defendants' Motion for Summary Judgment, up to and including February 28, 2006.

Plaintiff,
Eagle's Nest Condominium
Association, Inc., also known as
Eagle Nest Condominium Assoc,
By its Attorney,

Steven H. Orabone, Esq. (#3205)
20 Ridgevale Court
Cranston, RI 02921
Telephone: (401) 944-5777
FAX: (401) 942-1936
E-mail: stevenorabone@cox.net

**CERTIFICATION**

I, the undersigned, hereby certify that I mailed a copy of the within Plaintiff, Eagle's Nest Condominium Association, Inc.'s Motion to Extend Deadline for Filing Objection to Defendants' Motion for Summary Judgment, first class, postage pre-paid, on February 1, 2006 to Ronald Langlois, Esq., Smith & Brink, P.C., One State Street, Suite 400, Providence, RI 02908.