UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EAGLE'S NEST CONDOMINIUM ASSOCIATION, INC., ALSO KNOWN AS EAGLE NEST CONDOMINIUM ASSOC<br><br>Plaintiff,<br><br>vs.<br><br>NEW LONDON COUNTY MUTUAL INSURANCE COMPANY, NLC INSURANCE COMPANIES, INC., DOES I THROUGH V, AND NLC INSURANCE COMPANIES, ALIAS JOHN DOE COMPANY<br><br>Defendants | Civil Action, File No.: 04-436ML |

**OBJECTION OF PLAINTIFF, EAGLE'S NEST CONDOMINIUM ASSOCIATION, INC., ALSO KNOWN AS EAGLE NEST CONDOMINIUM ASSOC, TO THE MOTION OF DEFENDANTS, THE NEW LONDON COUNTY MUTUAL INSURANCE COMPANY AND NLC INSURANCE COMPANIES, INC. FOR SUMMARY JUDGMENT**

---

Now comes the Plaintiff, Eagle's Nest Condominium Association, Inc., also known as Eagle Nest Condominium Assoc, and hereby objects to the motion of Defendants, The New London County Mutual Insurance Company and NLC Insurance Companies, Inc. for Summary Judgment in the above-captioned matter. Plaintiff further relies on its reasons set forth in its Memorandum of Law appended hereto.

**Plaintiff's Counsel's Statement Requesting Oral Argument:**

Plaintiff's counsel requests the opportunity for oral argument on this objection. Plaintiff's counsel estimates that

plaintiff's counsel will require 15 minutes to present plaintiff's oral argument.

Dated: February 28, 2006

Respectfully submitted, Plaintiff,
Eagle's Nest Condominium
Association, Inc., also known as
Eagle Nest Condominium Assoc,
By its Attorney,

Steven H. Orabone, Esq. (#3205)
20 Ridgevale Court
Cranston, RI 02921
Telephone: (401) 944-5777
FAX: (401) 942-1936
E-mail: stevenorabone@cox.net

**CERTIFICATION**

I, the undersigned, hereby certify that I hand-delivered a copy of the within Objection of Plaintiff, Eagle's Nest Condominium Association, Inc., also known as Eagle Nest Condominium Assoc, to the motion of Defendants, The New London County Mutual Insurance Company and NLC Insurance Companies, Inc. for Summary Judgment, on February 28, 2006 to Ronald Langlois, Esq., Smith & Brink, P.C., One State Street, Suite 400, Providence, RI 02908.