UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EAGLE'S NEST CONDOMINIUM ASSOCIATION, INC., ALSO KNOWN AS EAGLE NEST CONDOMINIUM ASSOC<br><br>Plaintiff,<br><br>vs.<br><br>NEW LONDON COUNTY MUTUAL INSURANCE COMPANY, NLC INSURANCE COMPANIES, INC., DOES I THROUGH V, AND NLC INSURANCE COMPANIES, ALIAS JOHN DOE COMPANY<br><br>Defendants | Civil Action, File No.: 04-436ML |

# LIST OF EXHIBITS

## OF PLAINTIFF EAGLES NEST CONDOMINIUM ASSOCIATION, INC., ALSO KNOWN AS EAGLE NEST CONDOMINIUM ASSOC

(1) Pertinent excerpts from New London County Mutual Insurance Company Insurance Policy.

(2) Affidavit of Roberta McMahon.

(3) Affidavit of Barbara Perrino.

(4) Affidavit of Richard Aube.

(5) Affidavit of Steven A. Bogle, P.E.

(6) Affidavit of Dennis Higgins.

(7) Affidavit of Marilyn Broussard.

(8) Marilyn F. Broussard deposition transcript excerpts.

(9) Sidney M. Smith, Jr. deposition transcript excerpts.

(10) Steven A. Bogle, P.E. deposition transcript excerpts.

(11) Diane Landock deposition transcript excerpts.

(12) Barbara Perrino deposition transcript excerpts.

(13) Joan Zeller deposition transcript excerpts.

(14) Al Jackvony deposition transcript excerpts.

Dated: February 28, 2006

Plaintiff,
Eagle's Nest Condominium
Association, Inc., also known as
Eagle Nest Condominium Assoc,
By its Attorney,

Steven H. Orabone, Esq. (#3205)
20 Ridgevale Court
Cranston, RI 02921
Telephone: (401) 944-5777
FAX: (401) 942-1936
E-mail: stevenorabone@cox.net

**CERTIFICATION**

I, the undersigned, hereby certify that I hand-delivered a copy of the within List of Exhibits of Plaintiff, Eagle's Nest Condominium Association, Inc., also known as Eagle Nest Condominium Assoc, on February 28, 2006, to Ronald Langlois, Esq., Smith & Brink, P.C., One State Street, Suite 400, Providence, RI 02908.