**INSURED COPY**

EAGLE NEST CONDOMINIUM ASSOC
C/O PERINO & ASSOCIATES
100 JEFFERSON BLVD - SUITE 205
WARWICK RI 02888

# Commercial Package Policy

# NEW LONDON COUNTY MUTUAL INSURANCE COMPANY

Plf. EXHIBIT # 2
MARKED FOR I.D./FULL
RONALD M. RONZIO 1-5-06
NOTARY PUBLIC - R.I.

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

**A. CONCEALMENT, MISREPRESENTATION OR FRAUD**

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;
2. The Covered Property;
3. Your interest in the Covered Property; or
4. A claim under this Coverage Part.

**B. CONTROL OF PROPERTY**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C. INSURANCE UNDER TWO OR MORE COVERAGES**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**D. LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and
2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

**E. LIBERALIZATION**

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

**F. NO BENEFIT TO BAILEE**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**G. OTHER INSURANCE**

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.
2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**H. POLICY PERIOD, COVERAGE TERRITORY**

Under this Coverage Part:

1. We cover loss or damage commencing:
   a. During the policy period shown in the Declarations; and
   b. Within the coverage territory.
2. The coverage territory is:
   a. The United States of America (including its territories and possessions);
   b. Puerto Rico; and
   c. Canada.

1A

 Copyright, ISO Commercial Risk Services, Inc., 1983, 1987 

**I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.
2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:
   a. Someone insured by this insurance;
   b. A business firm:
      (1) Owned or controlled by you; or
      (2) That owns or controls you; or
   c. Your tenant.

This will not restrict your insurance.

 Copyright, ISO Commercial Risk Services, Inc., 1983, 1987 

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# RHODE ISLAND CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99**, the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** The last sentence of the **Appraisal** Loss Condition does not apply.

**C.** The following is added to the **Appraisal** Loss Condition:

**1.** You and we must notify the other of the appraiser selection within 20 days of the written demand for appraisal.

**2.** If the appraisers do not agree on the selection of an umpire within 15 days, they must request selection of an umpire by a judge of a court having jurisdiction.

**D. Vacancy And Unoccupancy Loss Condition**

**1.** For insurance provided under the Building And Personal Property Coverage Form, the Condominium Association Coverage Form, or the Condominium Commercial Unit-Owners Coverage Form, the **Vacancy** Loss Condition is replaced by the following:

**VACANCY AND UNOCCUPANCY**

**a.** If the building where loss or damage occurs has been vacant or unoccupied for more than 30 consecutive days after a local building inspector issues an order stating that the building is in violation of the State Building Code, we will not pay for any loss or damage caused by fire or lightning.

**b.** If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

**(1)** We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

**(a)** Vandalism;

**(b)** Sprinkler leakage, unless you have protected the system against freezing;

**(c)** Building glass breakage;

**(d)** Water damage;

**(e)** Theft; or

**(f)** Attempted theft.

**(2)** With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%. However, we will not pay for any loss or damage caused by fire or lightning if the circumstances stated in **a.** above apply.

**c.** With respect to Section **1.b.**, above, when this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant.

**d.** A building is vacant when it does not contain enough business personal property to conduct customary operations.

**e.** Buildings under construction or renovation are not considered vacant.

101

 Copyright, Insurance Services Office, Inc., 1995 

2. For insurance provided under the Glass Coverage Form, the **Vacancy** Loss Condition is replaced by the following:

**VACANCY AND UNOCCUPANCY**

a. If the building where loss or damage occurs has been vacant or unoccupied for more than 30 consecutive days after a local building inspector issues an order stating that the building is in violation of the State Building Code, we will not pay for any loss or damage caused by breakage of glass if the breakage is due to lightning.

b. If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs, we will not pay for any loss or damage, unless an additional premium for Coverage for Vacant Buildings is shown in the Declarations or the Glass Coverage Schedule.

c. With respect to Paragraph **2.b.,** above, when this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant.

d. A building is vacant when it does not contain enough business personal property to conduct customary operations.

e. Buildings under construction or renovation are not considered vacant.

3. For insurance provided under the Leasehold Interest Coverage Form, the **Vacancy** Loss Condition is replaced by the following:

**VACANCY AND UNOCCUPANCY**

a. If the building where loss or damage occurs has been vacant or unoccupied for more than 30 consecutive days after a local building inspector issues an order stating that the building is in violation of the State Building Code, we will not pay for any loss or damage caused by fire or lightning.

b. If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs, and:

(1) You have entered into an agreement to sublease the described premises as of the time of loss or damage, we will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

(a) Vandalism;

(b) Sprinkler leakage, unless you have protected the system against freezing;

(c) Building glass breakage;

(d) Water damage;

(e) Theft; or

(f) Attempted theft.

With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%. However, we will not pay for any loss or damage caused by fire or lightning if the circumstances stated in **3.a.** above apply.

(2) You have not entered into an agreement to sublease the described premises as of the time of loss or damage, we will not pay for any loss of Covered Leasehold Interest.

c. With respect to Section **3.b.,** above, when this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant.

d. A building is vacant when it does not contain enough business personal property to conduct customary operations.

e. Buildings under construction or renovation are not considered vacant.

4. For insurance provided under the Mortgageholders Errors And Omissions Coverage Form, the **Vacancy** Loss Condition is replaced by the following:

**VACANCY AND UNOCCUPANCY**

a. If the building where loss or damage occurs, or out of which a claim or "suit" arises, has been vacant or unoccupied for more than 30 consecutive days after a local building inspector issues an order stating that the building is in violation of the State Building Code, we will not pay for any loss or damage caused by fire or lightning.

b. If the building where loss or damage occurs, or out of which a claim or "suit" arises, has been vacant for more than 60 consecutive days before that loss or damage, or the event that gives rise to the claim or "suit", we will not pay for any loss or damage.

 Copyright, Insurance Services Office, Inc., 1995 

c. A building is vacant when it does not contain enough business personal property to conduct customary operations.

5. For insurance provided under the Standard Property Policy, the **Vacancy** Loss Condition is replaced by the following:

**VACANCY AND UNOCCUPANCY**

a. We will not pay for loss or damage if the building where loss or damage occurs has been "vacant" or "unoccupied" for more than:

(1) 30 consecutive days before the loss or damage occurs, if caused by Vandalism (if it is a Covered Cause of Loss);

(2) 30 consecutive days after a local building inspector issues an order stating that the building is in violation of the State Building Code, if the loss or damage is caused by fire or lightning; or

(3) 60 consecutive days before the loss or damage occurs, if caused by any other Covered Cause of Loss;

whether or not such vacancy or unoccupancy begins before the inception of this policy.

But with respect to **(1)** and **(3)** above, we will pay if the building is "unoccupied" due to circumstances that are usual or incidental to the described occupancy.

b. With respect to **a.(1)** and **a.(3)** above, this condition does not apply if the Vacancy Permit Endorsement is attached.

c. With respect to **a.(1)** and **a.(3)** above, when this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant.

d. Buildings under construction or renovation are not considered "vacant" or "unoccupied".

E. The following is added:

No provision, stipulation or forfeiture will be held to be waived by any requirement or proceeding on our part relating to appraisal or to any examination provided for in this policy.

F. The following is added when this Coverage Part applies to loss or damage to Buildings by fire or explosion, other than owner-occupied 1- to 4-family dwellings:

1. We will not pay for a loss that is more than $10,000 unless we receive from you a certificate issued by the taxing jurisdiction official that shows:

a. That no lien exists for the benefit of the taxing jurisdiction; or

b. The amount of any such lien that exists;

against the building or structure.

The $10,000 limit shown above may be adjusted yearly for inflation by the Insurance Department.

2. Under the following conditions, we will put our payment for loss or damage into an interest-bearing escrow account:

a. The taxing jurisdiction official certifies that a lien exists. We will not put more than the amount of that lien into the account.

b. You do not receive a certificate from the taxing jurisdiction official within 30 days after you file a statement of loss with us. In this case, we will put the entire loss payment into the account.

3. But, if you can prove to us that:

a. You have requested the certificate by certified mail; and

b. The taxing jurisdiction official has not provided it to you within 15 days after your request.

we will make our payment directly to you as soon as possible.

4. Also, if the taxing authority certifies that it has received proof that you will repair or rebuild on the same premises where the loss or damage occurred, we can then pay you directly for the loss or damage.

G. The **Legal Action Against Us** Commercial Property Condition is replaced by the following:

**LEGAL ACTION AGAINST US**

1. No one may bring a legal action against us under this Coverage Part unless there has been full compliance with all of the terms of this Coverage Part.

2. Subject to Paragraph **1.** above, any action on this policy for the recovery of any claim for direct loss or damage by fire and lightning must be brought within 2 years after the date on which such direct loss or damage occurred.

103

 Copyright, Insurance Services Office, Inc., 1995 

d. $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

This limitation, **C.4.**, does not apply to Business Income coverage or to Extra Expense coverage.

5. We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

   a. Results in discharge of any substance from an automatic fire protection system; or

   b. Is directly caused by freezing.

   However, this limitation does not apply to Business Income coverage or to Extra Expense coverage.

**D. ADDITIONAL COVERAGE – COLLAPSE**

The term Covered Cause of Loss includes the Additional Coverage – Collapse as described and limited in **D.1.** through **D.5.** below.

1. We will pay for direct physical loss or damage to Covered Property, caused by collapse of a building or any part of a building insured under this Coverage Form, if the collapse is caused by one or more of the following:

   a. The "specified causes of loss" or breakage of building glass, all only as insured against in this Coverage Part;

   b. Hidden decay;

   c. Hidden insect or vermin damage;

   d. Weight of people or personal property;

   e. Weight of rain that collects on a roof;

   f. Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation. However, if the collapse occurs after construction, remodeling or renovation is complete and is caused in part by a cause of loss listed in **D.1.a.** through **D.1.e.**, we will pay for the loss or damage even if use of defective material or methods, in construction, remodeling or renovation, contributes to the collapse.

2. If the direct physical loss or damage does not involve collapse of a building or any part of a building, we will pay for loss or damage to Covered Property caused by the collapse of personal property only if:

   a. The personal property which collapses is inside a building; and

   b. The collapse was caused by a cause of loss listed in **D.1.a.** through **D.1.f.** above.

3. With respect to the following property:

   a. Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

   b. Awnings, gutters and downspouts;

   c. Yard fixtures;

   d. Outdoor swimming pools;

   e. Fences;

   f. Piers, wharves and docks;

   g. Beach or diving platforms or appurtenances;

   h. Retaining walls; and

   i. Walks, roadways and other paved surfaces;

   if the collapse is caused by a cause of loss listed in **D.1.b.** through **D.1.f.**, we will pay for loss or damage to that property only if:

   a. Such loss or damage is a direct result of the collapse of a building insured under this Coverage Form; and

   b. The property is Covered Property under this Coverage Form.

4. Collapse does not include settling, cracking, shrinkage, bulging or expansion.

5. This Additional Coverage – Collapse, will not increase the Limits of Insurance provided in this Coverage Part.

**E. ADDITIONAL COVERAGE EXTENSIONS**

1. **Property In Transit.** This Extension applies only to your personal property to which this form applies.

   a. You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

 Copyright, ISO Commercial Risk Services, Inc., 1994