UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EAGLE'S NEST CONDOMINIUM ASSOCIATION, INC., ALSO KNOWN AS EAGLE NEST CONDOMINIUM ASSOC<br><br>Plaintiff,<br><br>vs.<br><br>NEW LONDON COUNTY MUTUAL INSURANCE COMPANY, NLC INSURANCE COMPANIES, INC., DOES I THROUGH V, AND NLC INSURANCE COMPANIES, ALIAS JOHN DOE COMPANY<br><br>Defendants | Civil Action, File No.: 04-436ML |

**AFFIDAVIT OF ROBERTA MCMAHON**

I, Roberta McMahon, being first duly sworn under penalties of perjury, on oath depose and say as follows:

(1) On December 9, 2003, I was elected president of Eagle's Nest Condominium Association. Transfer of the position of president took place on December 22, 2003, and I have remained in that office since December 22, 2003.

(2) I have now made a thorough review of Eagle's Nest Condominium Association's file for Unit 3C, and state that it contains no document concerning any report of a deflection in the basement of that unit, and that the file for Unit 3C contains no document concerning any call for an inspection by an engineer;

**Plaintiff's Exhibit 2**

(3) In early spring of 2004, Eagle's Nest Condominium Association received a New London County Mutual Insurance Company letter dated March 22, 2004 informing Eagle's Nest Condominium Association that the Statute of Limitations for this loss is ten (10) years and indicating that the date of Eagle's Nest Condominium Association's loss was November 29, 2002. A true and exact copy of that letter is attached hereto as Exhibit 1.

(4) In late spring of 2004, Eagle's Nest Condominium Association received a letter signed by James A. Heaney of R.J. Margetta Adjustment dated May 28, 2004 addressed to Eagles Nest Condominium Assoc. care of Perino Associates Attn Roberta MacMahon, President. Mr. Heany is an insurance adjuster hired by New London County Mutual Insurance Company. A true and exact copy of that letter is attached hereto as Exhibit 2.

(5) The May 28, 2004 letter claimed that the statute of limitations for Eagle's Nest Condominium Association's claim was twenty-four months from the date of loss. The May 28, 2004 letter listed the date of Eagle's Nest Condominium Association's loss as November 29, 2002.

Roberta Mc Mahon
**Roberta McMahon**

State of Rhode Island
County of Providence

Subscribed and sworn to, under the penalties of perjury, before me in Providence, Rhode Island, on this 24th day of February 2006.

Rae-Ann E. Yarzon
Notary Public
My commission expires: 9/10/2009

NLC INSURANCE COMPANIES
101 HIGH STREET, P.O. BOX 40, NORWICH, CT 06360 FOUNDED 1840
(860) 887-3553 – CT 1-800-962-0800 – MA-RI 1-800-243-4080 – FAX (860) 886-8270 – www.nlcinsurance.com

March 22, 2004

Eagle Nest Condominium Assoc
C/O Perino & Assoc.
Attn: Roberta Macmahon, President
100 Jefferson Blvd - Suite 205
Warwick, RHODE ISLAND 02888

**Our Insured:** Eagle Nest Condominium Assoc
**Date of Loss:** 11/29/02
**Claim Number:** B41979

Dear Roberta MacMahon:

NLC Insurance Company is in receipt of your claim for damages for the above date of loss. Please note the above referenced claim number that has been assigned to this case, and our toll free number. As the Claims Adjuster assigned to this claim I am conducting an investigation into this loss. In order for me to conduct a thorough investigation it is imperative that I speak to you. If you have not spoken to me by the time you receive this letter, please call me at the number(s) noted below. If you are not making a claim, I would appreciate you notifying me of this as well.

The Rhode Island Department of Business Regulation requires insurance companies to inform you of the legal time you have to pursue a claim. The legal time is commonly referred to as the Statute of Limitations. In Rhode Island, the Statute of Limitations for this loss is ten (10) years.

Sincerely,
R. J. Margetta Adjustment Service
1-800-700-5330

Exhibit 1

R.J. Margetta Adjustment
PROFESSIONAL ADJUSTERS AND PROPERTY APPRAISERS
82 Granite Street
Fall River, MA 02720
(508) 675-5330 (508) 675-5326
Fax (508) 675-4660

personal
commercial
inland marine

05/28/04

Eagle Nest Condominium Assoc. c/o Perino & Associates
100 Jefferson Blvd - Suite 205
Warwick, RI 02888

Re: Date/Loss: 11/29/02 - collapse
Loss Loca: Eagle Run/Greenbriar Lane, Warwick, RI 02889
Policy No: ORC34922
Our File No: M04-18383-COL
Co Claim No: B41979

Dear Sir or Madam:

Rhode Island Department of Business Regulation, Division of Insurance, requires that we provide you with a letter regarding the status of your claim.

As you are aware the adjustment of your insurance claim referenced above is to date incomplete. The reason for the additional time is that the cause and origin of the damage is presently undetermined and we are awaiting a cause and origin expert opinion from C.A. Pretzer Engineers. The cause and origin opinion is necessary in order for coverage to be reviewed within the terms and conditions of the policy. We met with your representative, Richard Aube, and the engineer on 5/14/04 and we continue to await the results of that inspection.

Please be advised that the statute of limitations for your claim is twenty-four months from the date of loss.

Should you have any concerns which you wish to take up with the Rhode Island Department of Business Regulation, Division of Insurance, it maintains a Service Division to investigate complaints at 233 Richards Street, Rhode Island, 02903. The Rhode Island Division can be contacted by telephone at (401) 222-2223.

Sincerely,

James A. Feaney
Adjuster

RJ MARGETTA ADJUSTMENT

Exhibit 2