UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EAGLE'S NEST CONDOMINIUM ASSOCIATION, INC., ALSO KNOWN AS EAGLE NEST CONDOMINIUM ASSOC<br><br>Plaintiff,<br><br>vs.<br><br>NEW LONDON COUNTY MUTUAL INSURANCE COMPANY, NLC INSURANCE COMPANIES, INC., DOES I THROUGH V, AND NLC INSURANCE COMPANIES, ALIAS JOHN DOE COMPANY<br><br>Defendants | Civil Action, File No.: 04-436ML |

**AFFIDAVIT OF BARBARA PERRINO**

I, Barbara Perrino, being first duly sworn under penalties of perjury, on oath depose and say as follows:

(1) During the entire time that I was property manager for Eagles Nest Condominiums, Sidney Smith, Jr. was the insurance agent with whom I dealt.

(2) Whenever I notified an insurance company of an Eagle's Nest Condominium Association loss, I went through Sidney Smith, Jr. This was my normal, usual, and customary practice for notifying an Eagle's Nest Condominium Association insurance carrier of a loss. I never notified an insurance company of an Eagle's Nest Condominium Association loss by directly contacting an insurance carrier.

**Plaintiff's Exhibit 3**

(3) On or about January 30, 2003, Perrino Associates, at a time when it was serving as the property management company for Eagle's Nest Condominiums, received a Notice of Violation from the Warwick Building Department concerning the floor truss problem at Eagle's Nest Condominiums. A true and exact copy of the Notice of Violation is attached hereto as Exhibit 1.

(4) My work as Eagle's Nest Condominium Association's property manager ended when I resigned effective approximately February 29, 2004.

(5) After my resignation date, whenever I received mail concerning Eagles Nest Condominium Association, I forwarded that mail to Roberta McMahon, Eagles Nest Condominium Association's president.

Barbara Perrino

**Barbara Perrino**

State of Rhode Island
County of Kent

Subscribed and sworn to, under the penalties of perjury, before me in Warwick, Rhode Island, on this 27th day of February 2006.

Ann Brouillette

Notary Public
My commission expires: 8/24/2009

JOHN PAGLIARO
DIRECTOR & BUILDING OFFICIAL

SCOTT AVEDISIAN
MAYOR

WARWICK BUILDING DEPARTMENT
3275 POST ROAD
WARWICK, RHODE ISLAND 02886
(401) 738-2000
FAX (401) 732-1252
TDD 739-9150

# NOTICE OF VIOLATION

| | |
|---|---|
| **TO:** | **Perrino Associates.** Attn: Genie Fratus. 100 Jefferson Boulevard. Suite 205, Warwick. RI 02888 |
| **FROM:** | John V. Pagliaro, Director and Building Official |
| **SUBJECT:** | **NOTICE OF VIOLATION** |
| **DATE:** | January 30. 2003 |
| **PROPERTY:** | Plat 228, Lot 1 |
| **LOCATION:** | **Eagles Nest Condominiums, Major Potter Road. Warwick. RI** |

It has come to the attention of this department that several floor trusses have failed and that several of the buildings in this complex are in need of structural repairs. You are therefore in violation of Section 124.0 of the Rhode Island State Building Code. Thus, you are being notified that these buildings cannot be occupied unless we obtain a report from a Structural Engineer stating that all of the buildings are safe to be occupied until the structural repairs are made, or you must provide temporary supports for the building to remain occupied.

You are hereby notified to correct the above violation(s) **immediately** within receipt of this notice or file an appeal to the applicable Board of Review, or court action will be initiated against you. Also, a lien will be placed against your property at the Recorder of Deeds Office, and penalties of $500.00 per day, per Section 122.3, pending resolution of this matter.

Respectfully.

**CITY OF WARWICK**
**BUILDING DEPT.**

On ___Jan. 30 2003___

I delivered a notice to: ________________
Perrino Associates
________Attn: Genie Fratus
100 Jefferson Blvd.
Address: Suite 205
Warwick. RI 02886

________________________________

Signed: ________________

Exhibit 1