UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EAGLE'S NEST CONDOMINIUM ASSOCIATION, INC., ALSO KNOWN AS EAGLE NEST CONDOMINIUM ASSOC<br><br>Plaintiff,<br><br>vs.<br><br>NEW LONDON COUNTY MUTUAL INSURANCE COMPANY, NLC INSURANCE COMPANIES, INC., DOES I THROUGH V, AND NLC INSURANCE COMPANIES, ALIAS JOHN DOE COMPANY<br><br>Defendants | Civil Action, File No.: 04-436ML |

**AFFIDAVIT OF STEVEN A. BOGLE, P.E.**

I, Steven A. Bogle, P.E., being first duly sworn under penalties of perjury, on oath depose and say as follows:

(1) I am a professional engineer licensed by the state of Rhode Island and employed by Geisser Engineering Corporation.

(2) Eagle's Nest Condominium Association retained me to evaluate their floors and to design a solution for the problems I found in the floors.

(3) I first examined a floor at Eagle's Nest Condominiums on July 17, 2002.

(4) Attached hereto as Exhibit 1 (which is incorporated by reference as part of this affidavit) is an itemized statement of my time records for Geisser Engineering



Plaintiff's Exhibit 5

Corporation Engineers for the week ending Saturday July 20, 2002.

(5) Geisser Engineering keeps such records in the ordinary course of its business;

(6) Attached Exhibit 1 is a record of my time spent in my first visit to Eagles Nest Condominiums, and indicates that my first visit to Eagles Nest Condominiums occurred on July 17, 2002.

(7) After July 17, 2002 I examined various units concerning the floors in them at the Eagle's Nest Condominium Association. In addition, I have had the opportunity to examine many of the underlying truss systems that comprise certain of those floors.

(8) I have had analyses performed of the floor truss system utilized at Eagles Nest.

(9) Attached hereto as Exhibits 3 and 4 are true and exact copies of those analyses.

(10) The term "dead load" means the weight of a condominium unit's fixed structure.

(11) The term "live load" means the weight of people and property in a condominium unit.

(12) It is my opinion, to a reasonable degree of professional certainty, that the amount of weight comprising the dead load on the Eagle's Nest Condominium floors was not sufficient weight, by itself, to cause the floors to structurally fail.

(13) It is my opinion, to a reasonable degree of professional certainty, that the floors at Eagle's Nest Condominium were constructed with sufficient strength to support the dead load plus the addition of some live load added onto the floors without the floors structurally failing. The specific amounts of such added live load the floors were constructed capable of handling without structural failure is detailed in my letter attached hereto as Exhibit 2 and in the 4 pages of documents which follow Exhibit 2 (the 4 pages of documents following attached Exhibit 2 comprise attached Exhibit 3).

(14) It is my opinion, to a reasonable degree of professional certainty that the Eagle's Nest floor trusses were constructed by defective methods such that the floors did not meet minimum design criteria that establish the amount of live load the floors are required to be able to handle

(15) It is my opinion, to a reasonable degree of professional certainty that when sufficient live loads were added to the dead loads on the trusses comprising the floors of the various condominium units such that the floor's weight bearing capacity as constructed was exceeded, the trusses of such floors became overstressed and physically damaged, as a result of which the floors structurally failed, thereby substantially impairing their structural integrity.

(16) It is my opinion, to a reasonable degree of professional certainty that the structural failure of the Eagle's Nest floors and the resulting substantial impairment in the structural integrity of the floors was caused in part by the weight of people and property (the live load) on the floors.

(17) It is my opinion, to a reasonable degree of professional certainty, that the structural failure of the Eagle's Nest floors occurred after construction was complete.

(18) The repairs I designed and specified for the Eagle's Nest floor trusses required no removal of truss materials.

(19) I have reviewed the repair work performed on the floor trusses in each unit that has had the repairs I specified performed, and I have confirmed, in each case, that the repairs were completed in compliance with my specifications. Such compliance has included the fact that no truss material was removed.

(20) I have examined the basement of Eagles Nest Condominiums Unit 3C to determine if any bracing was installed in the basement after the building containing Unit 3C was constructed.

(21) It is my opinion, to a reasonable degree of professional certainty that the only bracing added in the basement of Unit 3C after the building containing Unit 3C was constructed consisted of two (2) wooden posts, and it is my opinion to a reasonable degree of professional certainty that these two (2) wooden posts were installed to support a built up wooden header at the basement stairs in Unit 3C. It is my opinion, to a reasonable degree of professional certainty that there is no evidence of any additional support having been added to any of the floor trusses in the basement of Unit 3C after the building containing Unit 3C was constructed.

**Steven A. Bogle, P.E.**

State of Rhode Island
County of Providence

Subscribed and sworn to, under the penalties of perjury, before me in East Providence, Rhode Island, on this 24th day of February 2006.

Notary Public
My commission expires:

MARIA L. FERREIRA
NOTARY PUBLIC, RHODE ISLAND
MY COMMISSION EXPIRES MARCH 22, 2008

**GEISSER ENGINEERING CORPORATION**
**CONSULTING ENGINEERS**

EMP. NAME: Steven A. Bogle
EMP. NO: 100 WEEK ENDING SAT: 07-20-02

| | 07/15 | 07/16 | 07/17 | 07/18 | 07/19 | 07/20 |
|---|---|---|---|---|---|---|
| In | 7:30 | 7:30 | 7:30 | 7:30 | 7:30 | |
| Out | 5:00 | 5:00 | 5:00 | 5:00 | 5:00 | |

| Job Number/ Client | Description of Work Done Expenses, Mileage | Code No. | Mon. | Tues. | Wed. | Thurs. | Fri. | Sat. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Q-308 Toll Bros. | Certification Letters for Units # 35,36 &37 | 101 | 1.00 | | | | | | 1.00 |
| R-368 Dispigno | Review site plans and calculate soil pressure below footing, compose letter. | 101 | 1.00 | 2.00 | | | | | 3.00 |
| R-388 Sells Greene | Site visit to review existing conditions for shoring design. Start Shoring Design | 101 | 4.00<br>89.00 | | | 1.00 | 1.00 | | 6.00<br>89.00 |
| R-138 Rolyn | Weekly Site meeting, Bunker work, survey coordination. | 101 | | 3.00<br>36.00 | | 2.00 | 1.00 | | 6.00<br>36.00 |
| R-159 Konish | Site visit to discuss hurricane tie design and application. | 101 | | | 3.00<br>65.00 | | | | 3.00<br>65.00 |
| R-395 Perino Associates | Site visit to review bowed flooring conditions. | 101 | | | 3.00<br>36.00 | | | | 3.00<br>36.00 |
| R-252 Janco | Lintel Design and Details Krispy Kreme | 101 | | | | 2.00 | 2.00 | | 4.00 |
| Q-560 Solar Design | Structural Consultation | 101 | | | | | 1.00 | | 1.00 |
| New Autillo Const. | SStar Slab Inspection | 101<br>66 | | | 2.00<br>15.00 | | | | 2.00<br>15.00 |
| | | | | | | | | | |

| | Mon. | Tues. | Wed. | Thurs. | Fri. | Sat. | Total |
|---|---|---|---|---|---|---|---|
| *Total Direct Hours* | 6.00 | 5.00 | 8.00 | 5.00 | 5.00 | | 29.00 |
| INDIRECT GENERAL OFFICE: Proposals, Phone Calls etc... | 3.00 | 4.00 | 1.00 | 4.00 | 4.00 | | |
| *Total Indirect Hours* | 3.00 | 4.00 | 1.00 | 4.00 | 4.00 | | 16.00 |
| FRINGE: VACATION, SICK LEAVE, PERSONAL, HOLIDAY OR MISC. TIME OFF: Vacation Day | | | | | | | |
| *Total Fringe Hours* | | | | | | | |
| *TOTAL HOURS FOR WEEK* | 9.00 | 9.00 | 9.00 | 9.00 | 9.00 | | 45.00 |

PERSONAL EXPENSES:

Mileage Expense:

Miles: 241.00
*Total Mileage Expense:* $53.02 $53.02

TOTAL EXPENSES: **$53.02**

Exhibit 1

EMPLOYEE SIGNATURE

APPROVED

GEORGE J. GEISSER, JR., P.E.
GEORGE J. GEISSER, III, P.E.
NORMAN R. PAQUETTE, P.E.
1921-1985

**Geisser Engineering Corporation**
Consulting Engineers
227 Wampanoag Trail
Riverside, R.I. 02915
(401) 438-7711
Fax # (401) 438-0281

February 24, 2006

Attorney Steve Orabone
20 Ridgevale Court
Cranston, RI 02921

**RE: Eagle's Nest Truss Analysis**
**Geisser Job#: R-395**

Dear Mr. Orabone:

The attached 4 pages of analysis from Hardpine are the calculations Hardpine performed on the truss load capacities both with and without the gypcrete fireproofing in place.

The results indicate a reduction in the allowable live load capacity due to the additional dead load from the gypcrete. Even with the gypcrete accounted for, however, the 28 foot 4 inch span truss is still capable of safely supporting 9 pounds per square foot of live load, in addition to the dead load, and the 26 foot span truss is capable of safely supporting 14 pounds per square foot of live load, in addition to the dead load.

If you have any questions, or should you require any additional information, please do not hesitate to contact our office.

Sincerely,
**Geisser Engineering Corporation**

***Steven A. Bogle, P.E.***
Senior Project Engineer
*SAB*

*S:\My Documents\Steve's Documents\General\R-395(Truss).doc*

Exhibit 2

| Job | Truss | Truss Type | Qty | Ply | GEISER ENGINEERING |
|---|---|---|---|---|---|
| 0302022 | F01 14 | FLOOR | 1 | 1 | Job Reference (optional) |

HardPine Inc., Fall River, MA 02720 — 6.200 s Jul 13 2005 MiTek Industries, Inc. Wed Jan 04 13:44:48 2006 Page 1




Plate Offsets (X,Y): [7:0-1-8,Edge], [8:0-1-8,Edge]

| LOADING (psf) | | SPACING | 2-0-0 | CSI | | DEFL | in | (loc) | l/defl | L/d | PLATES | GRIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TCLL | 14.0 | Plates Increase | 1.00 | TC | 0.33 | Vert(LL) | -0.41 | 22-23 | >825 | 360 | MT20 | 244/190 |
| TCDL | 10.0 | Lumber Increase | 1.00 | BC | 1.00 | Vert(TL) | -0.85 | 22-23 | >398 | 240 | | |
| BCLL | 0.0 | Rep Stress Incr | YES | WB | 0.37 | Horz(TL) | 0.13 | 16 | n/a | n/a | | |
| BCDL | 5.0 | Code | BOCA/ANSI95 | (Matrix) | | | | | | | Weight: 151 lb | |

**LUMBER**
TOP CHORD 4 X 2 SYP No.2
BOT CHORD 4 X 2 SYP No.2
WEBS 4 X 2 SYP No.3

**BRACING**
TOP CHORD Sheathed or 6-0-0 oc purlins, except end verticals.
BOT CHORD Rigid ceiling directly applied or 10-0-0 oc bracing.

**REACTIONS** (lb/size) 30=811/0-3-8, 16=811/0-3-8

**FORCES** (lb) - Maximum Compression/Maximum Tension
TOP CHORD 30-31=-18/0, 1-31=-18/0, 16-32=-18/0, 15-32=-18/0, 1-2=-1/0, 2-3=-1400/0, 3-4=-2469/0, 4-5=-3276/0, 5-6=-3818/0, 6-7=-4104/0, 7-8=-4141/0, 8-9=-4104/0, 9-10=-4104/0, 10-11=-3818/0, 11-12=-3276/0, 12-13=-2469/0, 13-14=-1400/0, 14-15=-1/0
BOT CHORD 29-30=0/782, 28-29=0/1991, 27-28=0/2926, 26-27=0/3602, 25-26=0/4010, 24-25=0/4010, 23-24=0/4141, 22-23=0/4141, 21-22=0/4141, 20-21=0/4010, 19-20=0/3602, 18-19=0/2926, 17-18=0/1991, 16-17=0/782
WEBS 2-30=-1105/0, 14-16=-1105/0, 2-29=0/918, 14-17=0/918, 3-29=-879/0, 13-17=-879/0, 3-28=0/711, 13-18=0/711, 4-28=-679/0, 12-18=-679/0, 4-27=0/520, 12-19=0/520, 5-27=-486/0, 11-19=-486/0, 5-26=0/320, 11-20=0/320, 6-26=-286/0, 10-20=-286/0, 6-24=0/140, 10-21=0/140, 7-24=-92/0, 8-21=-92/0, 7-23=0/6, 8-22=0/6

**NOTES**
1) All plates are 4x4 MT20 unless otherwise indicated.
2) WARNING: Top chord live load is below 16.0psf. Architect and/or engineer of the overall structure to verify adequacy of top chord live load.
3) Required 2x6 strongbacks, on edge, spaced at 10-0-0 oc and fastened to each truss with 3-16d nails. Strongbacks to be attached to walls at their outer ends or restrained by other means.

**LOAD CASE(S)** Standard

Exhibit 3

| Job | Truss | Truss Type | Qty | Ply | GEISER ENGINEERING |
|---|---|---|---|---|---|
| 0302022 | F02_19 | FLOOR | 1 | 1 | Job Reference (optional) |

HardPine Inc., Fall River, MA 02720 — 6.200 s Jul 13 2005 MiTek Industries, Inc. Wed Jan 04 13:45:24 2006 Page 1




26-0-0

26-0-0

Plate Offsets (X,Y): [1:Edge,0-1-8], [6:0-1-8,Edge], [14:0-1-8,Edge], [21:0-1-8,Edge]

| LOADING (psf) | | SPACING | 2-0-0 | CSI | | DEFL | in | (loc) | l/defl | L/d | PLATES | GRIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TCLL | 19.0 | Plates Increase | 1.00 | TC | 0.38 | Vert(LL) | -0.40 | 21 | >778 | 360 | MT20 | 244/190 |
| TCDL | 10.0 | Lumber Increase | 1.00 | BC | 1.00 | Vert(TL) | -0.71 | 21 | >434 | 240 | | |
| BCLL | 0.0 | Rep Stress Incr | YES | WB | 0.39 | Horz(TL) | 0.12 | 15 | n/a | n/a | | |
| BCDL | 5.0 | Code | BOCA/ANSI95 | (Matrix) | | | | | | | Weight: 138 lb | |

**LUMBER**
TOP CHORD 4 X 2 SYP No.2
BOT CHORD 4 X 2 SYP No.2
WEBS 4 X 2 SYP No.3

**BRACING**
TOP CHORD Sheathed or 6-0-0 oc purlins, except end verticals.
BOT CHORD Rigid ceiling directly applied or 10-0-0 oc bracing.

**REACTIONS** (lb/size) 28=876/0-3-8, 15=876/0-3-8

**FORCES** (lb) - Maximum Compression/Maximum Tension
TOP CHORD 1-28=-24/0, 14-15=-24/0, 1-2=0/0, 2-3=-1489/0, 3-4=-2599/0, 4-5=-3402/0, 5-6=-3906/0, 6-7=-4077/0, 7-8=-4077/0, 8-9=-3910/0, 9-10=-3910/0, 10-11=-3399/0, 11-12=-2599/0, 12-13=-1489/0, 13-14=0/0
BOT CHORD 27-28=0/840, 26-27=0/2112, 25-26=0/3065, 24-25=0/3065, 23-24=0/3714, 22-23=0/4077, 21-22=0/4077, 20-21=0/4054, 19-20=0/3740, 18-19=0/3066, 17-18=0/3066, 16-17=0/2111, 15-16=0/840
WEBS 13-15=-1188/0, 2-28=-1187/0, 13-16=0/965, 2-27=0/965, 12-16=-926/0, 3-27=-928/0, 12-17=0/726, 3-26=0/724, 11-17=-694/0, 4-26=-693/0, 11-19=0/495, 4-24=0/501, 10-19=-482/0, 5-24=-464/0, 10-20=0/253, 5-23=0/272, 8-20=-213/0, 6-23=-247/0, 8-21=0/38, 6-22=0/27, 7-21=-23/0

**NOTES**
1) All plates are 4x4 MT20 unless otherwise indicated.
2) Recommend 2x6 strongbacks, on edge, spaced at 10-0-0 oc and fastened to each truss with 3-16d nails. Strongbacks to be attached to walls at their outer ends or restrained by other means.

**LOAD CASE(S)** Standard

| Job | Truss | Truss Type | Qty | Ply | GEISER ENGINEERING |
|---|---|---|---|---|---|
| 0302022 | F01_9 | FLOOR | 1 | 1 | Job Reference (optional) |

HardPine Inc., Fall River, MA 02720 — 6.200 s Jul 13 2005 MiTek Industries, Inc. Mon Feb 13 13:23:27 2006 Page 1




Plate Offsets (X,Y): [7:0-1-8,Edge], [8:0-1-8,Edge]

| LOADING (psf) | | SPACING | 2-0-0 | CSI | | DEFL | in | (loc) | l/defl | L/d | PLATES | GRIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TCLL | 9.0 | Plates Increase | 1.00 | TC | 0.33 | Vert(LL) | -0.26 | 22-23 | >999 | 360 | MT20 | 244/190 |
| TCDL | 15.0 | Lumber Increase | 1.00 | BC | 1.00 | Vert(TL) | -0.85 | 22-23 | >398 | 240 | | |
| BCLL | 0.0 | Rep Stress Incr | YES | WB | 0.37 | Horz(TL) | 0.13 | 16 | n/a | n/a | | |
| BCDL | 5.0 | Code | BOCA/ANSI95 | (Matrix) | | | | | | | Weight: 151 lb | |

**LUMBER**
TOP CHORD 4 X 2 SYP No.2
BOT CHORD 4 X 2 SYP No.2
WEBS 4 X 2 SYP No.3

**BRACING**
TOP CHORD Sheathed or 6-0-0 oc purlins, except end verticals.
BOT CHORD Rigid ceiling directly applied or 10-0-0 oc bracing.

**REACTIONS** (lb/size) 30=811/0-3-8, 16=811/0-3-8

**FORCES** (lb) - Maximum Compression/Maximum Tension
TOP CHORD 30-31=-18/0, 1-31=-18/0, 16-32=-18/0, 15-32=-18/0, 1-2=-1/0, 2-3=-1400/0, 3-4=-2469/0, 4-5=-3276/0, 5-6=-3818/0, 6-7=-4104/0, 7-8=-4141/0, 8-9=-4104/0, 9-10=-4104/0, 10-11=-3818/0, 11-12=-3276/0, 12-13=-2469/0, 13-14=-1400/0, 14-15=-1/0
BOT CHORD 29-30=0/782, 28-29=0/1991, 27-28=0/2926, 26-27=0/3602, 25-26=0/4010, 24-25=0/4010, 23-24=0/4141, 22-23=0/4141, 21-22=0/4141, 20-21=0/4010, 19-20=0/3602, 18-19=0/2926, 17-18=0/1991, 16-17=0/782
WEBS 2-30=-1105/0, 14-16=-1105/0, 2-29=0/918, 14-17=0/918, 3-29=-879/0, 13-17=-879/0, 3-28=0/711, 13-18=0/711, 4-28=-679/0, 12-18=-679/0, 4-27=0/520, 12-19=0/520, 5-27=-486/0, 11-19=-486/0, 5-26=0/320, 11-20=0/320, 6-26=-286/0, 10-20=-286/0, 6-24=0/140, 10-21=0/140, 7-24=-92/0, 8-21=-92/0, 7-23=0/6, 8-22=0/6

**NOTES**
1) All plates are 4x4 MT20 unless otherwise indicated.
2) WARNING: Top chord live load is below 16.0psf. Architect and/or engineer of the overall structure to verify adequacy of top chord live load.
3) Required 2x6 strongbacks, on edge, spaced at 10-0-0 oc and fastened to each truss with 3-16d nails. Strongbacks to be attached to walls at their outer ends or restrained by other means.

**LOAD CASE(S)** Standard

| Job | Truss | Truss Type | Qty | Ply | GEISER ENGINEERING |
|---|---|---|---|---|---|
| 0302022 | F02 14 | FLOOR | 1 | 1 | Job Reference (optional) |

HardPine Inc., Fall River, MA 02720 — 6.200 s Jul 13 2005 MiTek Industries, Inc. Mon Feb 13 13:25:47 2006 Page 1




Plate Offsets (X,Y): [1:Edge,0-1-8], [6:0-1-8,Edge], [14:0-1-8,Edge], [21:0-1-8,Edge]

| LOADING (psf) | | SPACING | 2-0-0 | CSI | | DEFL | in | (loc) | l/defl | L/d | PLATES | GRIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TCLL | 14.0 | Plates Increase | 1.00 | TC | 0.38 | Vert(LL) | -0.29 | 21 | >999 | 360 | MT20 | 244/190 |
| TCDL | 15.0 | Lumber Increase | 1.00 | BC | 1.00 | Vert(TL) | -0.71 | 21 | >434 | 240 | | |
| BCLL | 0.0 | Rep Stress Incr | YES | WB | 0.39 | Horz(TL) | 0.12 | 15 | n/a | n/a | | |
| BCDL | 5.0 | Code | BOCA/ANSI95 | (Matrix) | | | | | | | Weight: 138 lb | |

**LUMBER**
TOP CHORD 4 X 2 SYP No.2
BOT CHORD 4 X 2 SYP No.2
WEBS 4 X 2 SYP No.3

**BRACING**
TOP CHORD Sheathed or 6-0-0 oc purlins, except end verticals.
BOT CHORD Rigid ceiling directly applied or 10-0-0 oc bracing.

**REACTIONS** (lb/size) 28=876/0-3-8, 15=876/0-3-8

**FORCES** (lb) - Maximum Compression/Maximum Tension
TOP CHORD 1-28=-24/0, 14-15=-24/0, 1-2=0/0, 2-3=-1489/0, 3-4=-2599/0, 4-5=-3402/0, 5-6=-3906/0, 6-7=-4077/0, 7-8=-4077/0, 8-9=-3910/0, 9-10=-3910/0, 10-11=-3399/0, 11-12=-2599/0, 12-13=-1489/0, 13-14=0/0
BOT CHORD 27-28=0/840, 26-27=0/2112, 25-26=0/3065, 24-25=0/3065, 23-24=0/3714, 22-23=0/4077, 21-22=0/4077, 20-21=0/4054, 19-20=0/3740, 18-19=0/3066, 17-18=0/3066, 16-17=0/2111, 15-16=0/840
WEBS 13-15=-1188/0, 2-28=-1187/0, 13-16=0/965, 2-27=0/965, 12-16=-926/0, 3-27=-926/0, 12-17=0/726, 3-26=0/724, 11-17=-694/0, 4-26=-693/0, 11-19=0/495, 4-24=0/501, 10-19=-482/0, 5-24=-464/0, 10-20=0/253, 5-23=0/272, 8-20=-213/0, 6-23=-247/0, 8-21=0/38, 6-22=0/27, 7-21=-23/0

**NOTES**
1) All plates are 4x4 MT20 unless otherwise indicated.
2) WARNING: Top chord live load is below 16.0psf. Architect and/or engineer of the overall structure to verify adequacy of top chord live load.
3) Recommend 2x6 strongbacks, on edge, spaced at 10-0-0 oc and fastened to each truss with 3-16d nails. Strongbacks to be attached to walls at their outer ends or restrained by other means.

**LOAD CASE(S)** Standard

**HardPine Inc.**

100 Weaver St.
Fall River
MA 02720

Phone 508 678 6322
Fax 508 678 6226

# Report on Floor Trusses Condition.
# Warwick Condos, R.I.

*Prepared on request by Steve Bogel of Geiser Engineering.*

## Field Inspection:

Visual inspection was carried out to 2 units of the condo complex made on Feb. 11, 2003

- In *unit 22A*, trusses were exposed; the following remarks can be made:

1. Floor trusses was labeled (BOCA, Alpine Corp 77-92, American Component Corp, approved)
2. Lumber grades of both top and bottom chords is (Regis, No.2 K-D, 984 1550F SYP) with some visual knots
3. Lumber grades of the webs is (No. 3 K-D, 850 SYP)
4. Two spans could be identified: 26'-span and 28' 4"-span
5. The truss is 18" deep, 24" OC, Warren type, with a chase of 18" clear opening
6. A sag of 1 ½" can be identified on the 26' trusses which exceeds the total load deflection criteria of (span/deflection<=240)
7. No strong back or lateral support could be identified to stabilize the bottom chord and prevent twisting (usually 10' OC 2x6), no rigid ceiling
8. No ribbon pockets were provided for lateral stability
9. A 3" hole in the top chord could be noticed, also webs were cut to allow for plumping. No repair was done to support this 'voided' truss
10. Some metal plates were not pressed well into members some spikes were visual to the eye. This can be attributed to either the manufacturing process by not applying enough pressure on the plate or to the fact that trusses twisted out of vertical plane for not having lateral support on the bottom chord.
11. At least one bottom chord has failed
12. Partition wall created an upward deflection on the bottom chord (at location where no vertical could be identified) of the 28'-4" truss, overstresses signs are visual

Exhibit 4

- In *unit 22*, trusses were not exposed; the following remarks can be made:

1. Clear deflection of approximately 3" is visual on a 26' truss, (L/deflection = approx. 104)
2. There was a clear sign of moisture that might have accelerate the rate of unfavorable deflections
3. Excessive deflection beyond design levels is indicative of local failure or deterioration of trusses.

## Analysis Results:

Based on the field measurement and the identification labels of lumber species a structural analysis was carried out on 26' and 28' 4" trusses. Loads used for analysis are LL=40 psf top chord, DL = 10 psf top chord, DL = 5 psf bottom chord. The following can be noted out:

- 26-ft truss (F02 as per our attached drawing) analysis:

1. Structurally, the truss <u>failed</u> to sustain the minimum loads stipulated by code. The bottom chord stresses were 162% of allowable stresses
2. Deflections due to LL were = L/370 vs. allowed L/360, due to total load = L/268 vs. allowed L/240

- 28-ft-4-in truss (F01 as per our attached drawing) analysis:

1. Structurally, the truss <u>failed</u> to sustain the minimum loads stipulated by code. The bottom chord stresses were 190% of allowable stresses, Top chord stresses 109% of allowable stresses
2. Deflections were 1.17" due to LL ( L/289 vs. allowed L/360), 1.61" due to total load (L/210 vs allowed L/240)

Theoretically, these 26' and 28'-4" trusses would have met the code regarding force and deflection requirements had they been spaced 12" OC. However, in practice, the use of No.2s is NOT recommended for top and bottom chords for structural truss with such span.

## Conclusions:

Based on field observations and structural calculations, the above mentioned trusses do <u>**not**</u> meet the minimum design criteria or codes and might collapse under normal loads.

<u>Immediate repair or replacement is strongly recommended</u>.

| Job | Truss | Truss Type | Qty | Ply | GEISER ENGINEERING |
|---|---|---|---|---|---|
| 0302022 | F02 | FLOOR | 1 | 1 | Job Reference (optional) |

HardPine Inc., Fall River 5.000 s Feb 6 2003 MiTek Industries, Inc. Tue Feb 25 16:14:20 2003 Page 1




## *** Design Problems ***
## REVIEW REQUIRED

CSI Failure: 24-26, 24-26, 23-24, 22-23, 21-22, 20-21, 19-20, 17-19, 17-19

| LOADING (psf) | SPACING 2-0-0 | CSI | DEFL in (loc) l/defl | PLATES GRIP |
|---|---|---|---|---|
| TCLL 40.0 | Plates Increase 1.00 | TC 0.92 | Vert(LL) -0.84 21 >370 | |
| TCDL 10.0 | Lumber Increase 1.00 | BC 1.62 | Vert(TL) -1.15 21 >268 | |
| BCLL 0.0 | Rep Stress Incr YES | WB 0.62 | Horz(TL) 0.19 15 n/a | |
| BCDL 5.0 | Code BOCA/ANSI95 | (Matrix) | 1st LC LL Min l/defl = 360 | Weight: 138 lb |

**LUMBER**
TOP CHORD 4 X 2 SYP No.2
BOT CHORD 4 X 2 SYP No.2
WEBS 4 X 2 SYP No.3

**BRACING**
TOP CHORD Sheathed or 4-0-1 oc purlins, except end verticals.
BOT CHORD Rigid ceiling directly applied or 10-0-0 oc bracing.

**REACTIONS** (lb/size) 28=1416/0-3-8, 15=1416/0-3-8

**FORCES** (lb) - First Load Case Only
TOP CHORD 1-28=-42, 14-15=-41, 1-2=0, 2-3=-2404, 3-4=-4201, 4-5=-5499, 5-6=-6315, 6-7=-6595, 7-8=-6595, 8-9=-6322, 9-10=-6322, 10-11=-5494, 11-12=-4202, 12-13=-2404, 13-14=0
BOT CHORD 27-28=1362, 26-27=3419, 25-26=4961, 24-25=4961, 23-24=6012, 22-23=6595, 21-22=6595, 20-21=6561, 19-20=6054, 18-19=4964, 17-18=4964, 16-17=3419, 15-16=1362
WEBS 13-15=-1927, 2-28=-1927, 13-16=1548, 2-27=1548, 12-16=-1509, 3-27=-1510, 12-17=1164, 3-26=1161, 11-17=-1132, 4-26=-1130, 11-19=789, 4-24=800, 10-19=-791, 5-24=-763, 10-20=398, 5-23=429, 8-20=-355, 6-23=-406, 8-21=57, 6-22=35, 7-21=-44

**NOTES**
1) All plates are 3x4 MII20 unless otherwise indicated.
2) Recommend 2x6 strongbacks, on edge, spaced at 10-0-0 oc and fastened to each truss with 3-16d nails. Strongbacks to be attached to walls at their outer ends or restrained by other means.

**LOAD CASE(S)** Standard

| Job | Truss | Truss Type | Qty | Ply | GEISER ENGINEERING |
|---|---|---|---|---|---|
| 0302022 | F01 | FLOOR | 1 | 1 | Job Reference (optional) |

HardPine Inc., Fall River 5.000 s Feb 6 2003 MiTek Industries, Inc. Tue Feb 25 16:14:32 2003 Page 1




## *** Design Problems ***
## REVIEW REQUIRED

CSI Failure: 27-28, 26-27, 24-26, 24-26, 23-24, 22-23, 21-22, 20-21, 19-20, 18-19, 5-6, 6-7, 8-10, 8-10, 10-11
Max Vertical Deflection Exceeded In Span: 16-30

| LOADING (psf) | SPACING | CSI | DEFL | PLATES GRIP |
|---|---|---|---|---|
| TCLL 40.0 | 2-0-0 | TC 1.09 | in (loc) l/defl | |
| TCDL 10.0 | Plates Increase 1.00 | BC 1.90 | Vert(LL) -1.17 22-23 >289 | |
| BCLL 0.0 | Lumber Increase 1.00 | WB 0.69 | Vert(TL) -1.61 22-23 >210 | |
| BCDL 5.0 | Rep Stress Incr YES | (Matrix) | Horz(TL) 0.24 16 n/a | |
| | Code BOCA/ANSI95 | | 1st LC LL Min l/defl = 360 | Weight: 151 lb |

**LUMBER**
TOP CHORD 4 X 2 SYP No.2
BOT CHORD 4 X 2 SYP No.2
WEBS 4 X 2 SYP No.3

**BRACING**
TOP CHORD Sheathed, except end verticals.
BOT CHORD Rigid ceiling directly applied or 10-0-0 oc bracing.

**REACTIONS** (lb/size) 30=1538/0-3-8, 16=1538/0-3-8

**FORCES** (lb) - First Load Case Only
TOP CHORD 30-31=-38, 1-31=-38, 16-32=-38, 15-32=-38, 1-2=-2, 2-3=-2648, 3-4=-4678, 4-5=-6207, 5-6=-7235, 6-7=-7781, 7-8=-7855, 8-9=-7781, 9-10=-7781, 10-11=-7235, 11-12=-6207, 12-13=-4678, 13-14=-2648, 14-15=-2
BOT CHORD 29-30=1490, 28-29=3780, 27-28=5554, 26-27=6837, 25-26=7610, 24-25=7610, 23-24=7855, 22-23=7855, 21-22=7855, 20-21=7610, 19-20=6837, 18-19=5554, 17-18=3780, 16-17=1490
WEBS 2-30=-2104, 14-16=-2104, 2-29=1722, 14-17=1722, 3-29=-1683, 13-17=-1683, 3-28=1335, 13-18=1335, 4-28=-1303, 12-18=-1303, 4-27=970, 12-19=970, 5-27=-937, 11-19=-937, 5-26=591, 11-20=591, 6-26=-557, 10-20=-557, 6-24=254, 10-21=254, 7-24=-184, 8-21=-184, 7-23=6, 8-22=6

**NOTES**
1) All plates are 3x4 MII20 unless otherwise indicated.
2) Required 2x6 strongbacks, on edge, spaced at 10-0-0 oc and fastened to each truss with 3-16d nails. Strongbacks to be attached to walls at their outer ends or restrained by other means.

**LOAD CASE(S)** Standard