UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EAGLE'S NEST CONDOMINIUM ASSOCIATION, INC., ALSO KNOWN AS EAGLE NEST CONDOMINIUM ASSOC | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action, File No.: 04-436ML |
| NEW LONDON COUNTY MUTUAL INSURANCE COMPANY, NLC INSURANCE COMPANIES, INC., DOES I THROUGH V, AND NLC INSURANCE COMPANIES, ALIAS JOHN DOE COMPANY | ) |
| Defendants | ) |

**AFFIDAVIT OF DENNIS HIGGINS**

I, Dennis Higgins, being first duly sworn under penalties of perjury, on oath depose and say as follows:

(1) With regard to all repairs performed by ACC Contractors, Inc. on the Eagles Nest Condominiums, I have been, and remain, the individual in charge of performing ACC Contractors, Inc.'s work to repair the floors of Eagle's Nest Condominiums in accordance with the drawings and specifications developed by Geisser Engineering Corporation for said repairs.

(2) I am a registered Rhode Island contractor.

(3) I have worked in the construction industry in the State of Rhode Island since 1979.

**Plaintiff's Exhibit 6**

(4) I have been regularly performing structural repair work since the mid-1980s.

(5) For each Eagles Nest Condominium Unit on which ACC Contractors, Inc. has performed floor truss repairs, ACC Contractors, Inc. has photographed the floor trusses before the repairs and after the repairs. This includes, but is not limited to, each Eagles Nest Condominium Unit that was repaired before May 21, 2004.

(6) In performing its repairs, ACC Contractors, Inc. did not remove any part of the floor truss systems in any of the condominium units for which ACC Contractors, Inc. has repaired the floor truss system.

Dennis Higgins
**Dennis Higgins**

State of Rhode Island
County of Providence

Subscribed and sworn to, under the penalties of perjury, before me in Cranston, Rhode Island, on this 24th day of February 2006.

Cheryl Ann Clarke
Notary Public Cheryl Ann Clarke
My commission expires: 11/9/08