UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EAGLE'S NEST CONDOMINIUM ASSOCIATION, INC., ALSO KNOWN AS EAGLE NEST CONDOMINIUM ASSOC<br><br>Plaintiff,<br><br>vs.<br><br>NEW LONDON COUNTY MUTUAL INSURANCE COMPANY, NLC INSURANCE COMPANIES, INC., DOES I THROUGH V, AND NLC INSURANCE COMPANIES, ALIAS JOHN DOE COMPANY<br><br>Defendants | Civil Action, File No.: 04-436ML |

## AFFIDAVIT OF MARILYN BROUSSARD

I, Marilyn Broussard, being first duly sworn under penalties of perjury, on oath depose and say as follows:

(1) I am a former president of The Eagle's Nest Condominium Association Executive Board.

(2) My tenure as president of The Eagle's Nest Condominium Association Executive Board included, but was not limited to, the period of June, July and August of 2002.

(3) The Eagle's Nest Condominium Association Executive Board did not hold a meeting during the month of July 2002.

(4) At its meeting held June 25, 2002 the Eagle's Nest Condominium Association Executive Board decided to hold its next meeting on August 14, 2002.

Plaintiff's Exhibit 7

(5) Exhibit 1 attached hereto is a true and exact copy of the Eagle's Nest Condominium Association Executive Board's minutes from its meeting conducted June 25, 2002.

(6) Page 2 of attached Exhibit 1 (the minutes from the Eagle's Nest Condominium Association Executive Board's June 25, 2002 meeting) documents the Eagle's Nest Condominium Association Executive Board's decision to conduct the board's next meeting on August 14, 2002.

(7) The Eagle's Nest Condominium Association Executive Board's next meeting following its June 25, 2002 meeting was actually conducted on August 13, 2002.

(8) Exhibit 2 attached hereto is a true and exact copy of the Eagle's Nest Condominium Association Executive Board's minutes from its meeting conducted August 13, 2002.

Marilyn Broussard

**Marilyn Broussard**

State of Rhode Island
County of Kent

Subscribed and sworn to, under the penalties of perjury, before me in Warwick, Rhode Island, on this 24th day of February 2006.

Karen J. Kelleher

Notary Public
My commission expires: 10/09/09

Eagle's Nest Condominium Association
Executive Board Meeting
25 June 2002

*Present: Marilyn Broussard, Paul Teevan, Jean Giusti, Cynthia Bjerke*

Representing Perrino Associates: Barbara Perrino

The Meeting began at 6:30 pm.

Upon motion made, the minutes of the previous meeting were approved with one correction. Reference made to unit 1B will be changed to Unit 1A.

Financial reports were reviewed with no questions or concerns noted by executive board members.

The following agenda items were discussed:

Watering of Lawns: Some unit owners are watering daily. A watering reminder describing the Water Authority Ban will be included in the next newsletter.

Gutters: Our current contractor should be providing a report of the units whose gutters were serviced. In some cases, Perrino and Associates Employees were called to clean gutters that were apparently not serviced by the contractor. Perrino will seek a credit for gutters not cleaned.

Painting: All requests for paint color change were reviewed and approved. Any additional charge to painting because of color change will be borne by the unit owners. Barbara Perrino will inform the owners.

Dogs: A question was raised by a dog owner for clarification of the definition of a "grassy area". That is defined as any area the association maintains and mows. Dogs are supposed to use the trail. However, it is in need of maintenance, Johnston should be notified and the trail cleaned. Approval for dogs in Unit 16A and 7B was given.

Patio Request: Unit 4B approved.

Landscaping: Marilyn initiated the discussion of needing a shed to accommodate storage of items currently in the guard house. No objection was noted. It was decided that the project should occur in the Fall. Barbara Perrino will follow up with Yardstick. Soil tests will be conducted in the Fall. Unit 27B requested that brush be cleared from their backyard. Perrino will inform owners they are responsible. Unit 9B requested attention is given to a tree. Perrino will check into it. Perrino 25A will also check into azaleas that need trimming. at 25A

17B

Exhibit 1

per Bd mtg 8/14/02

Tennis Courts: F. Kutz requested a copy of Attorney Lombardi letter regarding the tennis courts. It was generally agreed to do so as well as informing Attorney Lombardi that this request has been made by unit owners. Additionally, Perrino was asked to secure quotes for replacement and for repairs to the courts.

Other Business:
10B – Perrino to call Attorney Lombardi regarding the response to the May 23, 2002 letter.
1A – Perrino reported a Certified Letter was sent requiring a response to delinquent Condo fees. A letter was also sent to the mortgage company from Attorney Lombardi. Status report will be provided next meeting.
19B- Headed to foreclosure. Attorney Lombardi to follow up appropriately and report.
36B – Garage door request. Perrino will inform the owner of responsibility.
Reserve Study – pending
Special Requests to Perrino: Send resident list to board members. Include information relative to units being painted and units undergoing roof repair.

Next meeting will be held 14 August 2002 at the Sargent Center.

Respectfully Submitted,

Cynthia Bjerke
Secretary

**Eagle's Nest Condominium Association**
**Executive Board Meeting**
**August 13, 2002**

Present: Marilyn Broussard, Paul Teevan, Richard Flamand, Jean Giusti, Cynthia Bjerke

Present From Perrino Associates: Barbara Perrino

The minutes from the previous meeting were accepted with the following corrections: Reference to unit 27B should read 17B. Corrections will be made in the minutes.

The following items were discussed:

Landscaping: Relative to the trail, Johnston Landscaping has not been cutting back the trail in the Spring. Their work here needs to be checked. A supervisor from Perrino will be made responsible for this oversight. Marilyn asked for a detailed description of the work from Johnston and to put care of the trail in the new budget.

The URI study found the pH of the soil to be 5.8 therefore lime application is deemed necessary. This work will be done in the Fall by Trugreen. Additionally, monies will be allocated in the 2003 budget for lime application next year.

Relative to lawn cuts, Johnston will be notified to cut every other week during the drought since the grass is not growing quickly.

If "Earthworms" project is resurrected in the Fall and proceeds with clean up in certain areas of the complex, will Yardstick pick up debris? The question was posed to Perrino. The response is yes.

Tennis Court: A bid of $31,000 was received to remove the tennis court, loam and seed the area. Discussion continues.

Briarwood Entrance: Landscaping and gating the Major Potter entrance is delayed one more month according to Paul Driscoll, the developer. Briarwood is also responsible fro repairs necessary to Major Potter Road.

Reserve Study: The survey process is half completed and it is anticipated this process will be completed in a month. Perrino has been scanning preliminary results and removing any items that are of general maintenance.

Legal Issues: 1A to proceed with foreclosure. The owner will be required to attend the next Board Meeting concerning back fees and non compliance with property maintenance. The extent of the violation and subsequent fines will be discussed. Mr. Lombardi will be contacted for assistance and guidance.

19B – a lien has been filed for past due condo fees and legal fees. A physician's letter relative to health status of the unit owner has been requested of the owner.

Exhibit 2

10B – No response has been received from the letter sent from Mr. Lombardi's office. Perrino to pursue status and reply.

5C – Interrogatories are completed, paperwork filed, and Insurance Company pursuing the matter. This is regarding a fall on ice in the parking area in 1999.

New Business: The following improvement projects were approved:
45A deck
45B deck
36B deck
7B with reprimand
38D Dog
Shed by pump station approved

Garage Doors: Mr. Lombardi's legal opinion will be sought as to whose responsibility is the garage doors on the units. Also a suitable substitute to wood will be sought.

Structural Fault Unit 15: A design and structural fault in building 15 due to undersized trusses has resulted in the need for major structural repairs. A determination will be made as to whether the cost of the repair will come from the reserve fund or from a special assessment. The Engineering company will also survey other units of the same style to determine if this is an isolated situation prior to any decision relative to the funding of the repairs. Quotes will also be sought.

The meeting was adjourned at 7:30 pm. The next meeting is schedule on September 19, 2002 at 6:30 pm at the Sargent Center.

Respectfully Submitted,

Cynthia Bjerke