UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EAGLE'S NEST CONDOMINIUM :
ASSOCIATION, INC., ALSO KNOWN :
AS EAGLE NEST CONDOMINIUM :
ASSOC. :
:
VS. : C.A. No.04-436ML
:
NEW LONDON COUNTY MUTUAL :
INSURANCE COMPANY, NLC :
INSURANCE COMPANIES, INC., :
DOES I THROUGH V, AND NLC :
INSURANCE COMPANIES, ALIAS :
JOHN DOE COMPANY, et als :

DEPOSITION of SIDNEY M. SMITH, JR., a WITNESS in the above-entitled cause, taken on behalf of the PLAINTIFF, pursuant to notice, before Denise A. Webb, a Notary Public in and for the State of Rhode Island, at the offices of Allied Court Reporters, 115 Phenix Avenue, Cranston, Rhode Island, on January 6, 2006, at 2:00 p.m.

APPEARANCES:

FOR THE PLAINTIFF...... ORABONE & GREENE
BY: STEVEN H. ORABONE, ESQUIRE
FOR THE DEFENDANT...... SMITH & BRINK, P.C.
BY: RONALD LANGLOIS, ESQUIRE

FOR THE WITNESS........ VAN TIENHOVEN & COTTER
BY: KEVIN S. COTTER, ESQUIRE

ALLIED COURT REPORT
115 PHENIX AVENUE
CRANSTON, RHODE ISLANI
(401) 946-5500
www.alliedcourtreporte

Plaintiff's Exhibit 9

Q. Yes.

A. The information would have been that New London County Mutual had a special rating program that could benefit Eagle's Nest, if we could find a way of placing this with New London County and assuming that this risk would be acceptable to New London County.

Q. Did you give any information to her concerning the commission?

A. Commission split between --

Q. Yes.

A. Probably -- I would guess that I did, yes.

Q. Did you do that in writing?

A. No. Nor did I have it in writing with Affiliated.

Q. What was the agreement concerning division of the commission?

MR. LANGLOIS: Objection.

A. It's a common practice that if two different agencies share, they usually split the commission 50/50.

Q. Is that what occurred here?

A. Yes.

Q. Did you receive that commission via a check?

A. As opposed to cash?

correspondence then, or if there was no action with just communication or discussion, that would not have been documented. But to the services I provided, I was known as what was called the controlling agent, since I originally had that business. And Affiliated would have been known as the placing -- the placement agency, since they had the contract with the carrier. So the reason for the 50/50 split is that communication goes through both agencies.

Q. It sounds like from the testimony you're giving, the application only gets written when there's a new insurance carrier getting involved?

MR. LANGLOIS: Objection.

MR. COTTER: Objection.

Q. There's not a new application every year?

A. Not every year, no.

Q. Were there any subsequent applications after December of 2000?

MR. COTTER: Objection.

MR. LANGLOIS: Objection.

A. I have no way of knowing.

Q. Who is Robert Cooper?

A. I'm not sure that I know. What's the document that it's on?