UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EAGLE'S NEST CONDOMINIUM
ASSOCIATION, INC., a/k/a
EAGLE'S NEST CONDOMINIUM ASSOC.

VS. C.A. NO. 04-436ML

NEW LONDON COUNTY MUTUAL
INSURANCE COMPANY, NLC INSURANCE
COMPANIES, INC., DOES I
THROUGH V AND NLC INSURANCE
COMPANIES, ALIAS JOHN DOE COMPANY

COPY

DEPOSITION OF **STEVEN A. BOGLE, P.E.,**

taken on behalf of the Defendant, Friday, September 16, 2005 at 1:16 p.m. pursuant to the Federal Rules of Civil Procedure at the offices of Smith & Brink, P.C., One State Street, Suite 400, Providence, Rhode Island before Linda F. Oakley, RPR, Inc., Notary Public.

APPEARANCES:

STEVEN ORABONE, ESQ.
Counsel for the Plaintiff

SMITH & BRINK, P.C.
BY: RONALD LANGLOIS, ESQ.
Counsel for the Defendant

REPORTING ASSOCIATES
Westminster Square Building
10 Dorrance Street, Suite 617
Providence, RI 02903

Q Was a price discussed at all?
A No.
Q What was the next thing you recollect doing?
A I want to say it was the, I think the following week that -- it may have been the same week, but later in the week that they had removed the ceiling. And that's when they called and said, "You really need to get down and look at this because there's some pretty significant damage."
Q So you did not, your company did not remove the ceiling?
A No.
Q Do you know whose --
A If you had to ask me, I think it was ACC Contractors.
Q And what leads you to that belief, sir?
A 'Cause that's who I've dealt with, I was dealing with right throughout. They also did the repairs at the beginning. So Dennis Higgins was the contractor that did the ceiling removal.
Q So then someone calls you. Did you take the call personally or, once again, was it a call to the office in general?
A It goes to the office in general.
Q And then you found out?
A Or they ask for me, but.

Q And at some point later in time Exhibit N was generated?
A Yes.
Q Correct?
A Yes.
Q What was the next step in the process?
A From what I remember, the Perrino then using our drawing went out to bid to get contractors to provide a price estimate to perform the repairs.
Q Did you recommend that certain repairs be done?
A Yeah. That's, basically, that's what this describes, a reinforcing scheme for the trusses.
Q Can we open this up?
A Sure. Relatively simple. It's using plywood.
Q For the record, sir, describe what Exhibit N is.
A That's an elevation view of a floor truss and a cross-section of the same truss with showing the application of plywood on either side of it to be, to reinforce the truss because of the damages.
Q Okay. And what was the solution?
A The solution is to apply three-quarter inch plywood on either side that is glued and screwed to the existing truss.
Q And how was that determined to be the appropriate solution?

A We ran an analysis on the span of the structure to determine maximum moment. And then we determined how much of a section modules we needed to develop.

THE REPORTER: Section what?

THE DEPONENT: Section modules.

A (Continued) And using that information, we used another piece of software called ShapeBuilder where we can generate a wooden structure in the computer. And by applying the plywood to it, we were able to develop the strength that we needed to perform an appropriate repair.

THE REPORTER: Did you say maximum movement?

THE DEPONENT: Maximum moment.

Q During that second visit, did you make any analysis to determine what the problem with the trusses was?

A The only, I saw two, two trusses side by side that had broken. The bottom chords had literally snapped. And at that time that's all I, you know, I knew that we had a significant problem because we had two broken trusses.

Q When you went in that unit that day, was the ceiling completely down in all of the unit or in one location or what?

A I recall it was just in the area that we had the