UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

EAGLE'S NEST CONDOMINIUM :
ASSOCIATION, INC., A/K/A EAGLE : C.A. NO.: 04-436ML
NEST CONDOMINIUM ASSOCIATION :
vs. :
NEW LONDON COUNTY MUTUAL :
INSURANCE COMPANY, NLC :
INSURANCE COMPANIES, ET AL. : September 29, 2005

CERTIFIED COPY

DEPOSITION OF AL JACKVONY, a nonparty witness taken on behalf of the Defendants, pursuant to the Rhode Island Rules of Civil Procedure, on Thursday, September 29, 2005 at the offices of Smith & Brink, One State Street, Providence, Rhode Island, before Kathryn R. Orofino Little, Certified Shorthand Reporter and Notary Public, convening at 12:00 p.m.

APPEARANCES:

BY: STEVEN ORABONE, ESQ.
Counsel for Plaintiffs.

Smith & Brink
BY: RONALD LANGLOIS, ESQ.
Counsel for Plaintiff

Plaintiff's Exhibit 14

REPORTING ASSOCIATES
Shorthand Reporters
10 Dorrance Street, Suite 617
Providence, Rhode Island 02903
(401) 351-1660

you about a week before the letter was written?
A. I don't recall that, but that's okay.
Q. Had the condition been existing for a period of time as of June 2002?
A. Not a long period of time.
Q. But a period of time preceding June 2002?
A. I would assume that I -- I can't even give you a time line on that, because I -- you know, if this is June 2002, I couldn't tell you when I first noticed it, or she probably brought it to my attention.
Q. What was the condition with your mother's ceiling that it was sagging?
A. She has a kitchen wall that is on the interior, and the dining area is in, you know, the corner, the back left-hand corner of her unit. And from that wall to the exterior wall was sagging, in that position.
Q. How did you notice that? Was it cracked? I mean, was a chandelier hanging down? What was there about the ceiling that brought it to your attention?
A. Cracks.
Q. Large cracks, noticeable cracks?
A. Noticeable to the eye, yeah.