UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EAGLE'S NEST CONDOMINIUM
ASSOCIATION, INC., a/k/a
EAGLE'S NEST CONDOMINIUM ASSOC.

VS. C.A. NO. 04-436ML

NEW LONDON COUNTY MUTUAL
INSURANCE COMPANY, NLC INSURANCE
COMPANIES, INC., DOES I
THROUGH V AND NLC INSURANCE
COMPANIES, ALIAS JOHN DOE COMPANY

COPY

DEPOSITION OF **STEVEN A. BOGLE, P.E.,**

taken on behalf of the Defendant, Friday, September 16, 2005 at 1:16 p.m. pursuant to the Federal Rules of Civil Procedure at the offices of Smith & Brink, P.C., One State Street, Suite 400, Providence, Rhode Island before Linda F. Oakley, RPR, Inc., Notary Public.

APPEARANCES:

STEVEN ORABONE, ESQ.
Counsel for the Plaintiff

SMITH & BRINK, P.C.
BY: RONALD LANGLOIS, ESQ.
Counsel for the Defendant

REPORTING ASSOCIATES
Westminster Square Building
10 Dorrance Street, Suite 617
Providence, RI 02903

the length of the span, in this case twenty-six feet. You divide it by twelve to get into inches and then divide it by 360. And that gives you a, actually a live load deflection, so deflection under just the live load. So I think it came out to about seven eighths of an inch was kind of what was used for a allowable.

Q In determining deflection, sometimes even in the construction, sometimes things are just plain crooked, correct?

A Yes.

THE REPORTER: They're what, please?

MR. LANGLOIS: Crooked.

Q They're plain crooked.

A Right.

Q Is there a certain error that, you know, you can measure it? Have something that doesn't have any problems; and it can be, you know, from floor to ceiling twelve feet over here, and floor to ceiling twelve and a half over there?

A Yes.

Q And that could be acceptable, correct?

A It's not something you like, but, you know, there's certain amount of tolerances that we allow without --

Q Did you allow a certain amount of tolerance?

A Well, we did. And, again, seven eighths was sort of a cutoff point. If we got significantly higher than that, it became an issue. And with that we started to, you know, we'd look more closely at the, at that particular unit. Typically, when they were measuring them, they were under dead load only. Most of the time there were no people upstairs. There was just furniture.
Q Okay.
A So if it was deflecting without even significant live loads on the floor.
Q So when these meetings were being taken, step back. We're going to set up a foundation. There are building codes, such as BOCA, that control the construction of buildings, such as the condominiums at Eagle's Nest, correct?
A Correct.
Q And these building codes also control the trusses that are installed in such units, correct?
A They set the standard or reference a standard.
Q And these building codes set what these trusses should be able to carry, what weight they should be able to carry, correct?
A Correct.
Q For the record, is it -- what is a live load?

A Similar problem, as you can see, 22 had a deflection similar to 15, while the others were an inch or more less than 15's deflection.
Q But the defect that was causing the problem in 15 was the same defect that was in all the other quadplexes?
A The truss, the condition of the truss was basically the same.
Q It was poorly made?
A Improperly constructed or made with the wrong material, yes.
Q And, to your observation, was the truss in unit 15 incapable of holding even dead load? You can't --
A Hard for me to say that, no.
Q So you don't know one way or the other?
A No. I would have to, actually, I would have to ask HardPine to run an analysis strictly on dead load to determine that for sure.
Q You'd have to do a more detailed analysis?
A A proper analysis would have to be done.
(Discussion off the record)
Q In looking at this fax, sir, dated September 13, 2002, was the Elmhurst Arboretum, is that a different project?
A Yes.
Q This document that was provided, would you take a