**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**EAGLE'S NEST CONDOMINIUM ASSOCIATION, INC., A/K/A EAGLE NEST CONDOMINIUM ASSOC.**

**V.** **C.A.NO: 04-436ML**

**NEW LONDON COUNTY MUTUAL INSURANCE COMPANY, NLC INSURANCE COMPANIES, INC., DOES I THROUGH V AND NLC INSURANCE COMPANIES, ALIAS JOHN DOE COMPANY**

**DEFENDANT, NEW LONDON COUNTY MUTUAL INSURANCE COMPANY AND NLC INSURANCE COMPANIES, INC'S MOTION TO EXCEED THE PAGE LIMIT OF EXHIBITS ATTACHED TO REPLY MEMORANDUM**

Now come the Defendants, New London County Mutual Insurance Company and NLC Insurance Companies, hereinafter ("NLC") and hereby requests that this Honorable Court allow it to file additional exhibits, should the Court request, to be attached to its Reply Memorandum. In support of it's motion, the Defendant, NLC submits:

1. The Defendant, NLC states that it has accurately and completely quoted deposition testimony that has been referred to in its Reply Memorandum;

3. Due to the page limit constraints, the Defendant, NLC has merely referred to the relative deposition testimony in order to avoid having to burden the court with excessive repetitive documentation.

Wherefore, should the court request additional documentation to assist it in its decision making, the Defendant, in an abundance of caution, is hereby requesting that the Court grant its motion to exceed the page limit of exhibits and to file additional material to supplement its reply memorandum at a later date.

Defendant, NLC
By its attorneys,

Ronald Langlois, Esq. #2891
Smith & Brink, P.C.
One State Street, Suite 400
Providence, RI 02908
Tel: (401) 351-9970
Fax: (401) 274-6218

## CERTIFICATION

I hereby certify that I hand delivered a true copy of the within to **Steven Orabone,** Esquire, 20 Ridgevale Court, Cranston, RI 02921 on the 13 day of March, 2006.

Dana Palangio