UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
MAR 22 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EAGLE'S NEST CONDOMINIUM ASSOCIATION, INC., ALSO KNOWN AS EAGLE NEST CONDOMINIUM ASSOC<br><br>Plaintiff,<br><br>vs.<br><br>NEW LONDON COUNTY MUTUAL INSURANCE COMPANY, NLC INSURANCE COMPANIES, INC., DOES I THROUGH V, AND NLC INSURANCE COMPANIES, ALIAS JOHN DOE COMPANY<br><br>Defendants | Civil Action, File No.: 04-436ML |

**PLAINTIFF'S MOTION TO EXTEND DEADLINE FOR FILING OBJECTIONS, AND FOR FILING MEMORANDUM IN SUPPORT OF OBJECTIONS, TO DEFENDANTS' MOTIONS TO STRIKE AFFIDAVITS**

Now comes the Plaintiff in the above-captioned matter and hereby moves this Honorable Court to extend the time within which Plaintiff may file Objections (and the time within which Plaintiff may file a Memorandum in Support of Plaintiff's Objections) to Defendant's Motions to Strike the Affidavit of Plaintiff's Expert, Steve Bogle, and to Defendant's Motion to Strike the Affidavit of Plaintiff's Expert, Richard Aube, up to and including Wednesday, March 29, 2006.

As grounds therefore, Plaintiff's counsel states that his uncle (his mother's brother) passed away on Monday, March 20, 2006.

Defendant's counsel has assented to the granting of this motion.

WHEREFORE, the Plaintiff prays that Plaintiff be granted an extension of time for filing Objections (and the time for filing a Memorandum in Support of Plaintiff's Objections) to Defendant's Motions to Strike the Affidavit of Plaintiff's Expert, Steve Bogle, and to Defendant's Motion to Strike the Affidavit of Plaintiff's Expert, Richard Aube, up to and including Wednesday, March 29, 2006.

Granted. Mary M. Lisi USDJ 3/22/06

Plaintiff,
Eagle's Nest Condominium
Association, Inc., also known as
Eagle Nest Condominium Assoc,
By its Attorney,

Steven H. Orabone, Esq. (#3205)
20 Ridgevale Court
Cranston, RI 02921
Telephone: (401) 944-5777
FAX: (401) 942-1936
E-mail: stevenorabone@cox.net

**CERTIFICATION**

I, the undersigned, hereby certify that I faxed and mailed a copy of the within **PLAINTIFF'S MOTION TO EXTEND DEADLINE FOR FILING OBJECTIONS, AND MEMORANDUM IN SUPPORT OF OBJECTIONS, TO DEFENDANTS' MOTIONS TO STRIKE AFFIDAVITS**, first class, postage pre-paid, on March 21, 2006 to Ronald Langlois, Esq., Smith & Brink, P.C., One State Street, Suite 400, Providence, RI 02908.