UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EAGLE'S NEST CONDOMINIUM ASSOCIATION, INC., ALSO KNOWN AS EAGLE NEST CONDOMINIUM ASSOC<br><br>Plaintiff,<br><br>vs.<br><br>NEW LONDON COUNTY MUTUAL INSURANCE COMPANY, NLC INSURANCE COMPANIES, INC., DOES I THROUGH V, AND NLC INSURANCE COMPANIES, ALIAS JOHN DOE COMPANY<br><br>Defendants | Civil Action, File No.: 04-436ML |

**PLAINTIFF'S OBJECTIONS TO DEFENDANT'S MOTIONS TO STRIKE THE AFFIDAVITS OF RICHARD AUBE AND PLAINTIFF'S EXPERT STEVEN BOGLE**

---

Now comes the Plaintiff, Eagle's Nest Condominium Association, Inc., also known as Eagle Nest Condominium Assoc, and hereby objects to the motions of Defendants, The New London County Mutual Insurance Company and NLC Insurance Companies, Inc. to strike the affidavit of plaintiff's expert Steven Bogle and to strike the affidavit of Richard Aube in the above-captioned matter. Plaintiff further relies on its reasons set forth in its combined memorandum of law submitted herewith.

**Plaintiff's Counsel's Statement Requesting Oral Argument:**

Plaintiff's counsel requests the opportunity for oral argument on this objection. Plaintiff's counsel estimates that

plaintiff's counsel will require 15 minutes to present plaintiff's oral argument.

Dated: March 29, 2006

Respectfully submitted, Plaintiff,
Eagle's Nest Condominium
Association, Inc., also known as
Eagle Nest Condominium Assoc,
By its Attorney,

Steven H. Orabone, Esq. (#3205)
20 Ridgevale Court
Cranston, RI 02921
Telephone: (401) 944-5777
FAX: (401) 942-1936
E-mail: stevenorabone@cox.net

**CERTIFICATION**

I, the undersigned, hereby certify that I hand-delivered a copy of the within Objection on March 29, 2006 to Ronald Langlois, Esq., Smith & Brink, P.C., One State Street, Suite 400, Providence, RI 02908.