UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EAGLE'S NEST CONDOMINIUM ASSOCIATION, INC., ALSO KNOWN AS EAGLE NEST CONDOMINIUM ASSOC<br><br>Plaintiff,<br><br>vs.<br><br>NEW LONDON COUNTY MUTUAL INSURANCE COMPANY, NLC INSURANCE COMPANIES, INC., DOES I THROUGH V, AND NLC INSURANCE COMPANIES, ALIAS JOHN DOE COMPANY<br><br>Defendants | Civil Action, File No.: 04-436ML |

**MOTIONS OF PLAINTIFF FOR LEAVE TO SUPPLEMENT EXHIBITS AND CONDITIONAL MOTION FOR LEAVE TO STAY RULING AND PERMIT FILING RULE 26 STATEMENT OUT OF TIME AND/OR TO PERMIT FURTHER DISCOVERY**

Now comes the Plaintiff, Eagle's Nest Condominium Association, Inc., also known as Eagle Nest Condominium Assoc, (hereinafter "Eagle's Nest") and hereby moves this Honorable Court in the above-captioned matter as follows:

Eagle's Nest moves this Honorable Court for leave file its Further Exhibits (which are enclosed with Eagle's Nest's Combined Memorandum in Support of Opposition to Defendant's Motion to Strike Affidavits, in Support of Plaintiff's Reply to Defendant's Objection to Plaintiff's Motion for Summary Judgment, in Support of Motion of Plaintiff For leave to Supplement Exhibits and in Support of Plaintiff's Conditional Motion for Leave to Stay

Ruling and Permit Filing Rule 26 Statement out of time and/or to Permit Further Discovery) to support Eagle's Nest's Objection to Defendant's Motion for Summary Judgment, to support Eagle's Nest's Motion for Summary Judgment, to Support Eagle's Nest Objection to NLC's Motion to Strike the affidavits of Richard Aube and Steven Bogle and to support Eagle's Nest's Reply to NLC's Objection to Eagle's Nest's Motion for Summary Judgement.

In the event that this Court finds that Eagle's Nest has failed to make adequate and timely disclosures of information to NLC, then Eagle's Nest requests, further, that the Court stay its ruling on Plaintiff's and Defendant's respective motions for summary judgment and its ruling on Defendant's motion to strike the affidavits of Richard Aube and Steven Bogle, and grant Eagle's Nest an extension of 45 days (or such time as this Court deems reasonable) to file a Rule 26 disclosure statement and/or for the parties to conduct further discovery.

Plaintiff relies on its reasons set forth in its Combined Memorandum in Support of Opposition to Defendant's Motion to Strike Affidavits, in Support of Plaintiff's Reply to Defendant's Objection to Plaintiff's Motion for Summary Judgment, in Support of Motion of Plaintiff For leave to Supplement Exhibits and in Support of Plaintiff's Conditional Motion for Leave to Stay Ruling and Permit Filing Rule 26 Statement out of time and/or to Permit Further Discovery.

**Plaintiff's Counsel's Statement Requesting Oral Argument:**

Plaintiff's counsel requests the opportunity for oral argument on this motion. Plaintiff's counsel estimates that plaintiff's counsel will require 15 minutes to present plaintiff's oral argument.

Dated: March 29, 2006

Respectfully submitted, Plaintiff,
Eagle's Nest Condominium
Association, Inc., also known as
Eagle Nest Condominium Assoc,
By its Attorney,

Steven H. Orabone, Esq. (#3205)
20 Ridgevale Court
Cranston, RI 02921
Telephone: (401) 944-5777
FAX: (401) 942-1936
E-mail: stevenorabone@cox.net

**CERTIFICATION**

I, the undersigned, hereby certify that I hand-delivered a copy of the within Motion, on March 29, 2006 to Ronald Langlois, Esq., Smith & Brink, P.C., One State Street, Suite 400, Providence, RI 02908.