UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EAGLE'S NEST CONDOMINIUM ASSOCIATION, INC., ALSO KNOWN AS EAGLE NEST CONDOMINIUM ASSOC

Plaintiff,

vs.

NEW LONDON COUNTY MUTUAL INSURANCE COMPANY, NLC INSURANCE COMPANIES, INC., DOES I THROUGH V, AND NLC INSURANCE COMPANIES, ALIAS JOHN DOE COMPANY

Defendants

Civil Action, File No.: 04-436ML

**PLAINTIFF'S RESPONSE TO DEFENDANT'S**

**PROPOSED STATEMENT OF ADDITIONAL UNDISPUTED FACTS**

Plaintiff responds to Defendant's proposed statement of additional undisputed facts as follows:

48. If Defendant intends this statement to mean that no ceiling has fallen completely to the floor below it, then this statement is admitted. If Defendant intends this statement to mean that no ceiling has descended lower in height, then Plaintiff disputes this statement. The deflection measurements performed on the individual units in the condominium complex reveal that the vast majority of the ceilings have descended lower in height.

Dated: March 30, 2006

Plaintiff,
Eagle's Nest Condominium
Association, Inc., also known as
Eagle Nest Condominium Assoc,
By its Attorney,

Steven H. Orabone, Esq. (#3205)
20 Ridgevale Court
Cranston, RI 02921
Telephone: (401) 944-5777
FAX: (401) 942-1936
E-mail: stevenorabone@cox.net

**CERTIFICATION**

I, the undersigned, hereby certify that I mailed a copy of the within Plaintiff's Response to Defendant's Proposed Statement of Additional Undisputed Facts, on March 30, 2006 to Ronald Langlois, Esq., Smith & Brink, P.C., One State Street, Suite 400, Providence, RI 02908.