UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EAGLE'S NEST CONDOMINIUM ASSOCIATION, INC., ALSO KNOWN AS EAGLE NEST CONDOMINIUM ASSOC<br><br>Plaintiff,<br><br>vs.<br><br>NEW LONDON COUNTY MUTUAL INSURANCE COMPANY, NLC INSURANCE COMPANIES, INC., DOES I THROUGH V, AND NLC INSURANCE COMPANIES, ALIAS JOHN DOE COMPANY, et als.<br><br>Defendants | Civil Action, File No.: 04-436ML |

## NOTICE OF DEPOSITION

To: New London County Mutual Insurance Company, NLC INSURANCE COMPANIES, INC., and their attorney.

Notice is given that on Friday, July 7, 2005, at 10:00 a.m., at Allied Court Reporters, 115 Phenix Avenue, Cranston, Rhode Island, 02920, plaintiff will take the deposition of Aiman Alawa, Ph.D. upon oral examination, before a notary public. Said deposition to continue from day to day until completed. The deposition is to be used as evidence on the trial of the above-entitled action.

Dated: June 12, 2006.

Plaintiff, Eagle's Nest Condominium Association, Inc., also known as Eagle Nest Condominium Assoc,
By its Attorney:

Steven H. Orabone, Esq. (#3205)
20 Ridgevale Court
Cranston, RI 02921
Telephone: (401) 944-5777
Facsimile: (401) 942-1936

Certification

I, the undersigned, hereby certify that I hand-delivered a true copy of the within Deposition Notice to Ronald Langlois, Esq., Smith & Brink, P.C., One State Street, Suite 400, Providence, Rhode Island, 02908, on June 12, 2006.