UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EAGLE'S NEST CONDOMINIUM ASSOCIATION, INC., ALSO KNOWN AS EAGLE NEST CONDOMINIUM ASSOC<br><br>Plaintiff,<br><br>vs.<br><br>NEW LONDON COUNTY MUTUAL INSURANCE COMPANY, NLC INSURANCE COMPANIES, INC., DOES I THROUGH V, AND NLC INSURANCE COMPANIES, ALIAS JOHN DOE COMPANY<br><br>Defendants | Civil Action, File No.: 04-436ML |

**PLAINTIFF'S OBJECTIONS TO DEFENDANT'S MOTION TO EXCLUDE THE PLAINTIFF FROM IDENTIFYING NEW EXPERTS AND USING NEW COMPUTER MODELING FORMULAS, AND TO DEFENDANT'S MOTION FOR SANCTIONS**

Now comes the Plaintiff, Eagle's Nest Condominium Association, Inc., also known as Eagle Nest Condominium Assoc, and hereby objects to the motion of Defendants, The New London County Mutual Insurance Company and NLC Insurance Companies, Inc. to preclude plaintiff from identifying new experts, a new analysis and new computer program. Plaintiff also objects to Defendant's motion for sanctions against Plaintiff.

Plaintiff further relies on its reasons set forth in its combined memorandum of law submitted herewith.

Dated: June 12, 2006

Respectfully submitted, Plaintiff,
Eagle's Nest Condominium
Association, Inc., also known as
Eagle Nest Condominium Assoc,
By its Attorney,

Steven H. Orabone, Esq. (#3205)
20 Ridgevale Court
Cranston, RI 02921
Telephone: (401) 944-5777
FAX: (401) 942-1936
E-mail: stevenorabone@cox.net

**CERTIFICATION**

I, the undersigned, hereby certify that I hand-delivered a copy of the within Objection on June 12, 2006 to Ronald Langlois, Esq., Smith & Brink, P.C., One State Street, Suite 400, Providence, RI 02908.