UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EAGLE'S NEST CONDOMINIUM ASSOCIATION, INC., ALSO KNOWN AS EAGLE NEST CONDOMINIUM ASSOC

Plaintiff,

vs.

NEW LONDON COUNTY MUTUAL INSURANCE COMPANY, NLC INSURANCE COMPANIES, INC., DOES I THROUGH V, AND NLC INSURANCE COMPANIES, ALIAS JOHN DOE COMPANY

Defendants

Civil Action, File No.: 04-436ML

**PLAINTIFF'S CONDITIONAL REQUEST FOR INSTRUCTIONS ON SCOPE OF PLAINTIFF'S SUPPLEMENTAL DISCOVERY RESPONSES ALLOWED UNDER COURT'S PRIOR ORDER**

The Plaintiff, Eagle's Nest Condominium Association, Inc., also known as Eagle Nest Condominium Assoc, has objected to the Motion of Defendants, The New London County Mutual Insurance Company and NLC Insurance Companies, Inc. to preclude plaintiff from identifying new experts, a new analysis and new computer program.

Aiman Alawa, Ph.D. is not a new expert witness. What is more, the Court's Order entered April 20, 2006 granting Plaintiff's leave up to July 10, 2006 to supplement its discovery responses does not limit the scope of those responses.

In the event that the Court rules that Aiman Alawa, Ph.D. is a new expert and/or that there are limits on the scope of Plaintiff's supplemental discovery responses concerning experts Aiamn Alawa, Steven Bogle, Domingos Medeiros and/or Nancy Aguiar (and/or their opinions and/or methodologies allowed under the Court's Order entered April 20, 2006), then Plaintiff requests instructions on the scope of Plaintiff's allowed supplemental discovery responses, and specifically requests that Plaintiff, in its supplemental discovery, is allowed to do the following:

1. Designate Aiman Alawa, Ph.D. as an expert witness.

2. Submit a report from Aiman Alawa, Ph.D.

3. Include in Aiman Alawa, Ph.D.'s report analysis that (in addition to using MiTek software) uses such other software program and/or method as Aiman Alawa wishes to utilize.

4. If this court will not allow Aiman Alawa, Ph.D. to use another software program in his report, then to at least allow him to issue a report that uses MiTek software.

5. Include in Aiman Alawa, Ph.D.'s report analysis based on additional information concerning the condominium units that has been collected since April 10, 2006.

6. Depose Aiman Alawa, Ph.D. on July 7, 2006 at 10:00 a.m., or at such other date convenient to Plaintiff and Defendant.

7. Submit a report from Steven Bogle

8. Include in Steven Bogle's report such reports as are provided to him by Aiman Alawa, Ph.D.

9. Include in Steven Bogle's report analysis based on additional information concerning the condominium units that has been collected since April 10, 2006.

10. Depose Steven Bogle on July 6, 2006 at 10:00 a.m. or at such other date convenient to Plaintiff and Defendant

11. Designate Domingos Medeiros and/or Nancy Aguiar expert witnesses and, if necessary, submit a report from Domingos Medeiros and/or Nancy Aguiar of HardPine concerning HardPine's reports and analyses and to be allowed, if necessary, to depose Domingos Medeiros and/or Nancy Aguiar at such date and time as is convenient to Plaintiff and Defendant.

12. Amend its interrogatory answers to reflect all reports, expert opinions, and expert status of Aiman Alawa, Ph.D., Steven Bogle, Domingos Medeiros, and Nancy Aguiar and the information on which their reports and opinions are based.

Plaintiff requests that this honorable Court enter such other instructions as it deems appropriate.

Plaintiff further relies on its reasons set forth in its combined memorandum of law submitted herewith.

Dated: June 12, 2006

Respectfully submitted, Plaintiff,
Eagle's Nest Condominium
Association, Inc., also known as
Eagle Nest Condominium Assoc,
By its Attorney,

Steven H. Orabone, Esq. (#3205)
20 Ridgevale Court
Cranston, RI 02921
Telephone: (401) 944-5777
FAX: (401) 942-1936
E-mail: stevenorabone@cox.net

**CERTIFICATION**

I, the undersigned, hereby certify that I hand-delivered a copy of the within Conditional Request for Instructions on June 12, 2006 to Ronald Langlois, Esq., Smith & Brink, P.C., One State Street, Suite 400, Providence, RI 02908.