STEVEN H. ORABONE
ATTORNEY AT LAW

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: **Ronald Langlois, Esq.** | FROM: Steven H. Orabone |
| COMPANY: | DATE: 4/12/2006 |
| FAX NUMBER: 274-6218 | TOTAL NO. OF PAGES INCLUDING COVER: 3 |
| PHONE NUMBER: 351-9970 | SENDER'S REFERENCE NUMBER: |
| RE: Eagle Nest Condominium Association vs. New London County Insurance Company | YOUR REFERENCE NUMBER: |

☐ URGENT ☐ FOR REVIEW ☐ PLEASE COMMENT X PLEASE REPLY ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Enclosed are my revisions to your proposed order.

With regard to my deposing your expert, I understand you have no objection, so long as it occurs after the depositions of Mr. Bogle and Mr. Alawa. Please let me know if you want to add that to the order.

Enjoy your time off. I suggest you bring a good novel to jury duty. I'll be surprised if anybody selects an attorney for a juror.

Sincerely,

Steven H. Orabone

20 RIDGEVALE COURT – CRANSTON, RI 02921
PHONE (401) 944-5777 FAX (401) 942-1936

Exhibit 2

**PSC 2000 Series 2410**
**Personal Printer/Fax/Copier/Scanner**

**Log** for
Steven Orab
401-942-1936
Apr 12 2006 10:50AM

**Last Transaction**

| Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| Apr 12 | 10:49AM | Fax Sent | 2746218 | 0:57 | 3 | OK |