**SMITH & BRINK, P.C.**
**ATTORNEYS AT LAW**
**A PROFESSIONAL CORPORATION**
**ONE STATE STREET**
**SUITE 400**
**PROVIDENCE, RI 02908**
**TELEPHONE: (401) 351-9970**
**FAX: (401) 274-6218**
*www.SmithBrink.com*

**Ronald Langlois*♦**
*rlanglois@smithbrink.com*

* *Admitted in Rhode Island*
♦ *Admitted in Massachusetts*

**QUINCY OFFICE**
122 QUINCY SHORE DRIVE
SECOND FLOOR
QUINCY, MA 02171
TELEPHONE: (617) 770-2214
FAX: (617) 774-1714

**DANVERS OFFICE**
99 ROSEWOOD DRIVE
UNIT 240
DANVERS, MA 01923
TELEPHONE: (978) 646-9114
FAX: (978) 646-9264

**SPRINGFIELD OFFICE**
191 CHESTNUT STREET
SUITE 3D
SPRINGFIELD, MA 01103
TELEPHONE: (413) 746-8122
FAX: (413) 781-6290

May 5, 2006

Steven H. Orabone, Esquire
20 Ridgevale Court
Cranston, RI 02921

Re: Eagle's Nest Condominiums
Vs. New London Mutual Fire Insurance, et al.
Claim No.: B41979
Date of Loss: 07/02
Our File No.: 26534.nlc

Dear Attorney Orabone:

As you know, I would like to conduct the depositions of Steven Bogle of Geisser Engineering Corporation and the person most knowledgeable at Hardpine, Inc. relative to the above-referenced matter. These depositions must be concluded by July 10, 2006. Therefore, I would greatly appreciate it if you would contact Mr. Bogle and Hardpine, Inc. to determine available dates to conduct the depositions. Please contact me as soon as possible with available dates. If I do not hear from you by May 15, 2006, I will schedule the depositions.

Should you have any questions, please do not hesitate to contact me.

Thank you for your usual cooperation and consideration.

Very truly yours,

Ronald Langlois

RL/dap

Cc : Diane Landock

Exhibit 3