STEVEN H. ORABONE
*Attorney at Law*

May 22, 2006

VIA E-MAIL (RLANGLOIS@SMITHBRINK.COM) & FIRST-CLASS MAIL

Ronald Langlois, Esq.
Smith & Brink, P.C.
One State Street
Suite 400
Providence, RI 02908

Dear Ron,

SUBJECT: EAGLE'S NEST VS. NLC/INSPECTION & DEPOSITIONS

Eagle's Nest is scheduled to begin floor truss repairs on one of the duplex units (I believe it is in building 16) on June 5, 2006.

I intend to have my expert witnesses inspect the trusses when they are exposed. I believe they will first be exposed on the afternoon of June 5, 2006. Please note that in the repair process the trusses remain exposed for only a brief time before the contractor begins applying the plywood to them.

Please let me know if you wish to have your expert witness inspect theses trusses when they are exposed.

With regard to depositions, I would like to try to schedule a deposition of Aiman Alawa (formerly of HardPine) on Saturday, July 8, 2006 in the morning; and I'd like to try to schedule Steven Bogle for Friday, June 30, 2006 in the morning as well. Please let me know if these dates work for you. Thanks.

Sincerely yours,

Steven H. Orabone

Cc: Roberta McMahon

20 RIDGEVALE COURT • CRANSTON, RI 02921
PHONE (401) 944-5777 • FAX (401) 942-1936

Exhibit 4

## Steven Orabone

**From:** Steven Orabone [stevenorabone@cox.net]
**Sent:** Monday, May 22, 2006 1:20 PM
**To:** Ronald Langlois Esq.
**Cc:** Roberta McMahon
**Subject:** Eagles Nest vs. NLC/Inspection and Depositions

Lt Atty Inspection.doc

Please see my attached letter.