STEVEN H. ORABONE
*Attorney at Law*

June 2, 2006

VIA E-MAIL & FIRST-CLASS MAIL

Ronald Langlois, Esq.
Smith & Brink, P.C.
One State Street
Suite 400
Providence, RI 02908

Dear Ron,

SUBJECT: EAGLE'S NEST VS. NLC/EXPERTS

I understand that you will have your expert witness (or somebody in his place) go to Eagle's Nest on Tuesday, June 6, 2006 to examine the exposed trusses in Unit 16A. I understand you will let me know what time your expert intends to be there.

Eagle's Nest is also attempting to arrange access to some of the other units that day in order for its experts to observe the finished floors in those units. If we are able to make those arrangements for June 6, your expert is welcome to join our experts in observing the finished floors.

With regard to depositions, please note that Aiman Alawa is the person most knowledgeable concerning the truss analysis. Mr. Alawa collected the original truss data, and he ran the original analysis. Though he had left HardPine when the second analysis was run, HardPine ran that second analysis on Mr. Alawa's data (with the addition of the gypcrete weight). Mr. Alawa is still the person most knowledgeable concerning that analysis.

After Mr. Alawa's June 6 inspection, he will prepare a report, which I will then provide to you. I will thereafter conduct Mr. Alawa's deposition. I understand you are available for a July 7 deposition of Aiman Alawa. I have scheduled it for 1:30 p.m. on July 7, 2006.

20 RIDGEVALE COURT • CRANSTON, RI 02921
PHONE (401) 944-5777 • FAX (401) 942-1936

Exhibit 5

Sincerely yours,

Steven H. Orabone

Cc: Roberta McMahon, Richard Aube