**Steven Orabone**

**From:** Ronald Langlois [RLanglois@smithbrink.com]
**Sent:** Friday, June 02, 2006 3:50 PM
**To:** Steven Orabone
**Subject:** RE: Eagle's Nest vs. NLC/Experts

Steve This deposition is going to last a substantial amount of time . It is not appropriate to start this deposition this late on the day before I go on vacation . I am willing to start it first thing in the a. m.

-----Original Message-----
From: Steven Orabone [mailto:stevenorabone@cox.net]
Sent: Friday, June 02, 2006 12:20 PM
To: Ronald Langlois
Cc: Aiman Alawa; Roberta McMahon; Richard Aube
Subject: Eagle's Nest vs. NLC/Experts

Please see my attached letter

Exhibit 6