**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**EAGLE'S NEST CONDOMINIUM ASSOCIATION, INC., A/K/A EAGLE NEST CONDOMINIUM ASSOC.**

**V.** **C.A.NO: 04-436ML**

**NEW LONDON COUNTY MUTUAL INSURANCE COMPANY, NLC INSURANCE COMPANIES, INC., DOES I THROUGH V AND NLC INSURANCE COMPANIES, ALIAS JOHN DOE COMPANY**

**DEFENDANT, NEW LONDON COUNTY MUTUAL INSURANCE COMPANY'S MOTION TO EXTEND THE PREVIOUS ORDER OF THIS COURT**

Now comes the Defendant, New London County Mutual Insurance Company (hereinafter "NLC") and respectfully request that this Honorable Court extend the Order in this matter as to time in which it has to complete its expert discovery to September 10, 2006, and the time to file a supplemental summary judgment memorandum to October 31, 2006.

As grounds therefore, the Defendant states:

Plaintiff's counsel has indicated that he intends to have a new expert do a new analysis with a new computer program. As of this date, the Plaintiff has not provided the Defendant with any expert reports, nor has he provided the Defendant with his expert's opinions.

In further support of said motion, the Defendant relies on its Memorandum of Law attached hereto.

Defendant,
By its attorneys,

Ronald Langlois, Esq. #2891
Smith & Brink, P.C.
One State Street, Suite 400
Providence, RI 02908
Tel: (401) 351-9970

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within to **Steven Orabone,** Esquire, 20 Ridgevale Court, Cranston, RI 02921 on the 27 day of June, 2005.

Dana Palangio

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**EAGLE'S NEST CONDOMINIUM ASSOCIATION, INC., A/K/A EAGLE NEST CONDOMINIUM ASSOC.**

**V.** **C.A.NO: 04-436ML**

**NEW LONDON COUNTY MUTUAL INSURANCE COMPANY, NLC INSURANCE COMPANIES, INC., DOES I THROUGH V AND NLC INSURANCE COMPANIES, ALIAS JOHN DOE COMPANY**

**DEFENDANT'S MEMORANDUM IN SUPPORT OF ITS MOTION TO EXTEND THE PREVIOUS ORDER OF THIS COURT**

On April 10, 2006, this matter was heard before the Honorable Justice Lisi on the Defendant's motion to strike the Affidavits of Richard Aube and Steven Bogle. Plaintiff filed an objection and a motion for leave to supplement exhibits and conditional motion for leave to stay ruling and permit filing Rule 26 Statements out of time and/or to permit further discovery.

The Court ordered, and the parties agreed, to enter into an order allowing the Defendant, NLC, up to and including July 10, 2006 to complete its expert discovery. It further had up to and including August 31, 2006 to file a supplemental summary judgment motion. (Exhibit A)

Subsequently, Plaintiff's counsel indicated that he intends to have a new expert do a new analysis with a new computer program. As of this date, the Plaintiff has not provided the Defendant with any expert reports, nor has he provided the Defendant with his expert's opinions.

Due to the Plaintiff's failure to supplement its expert answers to interrogatories, or produce its expert reports, the Defendant cannot complete its expert discovery.

Wherefore, the Defendant respectfully requests that this Honorable Court extend the time in which it has to complete its expert discovery to September 10, 2006 and the time to file a supplemental summary judgment memorandum to October 31, 2006.

Respectfully submitted,
Defendant, NLC
By its attorneys,

Ronald Langlois, Esq. #2891
Smith & Brink, P.C.
One State Street, Suite 400
Providence, RI 02908
Tel: (401) 351-9970
Fax: (401) 274-6218

## CERTIFICATION

I hereby certify that I mailed a true copy of the within to **Steven Orabone,** Esquire, 20 Ridgevale Court, Cranston, RI 02921 on the 28 day of June, 2006.

Dana Palangio