UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

28 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

EAGLE'S NEST CONDOMINIUM
ASSOCIATION, INC., A/K/A
EAGLE NEST CONDOMINIUM ASSOC.

V. C.A.NO: 04-436ML

NEW LONDON COUNTY MUTUAL
INSURANCE COMPANY, NLC INSURANCE
COMPANIES, INC., DOES I THROUGH V
AND NLC INSURANCE COMPANIES,
ALIAS JOHN DOE COMPANY

**DEFENDANT, NEW LONDON COUNTY MUTUAL INSURANCE COMPANY'S MOTION TO EXTEND THE PREVIOUS ORDER OF THIS COURT**

Now comes the Defendant, New London County Mutual Insurance Company (hereinafter "NLC") and respectfully request that this Honorable Court extend the Order in this matter as to time in which it has to complete its expert discovery to September 10, 2006, and the time to file a supplemental summary judgment memorandum to October 31, 2006.

As grounds therefore, the Defendant states:

Plaintiff's counsel has indicated that he intends to have a new expert do a new analysis with a new computer program. As of this date, the Plaintiff has not provided the Defendant with any expert reports, nor has he provided the Defendant with his expert's opinions.

In further support of said motion, the Defendant relies on its Memorandum of Law attached hereto.

Granted.
Mary M. Lisi
USDJ 7/5/06

Defendant,
By its attorneys,

Ronald Langlois, Esq. #2891
Smith & Brink, P.C.
One State Street, Suite 400
Providence, RI 02908
Tel: (401) 351-9970

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within to **Steven Orabone,** Esquire, 20 Ridgevale Court, Cranston, RI 02921 on the 27 day of June, 2005.