UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EAGLE'S NEST CONDOMINIUM ASSOCIATION, INC., ALSO KNOWN AS EAGLE NEST CONDOMINIUM ASSOC<br><br>Plaintiff,<br><br>vs.<br><br>NEW LONDON COUNTY MUTUAL INSURANCE COMPANY, NLC INSURANCE COMPANIES, INC., DOES I THROUGH V, AND NLC INSURANCE COMPANIES, ALIAS JOHN DOE COMPANY<br><br>Defendants | Civil Action, File No.: 04-436ML |

**PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION TO PRECLUDE THE PLAINTIFF FROM INTRODUCING EVIDENCE**

Now comes the Plaintiff, Eagle's Nest Condominium Association, Inc., also known as Eagle Nest Condominium Assoc, and hereby objects to the motion of Defendants, The New London County Mutual Insurance Company and NLC Insurance Companies, Inc. to preclude plaintiff from introducing evidence of damages for units not referenced in the discovery introduced prior to defendant's motion to preclude.

Plaintiff further relies on its reasons set forth in its combined memorandum of law submitted herewith.

Dated: July 8, 2006.

Respectfully submitted, Plaintiff,
Eagle's Nest Condominium
Association, Inc., also known as
Eagle Nest Condominium Assoc,
By its Attorney,

Steven H. Orabone, Esq. (#3205)
20 Ridgevale Court
Cranston, RI 02921
Telephone: (401) 944-5777
FAX: (401) 942-1936
E-mail: stevenorabone@cox.net

**CERTIFICATION**

I, the undersigned, hereby certify that I mailed a copy of the within Objection on July 8, 2006 to Ronald Langlois, Esq., Smith & Brink, P.C., One State Street, Suite 400, Providence, RI 02908.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EAGLE'S NEST CONDOMINIUM ASSOCIATION, INC., ALSO KNOWN AS EAGLE NEST CONDOMINIUM ASSOC<br><br>Plaintiff,<br><br>vs.<br><br>NEW LONDON COUNTY MUTUAL INSURANCE COMPANY, NLC INSURANCE COMPANIES, INC., DOES I THROUGH V, AND NLC INSURANCE COMPANIES, ALIAS JOHN DOE COMPANY<br><br>Defendants | ) | Civil Action, File No.: 04-436ML |

**PLAINTIFF'S MEMORANDUM OPPOSING TO DEFENDANT'S MOTION TO PRECLUDE**

On April 10, 2006, this Honorable Court granted Plaintiff leave up to July 10, 2006 to supplement its discovery responses. A copy of that order is attached hereto as Exhibit A.

On July 10, 2006 plaintiff will file a supplemental answer to defendant's interrogatories, which will include a supplement to the answer to interrogatory 17. That answer will include a table itemizing the units repaired and their costs, etc. What is more, plaintiff mailed defendant a further supplemental production response (a copy of which is attached hereto as Exhibit B). Defendant has, (via plaintiff 3 production responses) received all of plaintiff's damages evidence records of the repaired units (with the exception of the report from the

ACC Contracting expert witness and the itemized damages statement mentioned above, that will be included with plaintiff's supplement answers to interrogatories that will be filed July 10, 2006, in compliance with the Court's order.

What is more, the defendant is in no way prejudiced by allowing plaintiff to introduce all of its damages evidence, as defendant will receive all the evidence by the July 10, 2006 deadline the court established. In addition, the court has already granted defendant's motion to extend the previous order of April 10, 2006.

Dated: July 8, 2006

Respectfully submitted, Plaintiff,
Eagle's Nest Condominium
Association, Inc., also known as
Eagle Nest Condominium Assoc,
By its Attorney,

Steven H. Orabone, Esq. (#3205)
20 Ridgevale Court
Cranston, RI 02921
Telephone: (401) 944-5777
FAX: (401) 942-1936
E-mail: stevenorabone@cox.net

**CERTIFICATION**

I, the undersigned, hereby certify that I hand-delivered a copy of the within Plaintiff's Memorandum on July 8, 2006 to Ronald Langlois, Esq., Smith & Brink, P.C., One State Street, Suite 400, Providence, RI 02908.