**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**EAGLE'S NEST CONDOMINIUM**
**ASSOCIATION, INC., A/K/A**
**EAGLE NEST CONDOMINIUM ASSOC.**

**V.** **C.A.NO: 04-436ML**

**NEW LONDON COUNTY MUTUAL**
**INSURANCE COMPANY, NLC INSURANCE**
**COMPANIES, INC., DOES I THROUGH V**
**AND NLC INSURANCE COMPANIES,**
**ALIAS JOHN DOE COMPANY**

ENTERED
APR 20 2006

**ORDER**

This matter came on for Hearing before the Honorable Justice Lisi on April 10, 2006 on the Defendant's motion to strike the Affidavits of Richard Aube and Steven Bogle, Plaintiff's objection thereto, and the Plaintiff's motion for leave to supplement exhibits and conditional motion for leave to stay ruling and permit filing Rule 26 Statement out of time and/or to permit further discovery. After Hearing, it is hereby:

**ORDERED, ADJUDGED AND DECREED**

1. It is agreed that Richard Aube will offer no expert opinions relative to the meaning and interpretation of New London County Mutual's insurance policy.

2. Defendant, NLC, is allowed ninety (90) days or up to and including July 10, 2006, to complete expert discovery, and Plaintiff shall have up to and including July 10, 2006 to supplement its discovery responses.

3. Plaintiff is responsible for all fees associated with expert discovery.

3. Plaintiff, Eagle's Nest, has thirty (30) days thereafter, or up to and including August 9, 2006, to disclose its experts.

4. Defendant, NLC, has until August 31, 2006 to file supplemental summary judgment motions.

5. The Plaintiff, Eagle's Nest, has fourteen (14) days thereafter, or up to and including September 14, 2006, to file reply memorandums to the supplemental summary judgment motions.

Exhibit A

ENTERED:

USDJ 4/20/06

PER ORDER:

PRESENTED BY:

Ronald Langlois, Esq. #2891
SMITH & BRINK, P.C.
One State Street, Suite 400
Providence, RI 02908
Tel: (401) 351-9970
Fax: (401) 274-6218

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within to Steven Orabone, Esquire, 20 Ridgevale Court, Cranston, RI 02921 on the 17 day of April, 2006.