UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EAGLE'S NEST CONDOMINIUM ASSOCIATION, INC., ALSO KNOWN AS EAGLE NEST CONDOMINIUM ASSOC | ) | |
| Plaintiff, | ) | |
| vs. | ) | Civil Action, File No.: 04-436ML |
| NEW LONDON COUNTY MUTUAL INSURANCE COMPANY, NLC INSURANCE COMPANIES, INC., DOES I THROUGH V, AND NLC INSURANCE COMPANIES, ALIAS JOHN DOE COMPANY | ) | |
| Defendants | ) | |

**PLAINTIFF, EAGLE'S NEST CONDOMINIUM ASSOCIATION, INC.'S FURTHER SUPPLEMENTAL RESPONSE TO DEFENDANT, NEW LONDON COUNTY MUTUAL INSURANCE COMPANY'S REQUEST FOR PRODUCTION**

Plaintiff, Eagle's Nest Condominium Association, Inc., further supplements its response to defendant, New London County Mutual Insurance Company's, requests for production dated January 14, 2005 by producing the below described items (Those items that are on CD are not Bates stamped. Those items that are documents are Bates stamped consecutively):

(1) October 8, 2005 note from Marcel Dutwin, of ACC Construction, to Steven Bogle (page 1).

(2) October 17, 2005 fax from Steven Bogle to Marcel Dutwin of ACC Contractors concerning Unit 17B (pp. 2).

(3) October 17, 2005 letter from Steven Bogle to John V. Pagliaro concerning Unit 17B (p. 3)/

(4) Color copies of 11 photographs of Unit 17B (pp. 4-7).



Exhibit B

(5) June 12, 2006 note from Marcel Dutwin, of ACC Construction, to Steven Bogle (page 8).

(6) June 19, 2006 letter from Steven Bogle to John V. Pagliaro concerning Unit 16A (p. 9);

(7) Color copies of 12 photographs of Unit 16A (pp. 10-13).

(8) October 29, 2005 note from Marcel Dutwin, of ACC Construction, to Steven Bogle (page 14).

(9) November 7, 2005 fax from Steven Bogle to Marcel Dutwin of ACC Contractors concerning Unit 14A (pp. 15).

(10) November 7, 2005 letter from Steven Bogle to John V. Pagliaro concerning Unit 14A (p. 16).

(11) Color copies of 12 photographs of Unit 14A (pp. 17-20).

(12) January 26, 2006 note from Marcel Dutwin, of ACC Construction, to Steven Bogle (page 21).

(13) February 2, 2006 letter from Steven Bogle to John V. Pagliaro concerning Unit 10A (p. 22).

(14) Color copies of 18 photographs of Unit 17B (pp. 23-27);

(15) February 16, 2006 note from Marcel Dutwin, of ACC Construction, to Steven Bogle (page 28).

(16) February 21, 2006 letter from Steven Bogle to John V. Pagliaro concerning Unit 42B (pp. 29).

(17) Color copies of 16 photographs of Unit 42B (pp. 30-33).

(18) February 10, 2006 letter from Steven Bogle to John V. Pagliaro concerning Unit 28D[1] (pp. 34).

(19) Color copies of 16 photographs of Unit 28D[2] (pp. 35-38).

(20) Steven A. Bogle's report dated February 24, 2006 (p. 39).

(21) Steven A. Bogle's handwritten notes concerning truss spans and deflection standards (p. 40).

(22) Report of expert witness Ann Ysenbart of Hogan Movers dated June 30, 2006 (pp. 41-43);

(23) Roberta McMahon letter to John Pagliaro dated April 28, 2006 (p. 44).

(24) Building permit granted February 1, 2006 for 42 Eagles Run (p. 45).

(25) Eagle's Nest Condominium Association Deflection Inspection Results Table of May 3, 2006 (pp. 46-49).

(26) Construction Agreement concerning Unit 42B dated February 4, 2006 (pp. 50-54).

(27) Invoice in the amount of $14,700 from ACC Contractors concerning Unit 42B dated February 25, 2006 (p. 55).

(28) Invoice in the amount of $14,700 from ACC Contractors concerning Unit 10A dated February 3, 2006 (p. 56).

---

[1] The designation of this unit as being "28D" is a typographical error. This is actually Unit 28B.

[2] The designation of this unit as being "28D" is a typographical error. This is actually Unit 28B.

(29) Building permit granted January 25, 2006 for 10A Eagles Run (p. 57).

(30) Construction Agreement concerning Unit 10A dated January 6, 2006 (pp. 58-62).

(31) Invoice in the amount of $14,700 from ACC Contractors concerning Unit 28B dated February 24, 2005[3] (p. 63).

(32) Building permit granted February 1, 2006 for 28B Eagles Run (p. 64).

(33) Construction Agreement concerning Unit 28B dated February 4, 2006 (pp. 65-69).

(34) Invoice in the amount of $14,700 from ACC Contractors concerning Unit 14A dated November 7, 2005(p. 70).

(35) Construction Agreement concerning Unit 14A dated October 24, 2005 (pp. 71-75).

(36) Invoice in the amount of $14,700 from ACC Contractors concerning Unit 17B dated October 17, 2005 (p. 76).

(37) Construction Agreement concerning Unit 17B dated September 30, 2005 (pp. 77-81).

(38) Construction Agreement dated July 6, 2005 (pp. 82-86).

(39) Invoice in the amount of $18,030 from ACC Contractors concerning Unit 20B dated July 8, 2005 (p. 87).

(40) Construction Agreement concerning Unit 7B dated February 11, 2004 (pp. 88-92).

---

[3] The date on this invoice appears to be a typographical error. The correct date should be February 24, 2006.

(41) Invoice dated November 22, 2003 from ACC Contractors in the amount of $23,860 for Unit 38C repairs and in the amount of $24,100 for Unit 38D (p. 93).

(42) Invoice dated October 27, 2003 from ACC Contractors in the amount of $920 for Unit 38D additional repair costs associated with presence of HVAC (p. 94).

(43) Construction Agreement concerning Units 45A and 45B dated August 20, 2003 (pp. 95-99).

(44) Geisser Engineering's handwritten notes concerning measurement and weight of gypcrete samples (p. 100).

(45) CD of photographs and Videos labeled "ACC Const".

(46) CD of photographs labeled "Bogle New Photos"

Eagle's Nest Condominium Association, Inc., also known as Eagle Nest Condominium Assoc
By its Attorney,

Steven H. Orabone, Esq. (#3205)
20 Ridgevale Court
Cranston, RI 02921
Tel: (401) 942-5777
Fax: (401) 942-1936

**CERTIFICATION**

I, the undersigned, hereby certify that I mailed a copy of the within Further Supplemental Response to Production Request, first class, postage pre-paid, on July 2, 2006, to Ronald Langlois, Esq., Smith & Brink, P.C., One State Street, Suite 400, Providence, RI 02908.