UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EAGLE'S NEST CONDOMINIUM
ASSOCIATION, INC., A/K/A
EAGLE NEST CONDOMINIUM ASSOC.

V. C.A.NO: 04-436ML

NEW LONDON COUNTY MUTUAL
INSURANCE COMPANY, NLC INSURANCE
COMPANIES, INC., DOES I THROUGH V
AND NLC INSURANCE COMPANIES,
ALIAS JOHN DOE COMPANY

**DEFENDANT, NEW LONDON COUNTY MUTUAL INSURANCE COMPANY'S ASSENTED TO MOTION TO EXTEND THE PREVIOUS ORDER OF THIS COURT**

Now comes the Defendant, New London County Mutual Insurance Company (hereinafter "NLC") and respectfully request that this Honorable Court extend the Order in this matter as to time in which it has to complete its expert discovery to September 25, 2006. Counsel for the Plaintiff has assented to said motion.

As grounds therefore, the Defendant states:

Defendant has attempted to conclude of Plaintiff's experts' depositions on two separate occasions prior to the current discovery deadline of September 10, 2006. Plaintiff's counsel has informed Defendant that Mr. Bogle, nor Mr. Alawa will be available on either date to conclude the depositions. Defendant has been advised that the Plaintiff's experts will not be available to conclude their depositions until Monday, September 18, 2006. As a matter of professional courtesy, the Defendant is willing to accommodate the Plaintiff with the provision that this motion be allowed. Therefore, the Defendant is requesting an extension of the expert discovery deadline to and including

Monday, September 25, 2006. This extension does not effect any of the other deadlines, and will not effect the summary judgment hearing or the trial.

In further support of said motion, the Defendant relies on its Memorandum of Law attached hereto.

Defendant,
By its attorneys,

<u>/s/ Ronald Langlois</u>
Smith & Brink, P.C.
One State Street, Suite 400
Providence, RI 02908
Tel: (401) 351-9970

Assented to:

____________________________
Steven Orabone, Esq.
20 Ridgevale Court
Cranston, RI 02921

**CERTIFICATION**

I hereby certify that I electronically filed a true copy of the within to **Steven Orabone,** Esquire, 20 Ridgevale Court, Cranston, RI 02921 on the 1st day of September, 2006.

<u>/s/ Ronald Langlois</u>

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**EAGLE'S NEST CONDOMINIUM**
**ASSOCIATION, INC., A/K/A**
**EAGLE NEST CONDOMINIUM ASSOC.**

**V.** **C.A.NO: 04-436ML**

**NEW LONDON COUNTY MUTUAL**
**INSURANCE COMPANY, NLC INSURANCE**
**COMPANIES, INC., DOES I THROUGH V**
**AND NLC INSURANCE COMPANIES,**
**ALIAS JOHN DOE COMPANY**

**DEFENDANT'S MEMORANDUM IN SUPPORT OF ITS ASSENTED TO MOTION TO EXTEND THE PREVIOUS ORDER OF THIS COURT**

On April 10, 2006, this matter was heard before the Honorable Justice Lisi on the Defendant's motion to strike the Affidavits of Richard Aube and Steven Bogle. Plaintiff filed an objection and a motion for leave to supplement exhibits and conditional motion for leave to stay ruling and permit filing Rule 26 Statements out of time and/or to permit further discovery.

The Court ordered, and the parties agreed, to enter into an order allowing the Defendant, NLC, up to and including July 10, 2006 to complete its expert discovery. It further had up to and including August 31, 2006 to file a supplemental summary judgment motion.

On July 6th and 7th, the Defendant conducted the depositions of the Plaintiff's experts, Steven Bogle and Aiman Alawa. Due to time restrictions and the amount of testimony elicited during the depositions, it was necessary to suspend Mr. Bogle and Mr. Alawa's depositions, and conclude them at a later date.

A motion to extend the previous order of this court was filed and granted to extend the discovery deadline to September 10, 2006.

Defendant has attempted to notice the conclusion of Plaintiff's experts' depositions prior to the current discovery deadline of September 10, 2006, to no avail.

On or about August 16, 2006, Defendant had forwarded correspondence to Plaintiff's counsel scheduling the depositions of Plaintiff's experts for September 6, 2006. Plaintiff subsequently advised that his experts were not available on September 6th and would get back with new dates. As of August 31, 2006, Defendant did not receive any alternate dates for the depositions of Plaintiff's experts. Therefore, the Defendant again scheduled the depositions of the Plaintiff's experts for Friday, September 8, 2006. Plaintiff's counsel again advised that Mr. Bogle nor Mr. Alawa were available on September 8, 2006 for the depositions. Attorney Orabone further advised that they Plaintiff's experts would not be available until September 18, 2006 to conclude their depositions.

As a matter of professional courtesy, the Defendant is willing to accommodate the Plaintiff with the provision that this motion be allowed. Therefore, the Defendant is requesting an extension of the expert discovery deadline to and including Monday, September 25, 2006. This extension does not effect any of the other deadlines, and will not effect the summary judgment hearing or the trial.

Wherefore, the Defendant respectfully requests that this Honorable Court extend the time in which it has to complete its expert discovery to September 25, 2006.

Respectfully submitted,
Defendant, NLC
By its attorneys,

/s/ *Ronald Langlois*
Ronald Langlois, Esq. # 2891
Smith & Brink, P.C.
One State Street, Suite 400
Providence, RI 02908
Tel: (401) 351-9970
Fax: (401) 274-6218

**CERTIFICATION**

I hereby certify that I electronically filed a true copy of the within to **Steven Orabone,** Esquire, 20 Ridgevale Court, Cranston, RI 02921 on the 1st day of September, 2006.

/s/ Ronald Langlois