UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EAGLE'S NEST CONDOMINIUM ASSOCIATION, INC., ALSO KNOWN AS EAGLE NEST CONDOMINIUM ASSOC<br><br>Plaintiff,<br><br>vs.<br><br>NEW LONDON COUNTY MUTUAL INSURANCE COMPANY, NLC INSURANCE COMPANIES, INC., DOES I THROUGH V, AND NLC INSURANCE COMPANIES, ALIAS JOHN DOE COMPANY, et als.<br><br>Defendants | ) | Civil Action, File No.: 04-436ML |

**NOTICE OF DEPOSITION**

To: New London County Mutual Insurance Company, NLC INSURANCE COMPANIES, INC., and their attorney.

Notice is given that on Wednesday, October 25, 2006, at 10:00 a.m., at Allied Court Reporters, 115 Phenix Avenue, Cranston, Rhode Island, 02920, plaintiff will take the deposition of Michael J. Grafe, P.E. upon oral examination, before a notary public. Said deposition to continue from day to day until completed. The deposition is to be used as evidence on the trial of the above-entitled action.

The deponent is requested to produce the following described materials relating to the Eagles Nest Condominiums property:

(1) A complete and accurate copy of any software program used to perform any analysis that forms a basis for Michael J. Grafe, P.E.'s report;

(2) Copies of all books, articles, treatises, or engineering literature Michael J. Grafe, P.E. reviewed upon which he based his report;

(3) Copies of all reports, affidavits, photographs, drawings, deposition transcripts, and other materials Michael J. Grafe, P.E. reviewed upon which he based his report;

(4) Copies of all reports, affidavits, photographs, drawings, deposition transcripts, and other materials David Grandpre, P.E. reviewed upon which he based any report he made;

(5) All documents or tangible things prepared in connection with David Grandpre, P.E.'s inspection, analysis, and/or review of any Eagle's Nest Condominium trusses (including, but not limited to, reports, factual observations, opinions, conclusions, photographs, field notes, calculations, models, test results, and exhibits);

(6) All documents or tangible things prepared in connection with Michael J. Grafe, P.E.'s inspection, analysis, and/or review of any Eagle's Nest Condominium trusses (including, but not limited to, reports, factual observations, opinions, conclusions,

photographs, field notes, calculations, models, test results, and exhibits).

(7) All documents or tangible things prepared in connection with inspection, analysis, and/or review by any other employee or agent of C.A. Pretzer Associates of any Eagle's Nest Condominium trusses (including, but not limited to, reports, factual observations, opinions, conclusions, photographs, field notes, calculations, models, test results, and exhibits).

(8) Michael J. Grafe, P.E.'s expert analysis of this case;

(9) Any expert analysis upon which Michael J. Grafe relied in his analysis and report of this case;

(10) David Grandpre, P.E.'s expert analysis of this case;

(11) Any other expert analysis, report, and/or calculations of any other individual or entity concerning this case;

(12) David Grandpre, P.E.'s complete and entire file regarding this case;

(13) Michael J. Grafe, P.E.'s complete and entire file regarding this case.

Dated: October 17, 2006.

Plaintiff, Eagle's Nest Condominium Association, Inc., also known as Eagle Nest Condominium Assoc,
By its Attorney:

Steven H. Orabone, Esq. (#3205)
20 Ridgevale Court
Cranston, RI 02921
Telephone: (401) 944-5777
Facsimile: (401) 942-1936
E-Mail: stevenorabone@cox.net

Certification

I, the undersigned, hereby certify that I mailed a true copy of the within Deposition Notice, by first-class mail, postage prepaid, to Ronald Langlois, Esq., Smith & Brink, P.C., One State Street, Suite 400, Providence, Rhode Island, 02908, and also E-Mailed a true copy of the within deposition notice to Ronald Langlois, Esq., all on October 17, 2006.