**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**EAGLE'S NEST CONDOMINIUM ASSOCIATION, INC., A/K/A EAGLE NEST CONDOMINIUM ASSOC.**

**V.** **C.A.NO: 04-436ML**

**NEW LONDON COUNTY MUTUAL INSURANCE COMPANY, NLC INSURANCE COMPANIES, INC., DOES I THROUGH V AND NLC INSURANCE COMPANIES, ALIAS JOHN DOE COMPANY**

**DEFENDANT, NEW LONDON COUNTY MUTUAL INSURANCE COMPANY'S MOTION TO EXTEND THE TIME IN WHICH TO FILE SUPPLEMENTAL MOTIONS FOR SUMMARY JUDGMENT**

Now comes the Defendant, New London County Mutual Insurance Company (hereinafter "NLC") and respectfully request that this Honorable Court extend the time in which to file Supplemental Motions for Summary Judgment, and accompanying Motion for a Preliminary Inquiry of Plaintiff's Expert Witnesses and In Limine to Strike their Proposed Testimony from October 31, 2006 to November 7, 2006.

As grounds therefore, the Defendant states:

The deposition of Defendant's expert, Michael Grafe of C.A. Pretzer was conducted on Wednesday, October 25, 2006. The deposition transcript has not yet been provided to counsel. Defendant intends on including sections of said deposition transcript in its supplemental motion for summary judgment.

Additionally, counsel for NLC has, as recently as Wednesday, October 25, 2006, been retained by Defendant, Rodman & Company, Inc., to respond to a preliminary injunction in a matter filed in the Rhode Island Federal Court, Joseph A. Thomas, Ltd. v. Rodman & Company, Inc., C.A.No: 06-440ML.

Furthermore, counsel for Defendant, NLC is scheduled to begin a trial in the Taunton District Court on November 1, 2006, (see attached notice) and is also scheduled to appear for an emergency motion in the Federal Bankruptcy Court on Monday, October 30, 2006 in JGP Associates, Inc. d/b/a Revolution Rent-A-Car, 1:05-bk-13491 (see attached notice).

Therefore, the Defendant is requesting an extension of the time in which to file a supplemental motion for summary judgment to and including Tuesday, November 7, 2006.

Defendant,
By its attorneys,

/s/ Ronald Langlois
Smith & Brink, P.C.
One State Street, Suite 400
Providence, RI 02908
Tel: (401) 351-9970

**CERTIFICATION**

I hereby certify that I electronically filed a true copy of the within to **Steven Orabone,** Esquire, 20 Ridgevale Court, Cranston, RI 02921 on the 27th day of October, 2006.

*/s/ Ronald Langlois*

# NOTICE OF NEXT EVENT

DOCKET NUMBER
**200431CV000884**

**Trial Court of Massachusetts**
**District Court Department**

CASE NAME **WENDELL I. BRADFORD vs. COMMERCE INSURANCE COMPANY**

27591

PARTY TO WHICH THIS COPY OF NOTICE IS ISSUED
D01 COMMERCE INSURANCE COMPANY
11 GORE ROAD
WEBSTER, MA 01570

CURRENT COURT
Taunton District Court
120 Cohannet St.
Taunton, MA 02780
(508) 824-4033

SEP 25 2006

ATTORNEY FOR PARTY TO WHICH THIS COPY OF NOTICE IS ISSUED
D01 RONALD PAUL LANGLOIS
SMITH & BRINK, P.C.
ONE STATE STREET
SUITE 400
PROVIDENCE, RI 02098

**JURY TRIAL SCHEDULED on 9/20/2006 09:00 AM RESCHEDULED for 11/1/2006 09:00 AM.**

←←←←← WHEN YOU MUST APPEAR ←←←←←

ROOM/SESSION

**TO THE PARTIES TO THIS CASE:**

The nature, date and time of the next scheduled event concerning this case is indicated above.

**You are required to be present at this event.**

If you have good reason to request the Court to reschedule this event for another date, such request must be made by motion in accordance with the applicable court rule. Please note that the granting of a continuance is not automatic even when all the parties agree.

Additional Comments (if any):

| DATE ISSUED | CLERK-MAGISTRATE/ASST. CLERK |
|---|---|
| 09/21/2006 | C-M Raymond S. Peck |

Date/Time Printed: 09/21/2006 03:45 PM

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

**JGP ASSOCIATES, INC.**
**d/b/a REVOLUTION RENT-A-CAR** **CASE: 1:05-bk-13491**

**Debtor.**

**EMERGENCY MOTION FOR EXPEDITED HEARING OF TINA OPELLA, ADMINISTRATRIX, TO REOPEN DEBTOR'S BANKRUPTCY FOR THE LIMITED PURPOSE OF ALLOWING PLAINTIFF TO PROCEED AGAINST DEBTOR AS A NOMINAL DEFENDANT IN A PENDING STATE COURT ACTION**

Tina Opella, individually and on behalf of all the heirs and as Administratrix of the Estate of Charles Edward Grandchamp, II (hereinafter "Opella") hereby appears and moves to reopen the Debtor's Bankruptcy action for the limited purpose of allowing her to proceed against the Debtor *as a nominal defendant* in an action pending in the Providence County Superior Court in the state of Rhode Island (Case No. PC00-5868) and/or granting her relief from any and all prohibitions based upon 11 U.S.C. § 362 and 11 U.S.C. § 727.

In support whereof, Opella warrants and affirms that this request is made solely for the purpose of allowing her to thereby obtain the benefit of an insurance policy issued to the debtor that in the absence of this relief may be forfeited and/or unavailable, resulting in both an injustice and a windfall for the debtor's insurer. Opella further warrants and affirms that this motion is not in any way designed to harm or affect the financial interests of the debtor (or its principals). She presents and incorporates, by reference, her preceding motion – and its accompanying memoranda – to reopen debtor's bankruptcy proceeding.

Ms. Opella further states that emergency relief is required because on Tuesday, October 24, 2006, a Superior Court justice granted summary judgment in favor of

(1) This action arises from an accident in July 2000 (the "accident"), wherein Christopher M. Bordieri struck and killed 15-year-old Charles Grandchamp, II. JGP owned the rental car Bordieri was driving. In November 2000, Ms. Opella filed a Complaint in the RI Superior Court. She named, inter alia, JGP pursuant to *R.I. Gen. Laws* §§ 31-33-6 and 31-34-4(a). (The "state action").

(2) On September 15, 2005, JGP filed for bankruptcy protection. This Court confirmed JGP's liquidation on or about January 10, 2006.

(3) In response, JGP substituted American Motorist Insurance Company and Specialty National Insurance Company's (together, "Specialty") – JGP'S insurer – in the state action. JGP undertook to substitute Specialty pursuant to R.I. Gen. Laws § 27-7-2.4. Section 27-7-2.4 states, in pertinent part, that "any person, having a claim because of damages of any kind caused by the tort of any other person, may file a complaint directly against the liability insurer of the alleged tortfeasor... whenever the alleged tortfeasor files for bankruptcy...."

(4) Despite the right seemingly afforded by § 27-7-2.4, on Tuesday, October 24, 2006, a Superior Court judge in the state action granting Specialty's motion for summary judgment. The court agreed with Specialty's argument that: (1) § 27-7-2.4 creates only an action against "the liability insurer of the alleged tortfeasor," (2) only "wrongdoers" can be labeled "tortfeasors," (3) as a vicariously liable party, JGP is not a "wrongdoer," and, therefore, (4) Specialty is not a "tortfeasor's" insurer.

(5) Attorneys for Specialty and J.G.P. have indicated that they will contend, before the Superior Court, that J.G.P.'s Chapter 7 liquidation bars a suit against it now.

(6) Without the requested bankruptcy relief, Ms. Opella will forever lose her right to recover J.G.P.'s insurance proceeds.

(7) An expedite hearing is necessary so that this Court can grant the requested relief before final judgment enters against Specialty in the pending action and because trial call in the state action is currently scheduled for Friday, November 3, 2006.

**WHEREFORE**, Opella respectfully requests that this court enter an order or orders, granting her any and all relief necessary to proceed against JGP Associates, Inc. d/b/a Revolution Rent-A-Car in the aforementioned state Superior Court action as prayed. Ms. Opella requests that this Court schedule a hearing on this motion for **Thursday, October 26, 2006** or as soon thereafter as possible,

Tina Opella, Individually and
As Administratrix of the Estate of
Charles Edward Grandchamp, II
By her Attorney,

*/s/ John B. Reilly*
John B. Reilly, Esq. #1811
Paul R. Crowell, Esq. #6905
John Reilly & Associates
Suite 330 – Summit West
300 Centerville Road
Warwick, Rhode Island 02886
(401) 739-1800
Fax: (401) 738-0258

**CERTIFICATION**

The undersigned hereby certifies that a copy of the foregoing has been sent, via first class mail, postage prepaid, to **Ronald Langlois, Esq.**, Smith & Brink, P.C., One State Street, Suite 400, Providence, Rhode Island 02908, **Mark William Murphy, Esq**., Litchfield Cavo LLP, 6 Kimball Lane, Suite 100, Lynnfield, Massachusetts 01940, **Charles A. Pisaturo, Jr., Trustee,** 1055 Elmwood Avenue, Providence, Rhode Island 02907, and **Andrew S. Richardson, Esq**., 182 Waterman Street, Providence, Rhode Island 02906 this 24th day of October, 2006.

*/s/ John B. Reilly*

*UNITED STATES BANKRUPTCY COURT*
*FOR THE DISTRICT OF RHODE ISLAND*
*380 Westminster Street*
*Providence, RI 02903*
*www.rib.uscourts.gov*
*(401)528–4477*

| | |
|---|---|
| Debtor(s) **JGP Associates, Inc.** | BK No. **1:05-bk-13491**<br>Chapter: **7** |

## Notice of Hearing

PLEASE TAKE NOTICE that a hearing will be held at
**The Federal Center, 380 Westminster Street, 6th Floor, Providence, RI 02903**

**on 10/26/06 at 10:00 AM**

to consider and act upon the following:

Hearing Set (re: [11] Motion to Reopen Case filed by Creditor Tina Opella AND [12] Objection filed by Creditor American Motorists Insurance Company, Creditor Specialty National Insurance Company (See Order granting motion to expedite hearing)

**It is recommended that counsel utilize courtroom technology. If familiarization in use of the document camera and/or touch screens is required, please plan on arriving twenty minutes in advance of the hearing and meet with the Court Recorder for training.**

Susan M. Thurston
Clerk, US Bankruptcy Court

Dated: **10/25/06**
Document Number: **31 - 11, 12**

By: **JLD**
Deputy Clerk

500.jsp Form 500