UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EAGLE'S NEST CONDOMINIUM ASSOCIATION, INC., ALSO KNOWN AS EAGLE NEST CONDOMINIUM ASSOC<br><br>Plaintiff,<br><br>vs.<br><br>NEW LONDON COUNTY MUTUAL INSURANCE COMPANY, NLC INSURANCE COMPANIES, INC., DOES I THROUGH V, AND NLC INSURANCE COMPANIES, ALIAS JOHN DOE COMPANY<br><br>Defendants | C.A. No.: 04-436ML |

**PLAINTIFF'S ASSENTED TO MOTION TO EXTEND DEADLINE FOR FILING OBJECTIONS, AND FOR FILING MEMORANDA IN SUPPORT OF OBJECTIONS, TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND TO DEFENDANT'S MOTION IN LIMINE TO STRIKE PLAINTIFF'S PROPOSED EXPERTS' TESTIMONY**

Now comes the Plaintiff in the above-captioned matter and hereby moves this Honorable Court to extend the time (up to and including Thursday, December 21, 2006) within which Plaintiff may file Objections (and the time within which Plaintiff may file Memoranda in Support of Plaintiff's Objections) to Defendant's Motion for Summary Judgment and to Defendant's Motion in Limine to Strike Plaintiff's Experts' Testimony. As grounds, Plaintiff's counsel notes the following:

(1) Defendant has recently filed 200 pages of materials to which Plaintiff must respond. The following table lists the items Defendant has recently filed (the corresponding number in the right hand column of the below table indicates the number of pages comprising the filed item):

| | Filed Item | Pages |
|---|---|---|
| (a) | Motion for Summary Judgment | 2 |
| (b) | Memorandum in Support of Motion for Summary Judgment | 33 |
| (c) | Concise Statement of Undisputed Material Facts | 8 |
| (d) | List of Exhibits and Exhibits in Support of Motion for Summary Judgement | 48 |
| (e) | Motion In Limine to Strike Plaintiff's Experts' Testimony | 4 |
| (f) | Memorandum in Support of Motion In Limine | 20 |
| (g) | List of Exhibits and Exhibits in Support of Motion In Limine | 85 |
| | Total Recently Filed Pages: | 200 |

(2) It would be impossible for Plaintiff to file a meaningful response to this volume of material in less than the time requested in this motion.

(3) Now that discovery and depositions are complete, the parties are better able to engage in a meaningful mediation. Thus, the requested time extension should also afford the parties a better opportunity to attempt to resolve this case through mediation.

(4) Defendant's counsel has assented to the granting of this motion.

WHEREFORE, the Plaintiff prays that Plaintiff be granted an extension of time (up to and including Thursday, December 21, 2006) within which Plaintiff may file Objections (and Memoranda in Support of Plaintiff's Objections) to Defendant's Motion for Summary Judgment and to Defendant's Motion in Limine to Strike Plaintiff's Experts' Testimony.

Dated: November 9, 2006.

Plaintiff,
Eagle's Nest Condominium
Association, Inc., also known as
Eagle Nest Condominium Assoc,
By its Attorney,

Steven H. Orabone, Esq. (#3205)
20 Ridgevale Court
Cranston, RI 02921
Telephone: (401) 944-5777
FAX: (401) 942-1936
E-mail: stevenorabone@cox.net

Assented to:

Ronald Langlois /s/

Ronald Langlois, Esq.
Smith & Brink, P.C.
One State Street, Suite 400
Providence, RI 02908

**CERTIFICATION**

I, the undersigned, hereby certify that on November 9, 2006 I E-Mailed and hand-delivered a copy of the within **PLAINTIFF'S MOTION TO EXTEND TIME**, to Ronald Langlois, Esq., Smith & Brink, P.C., One State Street, Suite 400, Providence, RI 02908.