UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EAGLE'S NEST CONDOMINIUM
ASSOCIATION, INC., a/k/a
EAGLE NEST CONDOMINIUM ASSOC.

v. C.A. No. 04-436ML

NEW LONDON COUNTY MUTUAL
INSURANCE COMPANY, NLC INSURANCE
COMPANIES, INC., DOES I through V and
NLC INSURANCE COMPANIES, Alias
JOHN DOE COMPANY

**DISMISSAL STIPULATION**

It is hereby stipulated and agreed to by and between the parties that the above-captioned matter may be dismissed, with prejudice, no interest, no costs.

Steven H. Orabone, Esq.
20 Ridgevale Court
Cranston, RI 02921

Ronald P. Langlois, Esq.
Smith & Brink
One State Street, Suite 400
Providence, RI 02908

Dated: December 13, 2006

✓